IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR )
and MONSOUR'S, INC. )
 )
           Plaintiffs, )
 )  Case No. 05-1204-MLB
v. )
 )
MENU MAKER FOODS, INC., )
 )
           Defendant. )
_____)

### DESIGNATION OF PLACE OF TRIAL

COME NOW the plaintiffs Mark and Sheila Monsour and Monsour's Inc., by and through their attorney of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn and Herrington P.A., and hereby designates Wichita, Kansas as the place for trial in the above captioned action.

Respectfully Submitted,

Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorney for Plaintiffs*
McDONALD, TINKER,
    SKAER, QUINN & HERRINGTON, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email: ddevaughn@mtsqh.com
       rjames@mtsqh.com