IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

JUN 30  4 06 PM '05

BY _____ DEPUTY

MARK MONSOUR, SHEILA MONSOUR
and MONSOUR'S, INC.                 )
                                     )
               Plaintiffs,       )       Case No. 05-1204-MLB
                                       )
v.                                      )
                                     )
MENU MAKER FOODS, INC.,        )
                                     )
               Defendant.       )
                                     )

## DEMAND FOR JURY TRIAL

COME NOW the plaintiffs Mark and Sheila Monsour and Monsour's Inc., by and through their attorney of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn and Herrington P.A., and hereby demand a trial by jury in the above matter.

Respectfully Submitted,

Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorney for Plaintiffs*
McDONALD, TINKER,
      SKAER, QUINN & HERRINGTON, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email: ddevaughn@mtsqh.com
        rjames@mtsqh.com