AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## *District of Kansas*

MARK MONSOUR, SHEILA MONSOUR and
MONSOUR'S INC.,

            V.

MENU MAKER FOODS, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:    05-1204-MLB

TO: (Name and address of defendant)

John R. Graves
Registered agent of Menu Maker Foods, Inc.
913 Bighorn Dr.
PO Box 104507
Jefferson City, MO 64110-4507

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dustin L. DeVaughn
McDonald Tinker Skaer Quinn & Herrigton
300 W. Douglas, Suite 500
Wichita, KS 67202

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

Ralph L. DeLoach, Clerk
United States District Court
204 U.S. Courthouse, 401 N. Market
Wichita, Kansas 67202

August 1, 2005

CLERK                                                    DATE

*R Moody*

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check *one* box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail Return Receipt Requested to John R. Graves, Registered Agent of Menu Maker Foods Inc., 913 Bighorn Dr., Jefferson City, MO 64110-4507 on 8-8-05

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   John R. Graves
   Registered Agent of Menu
       Maker Foods, Inc.
   913 Bighorn Dr.
   Jefferson City, MO
       64110-4507

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laci Greer_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LACI GREER
C. Date of Delivery: AUG 08 2005

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 1350 0005 5917 5949

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540