### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,                                  )
                                                                        )
                Plaintiffs,        )
                                                                        )
vs.                                                                 )   Case No. 05-1204-MLB
                                                                        )
MENU MAKER FOODS, INC.,                    )
                                                                        )
                Defendants.     )
                                                                        )

## ENTRY OF APPEARANCE

COME NOW John Val Wachtel and Alexander B. Mitchell of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and Jeffrey S. Eastman of Keleher & Eastman Law Firm and hereby enter their appearances on behalf of the Defendant Menu Maker Foods, Inc., in the above captioned case.

                Respectfully submitted,

                KLENDA, MITCHELL, AUSTERMAN &
                   ZUERCHER, L.L.C.

                s/John Val Wachtel
                John Val Wachtel, #8310
                Alexander B. Mitchell, #8204
                301 N. Main, 1600 Epic Center
                Wichita, KS  67202-4888
                Tele.:  (316) 267-0331
                Fax:  (316) 267-0333
                jvwachtel@kmazlaw.com
                amitchell@kmazlaw.com

                and

                KELEHER & EASTMAN LAW FIRM

                s/Jeffrey S. Eastman
                Jeffrey S. Eastman, #19048

        403 NW Englewood Rd.
        Gladstone MO  64118
        Tele:  (816) 452-6030
        Fax:  (816) 455-0960
        jse@keleher-eastman.com
        Attorneys for Defendant,
        Menu Maker Foods, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of August, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

        s/John Val Wachtel
        John Val Wachtel

KMAZ Document No. 280399