# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC., )
)
     Plaintiffs, )
)
vs. )  Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC., )
)
     Defendants. )
)

## DEFENDANT MENU MAKER FOOD, INC.'S
## RULE 7.1 DISCLOSURE

COMES NOW the Defendant Menu Maker Foods, Inc., by and through its attorney of record John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., makes the following disclosure as required by Rule 7.1 of the Federal Rule of Civil Procedure.

1. The Defendant has no parent corporation.

2. No publicly held corporation owns ten (10%) percent or more of this Defendant's stock.

     Respectfully submitted,

     KLENDA, MITCHELL, AUSTERMAN &
      ZUERCHER, L.L.C.

     s/John Val Wachtel
     John Val Wachtel, #8310
     Alexander B. Mitchell #8204
     301 N. Main, 1600 Epic Center
     Wichita, KS  67202-4888
     Tele.:  (316) 267-0331
     Fax:  (316) 267-0333
     jvwachtel@kmazlaw.com
     amithcell@kmazlaw.com

     and

        KELEHER & EASTMAN LAW FIRM

        s/Jeffrey S. Eastman
        Jeffrey S. Eastman, #19048
        403 NW Englewood Rd.
        Gladstone MO  64118
        Tele:  (816) 452-6030
        Fax:  (816) 455-0960
        jse@keleher-eastman.com
        Attorneys for Defendant,
        Menu Maker Foods, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of August, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

        s/John Val Wachtel
        John Val Wachtel

KMAZ Document No. 281188