### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, ) <br> and MONSOUR'S INC. ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> MENU MAKER FOODS, INC. ) <br> ) <br> Defendants ) <br> ) | Case No. 05-1204-MLB |

## NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 28th day of September, 2005, Defendant served its initial disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1) by hand-delivering the same to Mr. Dustin DeVaughn, counsel for Plaintiffs.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331
Fax:  (316) 267-0333
jvwachtel@kmazlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of September, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs


                                          s/John Val Wachtel
                                          John Val Wachtel

KMAZ Document No. 285270