IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, <br> SHEILA MONSOUR <br> and MONSOUR'S, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MENU MAKER FOODS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Case No. 05-1204-MLB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE OF
### PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs, by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James, hereby notify the Court that they delivered Plaintiffs' Initial Disclosures in the above matter via hand delivery on October 6, 2005.

        s/ Richard W. James
Richard W. James, #19822
Dustin L. DeVaughn, #16559
McDONALD, TINKER,
   SKAER, QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:   (316) 263-5851
Fax:      (316) 263-4677
E-mail:   rjames@mtsqh.com
             ddevaughn@mtsqh.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*


                                                 s/ Richard W. James_____
                                               Richard W. James

G:\OneBeacon\Little Apple 1, L.P 15028-063\Discovery - Federal Court\NOS of Rule 26 Disclosures.doc