## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.                )
                                  )
              Plaintiffs,         )
vs.                               )    Case No. 05-1204-MLB
                                  )
MENU MAKER FOODS, INC.            )
                                  )
              Defendants          )
_____  )

### NOTICE OF SERVICE OF SUPPLEMENTAL
### RULE 26(a)(1) DISCLOSURES OF DEFENDANT

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of

record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby

notifies the Court that on this 18th day of October, 2005, Defendant served its supplemental

disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1), along with documents Bates stamped

D03887 through D03896, by hand-delivering the same to Mr. Dustin DeVaughn, counsel for

Plaintiffs.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
    ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331
Fax:  (316) 267-0333
jvwachtel@kmazlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of October, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs


s/John Val Wachtel
John Val Wachtel


KMAZ Document No. 285270