IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, and MONSOUR'S INC. <br><br> Plaintiffs, <br><br> vs. <br><br> MENU MAKER FOODS, INC. <br><br> Defendants | Case No. 05-1204-MLB |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 20th day of October, 2005, Defendant served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, the original and two copies following discovery requests:

- Defendant's First Interrogatories to Plaintiff, Mark Monsour;
- Defendant's First Interrogatories to Plaintiff, Sheila Monsour; and
- Defendant's First Interrogatories to Plaintiff, Monsour's, Inc.,

and the original and one copy of the following discovery requests:

- Defendant's First Request for Production of Documents to Plaintiff Mark Johnson;
- Defendant's First Request for Production of Documents to Plaintiff Sheila Monsour; and
- Defendant's First Request for Production of Documents to Defendant Monsour's, Inc.,

by depositing the same in the United States mail, postage prepaid, addressed to Plaintiff's counsel of record.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
  ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center

>Wichita, KS  67202-4888
>Tele.:  (316) 267-0331
>Fax:  (316) 267-0333
>jvwachtel@kmazlaw.com
>Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of October, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

>s/John Val Wachtel
>John Val Wachtel

KMAZ Document No. 285270