## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MOUNSOUR, SHEILA MONSOUR, and MOUNSOUR'S INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 05-1204-MLB<br>) |
| MENU MAKER FOODS, INC., | )<br>) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

COMES NOW Jeffrey S. Eastman, Keleher & Eastman, and enters his appearance as co-counsel of record on behalf of Menu Maker Foods, Inc., Defendant in the above-captioned cause.

### KELEHER & EASTMAN

  /s/ Jeffrey S. Eastman
Jeffrey S. Eastman, Mo. Bar #31177, Ks. Bar #19048
403 NW Englewood Road
Gladstone, MO 64118-3969
816/452-6030   FAX 816/455-0968
jse@keleher-eastman.com
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

| | |
|---|---|
| Dustin DeVaughn<br>Attorney at Law<br>200 W. Douglas, Avenue, Suite 500<br>Wichita, Kansas 67202<br>ddevaughn@mtsqh.com<br>Attorney for Plaintiff | John Val Wachtel<br>Attorney at Law<br>301 North Main, 1600 Epic Center<br>Wichita, Kansas 67202<br>jvwachtel@kmazlaw.com<br>Attorney for Defendant |

  /s/ Jeffrey S. Eastman
Jeffrey S. Eastman