IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR and MONSOUR'S, INC. | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 05-1204-MLB |
| v. | )<br>)<br>) |
| MENU MAKER FOODS, INC., | )<br>) |
| Defendant. | )<br>) |

### NOTICE OF SERVICE OF PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES TO DEFENDANT

Plaintiffs, by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James, hereby notify the Court that they delivered Plaintiffs' Request for Production of Documents and First Set of Interrogatories to Defendant in the above matter via hand delivery on November 8, 2005.

s/ Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
Richard W. James, #19822
McDONALD, TINKER,
   SKAER, QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:   (316) 263-5851
Fax:       (316) 263-4677
E-mail:   ddevaughn@mtsqh.com
              rjames@mtsqh.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

 

s/ Dustin L. DeVaughn
Dustin L. DeVaughn

G:\Menu Maker Foods, Inc 60035-001\Discovery\NOS of RPD and IGS.doc