**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC. )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiffs, )
vs. )　　Case No. 05-1204-MLB
　　　　　　　　　　　　　　　　　　　　　)
MENU MAKER FOODS, INC. )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants )
　　　　　　　　　　　　　　　　　　　　　)

**NOTICE OF SERVICE OF DISCOVERY REQUESTS**

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 1st day of December, 2005, Defendant served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, the original and one copy of "Defendant's Second Request for Production of Documents to Plaintiff Monsour's, Inc.," by depositing the same in the United States mail, postage prepaid, addressed to Plaintiff's counsel of record.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KLENDA, MITCHELL, AUSTERMAN &
　　　　　　　　　　　　　　　　　　　　　　ZUERCHER, L.L.C.

　　　　　　　　　　　　　　　　　　　　　s/John Val Wachtel
　　　　　　　　　　　　　　　　　　　　　John Val Wachtel, #8310
　　　　　　　　　　　　　　　　　　　　　301 N. Main, 1600 Epic Center
　　　　　　　　　　　　　　　　　　　　　Wichita, KS  67202-4888
　　　　　　　　　　　　　　　　　　　　　Tele.:  (316) 267-0331
　　　　　　　　　　　　　　　　　　　　　Fax:  (316) 267-0333
　　　　　　　　　　　　　　　　　　　　　jvwachtel@kmazlaw.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of December, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

                                                  s/John Val Wachtel
                                                  John Val Wachtel

KMAZ Document No. 285270