IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, )
SHEILA MONSOUR )
and MONSOUR'S, INC. )
 )
      Plaintiffs, ) Case No. 05-1204-MLB
 )
v. )
 )
MENU MAKER FOODS, INC., )
 )
      Defendant. )
_____)

## NOTICE OF SERVICE OF PLAINTIFFS' RESPONSES TO DISCOVERY

Plaintiffs, by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James, hereby notify the Court that they have served the following discovery responses:

1. Plaintiff Mark Monsour's Responses to Defendant's First Interrogatories;

2. Plaintiff Sheila Monsour's Responses to Defendant's First Interrogatories;

3. Plaintiff Monsour's, Inc.'s Responses to Defendant's First Interrogatories;

4. Plaintiff Monsour's, Inc.'s Responses to Defendant's First Request for Documents;

5. Plaintiff Mark Monsour's Responses to Defendant's First Request for Documents; and

6. Plaintiff Sheila Monsour's Responses to Defendant's First Request for Documents.

Dockets.Justia.com

s/ Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
Richard W. James, #19822
McDONALD, TINKER,
   SKAER, QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:   (316) 263-5851
Fax:     (316) 263-4677
E-mail:  ddevaughn@mtsqh.com
         rjames@mtsqh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

s/ Dustin L. DeVaughn
Dustin L. DeVaughn