IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR and MONSOUR'S, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MENU MAKER FOODS, INC.,<br><br>Defendant. | Case No. 05-1204-MLB |

### AMENDED NOTICE OF EVIDENTIARY VIDEOTAPED DEPOSITION

TO:   ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the plaintiffs will take the evidentiary videotaped deposition of **Leroy Krueger** upon oral examination before a certified shorthand reporter on Thursday, December 15, 2005, at 1:30 a.m. at Monett City Hall, 217 5th St., Monett, Missouri, 65708, said deposition to be used for discovery and evidence in the above-captioned matter.

You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.

You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

        s/ Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
Richard W. James, #19822
McDONALD, TINKER, SKAER,
QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:   (316) 263-5851
Fax:   (316) 263-4677
E-mail:   ddevaughn@mtsqh.com
        rjames@mtsqh.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

Courtesy Copy to:

Midwest Litigation Services
3556 S. Culpepper Circle, Suite 5
Springfield, MO 65804

        s/ Dustin L. DeVaughn
Dustin L. DeVaughn

G:\Menu Maker Foods, Inc 60035-001\Depositions\Depo Amended - Leroy Krueger.doc