### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, )<br>and MONSOUR'S INC.         )<br>                              )<br>          Plaintiffs,        )<br>vs.                           )<br>                              )<br>MENU MAKER FOODS, INC.        )<br>                              )<br>          Defendants          )<br>_____) | Case No. 05-1204-MLB |

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 9th day of December, 2005, Defendant served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, "Defendant's Answers to Plaintiffs' First Interrogatories," as well as documents bates numbered D03897 through D03992, by hand delivering the same to Plaintiff's counsel of record.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
    ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
jvwachtel@kmazlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of December, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

s/John Val Wachtel
John Val Wachtel

KMAZ Document No. 285270