IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR )
and MONSOUR'S, INC. )
)
          Plaintiffs, )   Case No. 05-1204-MLB
)
v. )
)
MENU MAKER FOODS, INC., )
)
          Defendant. )
_____)

## MOTION TO DISMISS WITHOUT PREJUDICE COUNTS V AND VI

COME NOW the plaintiffs Mark and Sheila Monsour and Monsour's Inc., by and through their attorney of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn and Herrington P.A., and moves this court for an Order, pursuant to Fed. R. Civ. P. 41, dismissing without prejudice plaintiffs' claims for fraud and punitive damages (Counts V and VI). In support, plaintiffs incorporate by reference their Memorandum in Support of Motion to Dismiss Without Prejudice.

                              Respectfully Submitted,

                              __/s/ Dustin L. DeVaughn_____
                              Dustin L. DeVaughn, #16559
                              Richard W. James, #19822
                              *Attorney for Plaintiffs*
                              McDONALD, TINKER,
                              SKAER, QUINN & HERRINGTON, P.A.
                              R.H. Garvey Building
                              300 West Douglas Avenue, Suite 500
                              P.O. Box 207
                              Wichita, KS 67202-2909
                              Telephone: (316) 263-5851
                              Fax: (316) 263-4677
                              Email: ddevaughn@mtsqh.com
                                        rjames@mtsqh.com

## CERTIFICATE OF SERVICE

   I hereby certify that on the 12th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Alex Mitchell
Klenda, Mitchell, Austerman
 & Zuercher,
Suite 1600, 201 North Main,
Wichita, KS 67202
Tele: 316.267.0221
Fax: 316.267.0333
jvwachtes@kmazlaw.com
Attorney for Defendant

Jeffrey Eastman
Keleher & Eastman Law Firm
403 N.W. Englewood Rd.
Gladstone MO 64118
Business Tele: 816.452.6030
Fax: 816.455.0969
Home: 816.436.1506
Cell: 816.213.0819
jse@keleher-eastman.com
Attorney for Defendant

        /s/ Dustin L. DeVaughn
        Dustin L. DeVaughn, #16559
        Richard W. James, #19822
        *Attorney for Plaintiffs*
        McDONALD, TINKER,
        SKAER, QUINN & HERRINGTON, P.A.
        R.H. Garvey Building
        300 West Douglas Avenue, Suite 500
        P.O. Box 207
        Wichita, KS 67202-2909
        Telephone: (316) 263-5851
        Fax: (316) 263-4677
        Email: ddevaughn@mtsqh.com
          rjames@mtsqh.com