# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, ) <br> and MONSOUR'S INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MENU MAKER FOODS, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 05-1204-MLB |

## NOTICE OF DEPOSITION

TO: ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Defendant will take the deposition of the Plaintiff **Sheila Monsour**, upon oral examination before a certified shorthand reporter on Tuesday, December 20, 2005, at 1:30 o'clock p.m. in the offices of Plaintiffs' counsel, said deposition to be used for discovery and evidence in the above captioned matter.

You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.

You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
   ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
Alexander B. Mitchell, #8204
301 N. Main, 1600 Epic Center
Wichita, KS 67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
jvwachtel@kmazlaw.com
amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

                                                      s/John Val Wachtel
                                                      John Val Wachtel

KMAZ Document No. 290381