## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC. )
)
           Plaintiffs, )
vs. )    Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC. )
)
           Defendants )
)

### NOTICE OF SERVICE OF DISCOVERY REQUESTS

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 19th day of December, 2005, Defendant served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, the original and one copy of "Defendant's Third Request for Production of Documents to Plaintiff Monsour's, Inc.," by hand delivering the same to Plaintiff's counsel of record.

      Respectfully submitted,

      KLENDA, MITCHELL, AUSTERMAN &
        ZUERCHER, L.L.C.

      s/John Val Wachtel
      John Val Wachtel, #8310
      301 N. Main, 1600 Epic Center
      Wichita, KS 67202-4888
      Tele.: (316) 267-0331
      Fax: (316) 267-0333
      jvwachtel@kmazlaw.com
      Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of December, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

                                                  s/John Val Wachtel
                                                  John Val Wachtel

KMAZ Document No. 285270