# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,                )
                                   )
        Plaintiffs,       )
                                   )
vs.                                )   Case No. 05-1204-MLB
                                   )
MENU MAKER FOODS, INC.,            )
                                   )
        Defendants.       )
                                   )

## NOTICE OF DOCUMENT SUBPOENA PURSUANT RULE 45(b)(1)

COMES NOW the Defendant, and, pursuant to F.R.Civ.P. 45(b)(1) hereby provides prior notice to the Plaintiffs of its intent to issue a subpoena to Bank of America, NA for the production of records. A copy of the subpoena which the Defendant will issue is attached hereto.

    Respectfully submitted,

    KLENDA, MITCHELL, AUSTERMAN &
      ZUERCHER, L.L.C.

    s/John Val Wachtel
    John Val Wachtel, #8310
    301 N. Main, 1600 Epic Center
    Wichita, KS 67202-4888
    Tele.: (316) 267-0331
    Fax: (316) 267-0333
    jvwachtel@kmazlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of January, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

    Dustin DeVaughn
    McDonald, Tinker, Skaer, Quinn & Herrington, P.A.

300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

                                                s/John Val Wachtel
                                                John Val Wachtel

KMAZ Document No. 294778