## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR,               )
SHEILA MONSOUR              )
and MONSOUR'S, INC.         )
                            )
              Plaintiffs,   )     Case No. 05-1204-MLB
                            )
v.                          )
                            )
MENU MAKER FOODS, INC.,     )
                            )
              Defendant.    )
_____)

## NOTICE OF SERVICE OF
## PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26 DISCLOSURE

Plaintiffs, by and through their attorneys of record, Dustin L. DeVaughn and

Richard W. James, hereby notify the Court that they delivered Plaintiffs' First

Supplemental Rule 26 Disclosures in the above matter via email and United States Mail on

January 13, 2006.


                              /s/ Dustin L. DeVaughn
                              Richard W. James, #19822
                              Dustin L. DeVaughn, #16559
                              McDONALD, TINKER,
                                 SKAER, QUINN & HERRINGTON, P.A.
                              *Attorneys for Plaintiffs*
                              P.O. Box 207
                              Wichita, KS 67201-0207
                              Phone:   (316) 263-5851
                              Fax:     (316) 263-4677
                              E-mail:  rjames@mtsqh.com
                                       ddevaughn@mtsqh.com

1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
    Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:   316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

/s/ Dustin L. DeVaughn
Dustin L. DeVaughn

G:\Menu Maker Foods, inc 60035-001\Discovery\NOS of Rule 26 Disclosures 1-2006.doc

2