IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, ) <br> SHEILA MONSOUR ) <br> and MONSOUR'S, INC. ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> MENU MAKER FOODS, INC., ) <br>   ) <br>   Defendant. ) <br>   ) | Case No. 05-1204-MLB |

### PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS TO DEFENDANT

Plaintiffs, by and through their attorneys of record, Richard W. James and Dustin L. DeVaughn, hereby notify the Court that they mailed the original and two copies of Plaintiffs' Second Request for Production of Documents to Defendant via U.S. mail, postage prepaid, on January 17, 2006.

s/ Richard W. James
Richard W. James, #19822
Dustin L. DeVaughn, #16559
McDONALD, TINKER,
  SKAER, QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:  (316) 263-5851
Fax:    (316) 263-4677
E-mail: rjames@mtsqh.com
        ddevaughn@mtsqh.com

1

## CERTIFICATE OF SERVICE

     I hereby certify that on the 17th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
  Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*


                                                s/ Richard W. James_____
                                                Richard W. James

G:\Menu Maker Foods, Inc 60035-001\Discovery\Notice of Service of Plaintiff's Discovery Requests to Defendant.doc