IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR,                        )
SHEILA MONSOUR                       )
and MONSOUR'S, INC.                  )
                                     )
            Plaintiffs,              )        Case No. 05-1204-MLB
                                     )
v.                                   )
                                     )
MENU MAKER FOODS, INC.,              )
                                     )
            Defendant.               )
                                     )

## NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DISCOVERY

Plaintiff Monsour's Inc., by and through its attorneys of record, Richard W. James

and Dustin L. DeVaughn, hereby notifies the Court that it has served the following

discovery responses:

1.    Plaintiff Monsour's, Inc.'s Responses to Defendant's Second Request for
      Production; and

2.    Plaintiff Monsour's, Inc.'s Responses to Defendant's Third Request for
      Production.

                                        s/ Richard W. James
                                        Richard W. James, #19822
                                        Dustin L. DeVaughn, #16559
                                        McDONALD, TINKER,
                                           SKAER, QUINN & HERRINGTON, P.A.
                                        *Attorneys for Plaintiffs*
                                        P.O. Box 207
                                        Wichita, KS 67201-0207
                                        Phone:    (316) 263-5851
                                        Fax:      (316) 263-4677
                                        E-mail:   rjames@mtsqh.com
                                                  ddevaughn@mtsqh.com

1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:   316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

s/ Richard W. James_____
Richard W. James