IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR )
and MONSOUR'S, INC. )
)
          Plaintiffs, )
)
v. )  Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC., )
)
          Defendant. )
_____)

## **ORDER**

On this ___ day of January, 2006, plaintiffs Mark and Sheila Monsour and Monsour's Inc.,'s Motion for an Order Dismissing Without Prejudice Plaintiffs' claims for fraud and punitive damages (Counts V and VI) comes on for hearing. Plaintiffs appear by and though their attorneys of record, Dustin L. DeVaughn and Richard James of McDonald, Tinker, Skaer, Quinn & Herrington, P.A. Defendant appears by and thought its counsel of record, John Val Wachtel of Klenda, Mitchell, Auterman & Zuercher, LLC. There were no other appearances. After reviewing the record and being advised by defendant that there is no opposition to plaintiffs' motion, the Court sustains the same pursuant to Fed. R. Civ. P.41.

    IT IS SO ORDERED.                                    s/ Monti Belot

                                                                       _____
                                                                       The Honorable Judge Belot

APPROVED:

McDonald Tinker Skaer, Quinn & Herrington P.A.


By: /s/ Dustin L. DeVaughn
    Dustin L. DeVaughn

Klenda, Mitchell, Austerman & Zuercher, LLC


By: /s/ John Val Wachtel
    John Val Wachtel