IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC. )
)
              Plaintiffs, )
vs. ) Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC. )
)
              Defendants )
)

### RETURN ON SERVICE OF SUBPOENA

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on the 17th day of January, 2006, Defendant served, via the United States Postal Service, Certified Mail, Return Receipt Requested, a "Subpoena In A Civil Case" upon Bank of America, N.A., Attn: Records Custodian, 1425 NW 62nd St., Ft. Lauderdale, FL 33309. The Subpoena was delivered on January 23, 2006, as evidenced by the Return Receipt Card attached below. The Subpoena In A Civil Case is attached herewith as Exhibit 1.

[Domestic Return Receipt card image showing delivery to Bank of America, N.A., ATTN: Records Custodian, 1425 NW 62nd St., Ft. Lauderdale, FL 33309; Article Number 7004 1350 0005 5916 5865; PS Form 3811, February 2004; handwritten "Subpoena" and "15180-001"]

                Respectfully submitted,

                KLENDA, MITCHELL, AUSTERMAN &
                  ZUERCHER, L.L.C.

                s/John Val Wachtel
                John Val Wachtel, #8310
                301 N. Main, 1600 Epic Center
                Wichita, KS 67202-4888
                Tele.: (316) 267-0331
                Fax: (316) 267-0333
                jvwachtel@kmazlaw.com
                Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of February, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS 67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

                s/John Val Wachtel
                John Val Wachtel

KMAZ Document No. 285270