## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHELIA MONSOUR, )
and MONSOUR'S INC. )
             )
   Plaintiffs,      )
vs.             )  Case No. 05-1204-MLB
             )
MENU MAKER FOODS, INC.,    )
             )
   Defendant.      )
             )

### ORDER GRANTING EXTENSION OF TIME

Upon motion of the plaintiff, (Doc. # 41), and for good cause shown, the Court hereby grants the plaintiff an extension of ten business days, or until **February 17, 2006**, in which to file its expert disclosures.

IT IS SO ORDERED.

                s/  Donald W. Bostwick
              DONALD W. BOSTWICK
              U. S. MAGISTRATE JUDGE

SUBMITTED BY:

  /s/ Richard W. James
Richard W. James, #19822
Of McDONALD, TINKER,
SKAER, QUINN & HERRINGTON, P.A.
P.O. Box 207
Wichita, KS 67201-0207
Phone: (316) 263-5851
Fax:  (316) 263-4677
E-mail: rjames@mtsqh.com
*Attorneys for Plaintiff*