**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,                              )
                                                              )
                              Plaintiffs,        )
                                                              )
vs.                                                         )        Case No. 05-1204-MLB
                                                              )
MENU MAKER FOODS, INC.,             )
                                                              )
                              Defendants.      )
_____)

<u>**NOTICE OF DOCUMENT SUBPOENA PURSUANT RULE 45(b)(1)**</u>

COMES NOW the Defendant, and, pursuant to F.R.Civ.P. 45(b)(1) hereby provides prior

notice to the Plaintiffs of its intent to issue a subpoena to Bank of America, NA for the

production of records regarding Mark Monsour.  A copy of the subpoena which the Defendant

will issue is attached hereto.

                                                  Respectfully submitted,

                                                  KLENDA, MITCHELL, AUSTERMAN &
                                                       ZUERCHER, L.L.C.

                                                  s/John Val Wachtel
                                                  _____
                                                  John Val Wachtel, #8310
                                                  301 N. Main, 1600 Epic Center
                                                  Wichita, KS  67202-4888
                                                  Tele.:  (316) 267-0331
                                                  Fax:  (316) 267-0333
                                                  jvwachtel@kmazlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of February, 2006, I electronically

filed the foregoing with the clerk of the court by using the CM/ECF system which will send

electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

s/John Val Wachtel
John Val Wachtel

KMAZ Document No. 297650