**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, ) <br> and MONSOUR'S INC. ) <br> ) <br>               Plaintiffs, ) <br> vs. ) <br> ) <br> MENU MAKER FOODS, INC. ) <br> ) <br>               Defendants ) <br> ) | Case No. 05-1204-MLB |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 7th day of February, 2006, Defendant served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, the original and one copy of "Defendant Menu Maker Foods, Inc.'s Response to Plaintiffs' Second Request for Production of Documents to Defendant," by depositing the same in the U.S. mail, postage prepaid, addressed to Plaintiff's counsel of record.

                                        Respectfully submitted,

                                        KLENDA, MITCHELL, AUSTERMAN &
                                            ZUERCHER, L.L.C.

                                        s/John Val Wachtel
                                        John Val Wachtel, #8310
                                        301 N. Main, 1600 Epic Center
                                        Wichita, KS  67202-4888
                                        Tele.:  (316) 267-0331
                                        Fax:  (316) 267-0333
                                        jvwachtel@kmazlaw.com
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of February, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

                                                          s/John Val Wachtel
                                                        John Val Wachtel

KMAZ Document No. 285270