IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, )<br>SHEILA MONSOUR )<br>and MONSOUR'S, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MENU MAKER FOODS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 05-1204-MLB |

### NOTICE TO TAKE DEPOSITIONS

TO:   ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the plaintiffs will take the following depositions upon oral examination before a certified shorthand reporter at Menu Maker Foods, Inc., 913 Big Horn Drive, Jefferson City, Missouri:

Ken Goodwin on Monday, February 20, 2006 at 9:00 a.m.

Ron Boss on Monday, February 20, 2006 at 1:00 p.m.

Creighton Cox on Tuesday, February 21, 2006 at 9:00 a.m.

Said depositions to be used for discovery and evidence in the above-captioned matter.  You are notified to appear and take such part in the examinations as you may deem advisable and as shall be fit and proper.

You are further notified that said depositions will be continued or adjourned from time to time or from place to place until completed.

1

          s/ Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
Richard W. James, #19822
McDONALD, TINKER, SKAER,
   QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:  (316) 263-5851
Fax:     (316) 263-4677
E-mail:  ddevaughn@mtsqh.com
          rjames@mtsqh.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the __13__ day of February, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

Courtesy copy to:

Midwest Litigation
Headquarters
711 North Eleventh Street
St. Louis, MO 63101

          s/ Dustin L. DeVaughn
          Dustin L. DeVaughn

G:\Menu Maker Foods, Inc 60035-001\Depositions\Notice of Depositions- Cox, Goodwin and Boss.doc