## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,                                    )
                                                                        )
                                        Plaintiffs,        )
                                                                        )
vs.                                                              )          Case No. 05-1204-MLB
                                                                        )
MENU MAKER FOODS, INC.,                      )
                                                                        )
                                        Defendants.       )
_____)

### NOTICE OF DEPOSITION

TO:  ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Defendant will take the deposition of Kevin F. Mitchelson, Esq., upon oral examination before a certified shorthand reporter on Tuesday, February 22, 2006, at 1:00 o'clock p.m. in the offices of Wheeler and Mitchelson, Chtd., 4th and Broadway, Pittsburg, KS, said deposition to be used for discovery and evidence in the above captioned matter.

You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.

You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
    ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
Alexander B. Mitchell, #8204
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331
Fax:  (316) 267-0333

Dockets.Justia.com

jvwachtel@kmazlaw.com
amitchell@kmazlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of February, 2006, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send

electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff


                                          s/John Val Wachtel
                                          John Val Wachtel


KMAZ Document No. 298303