IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, <br> SHEILA MONSOUR <br> and MONSOUR'S, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MENU MAKER FOODS, INC., <br><br> Defendant. | Case No. 05-1204-MLB |

**NOTICE OF SERVICE OF PLAINTIFFS' DISCOVERY RESPONSES**

Plaintiffs, by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James, hereby notify the Court that they delivered Plaintiffs' Notice of Service of Plaintiff Mark Monsour's Supplemental Answers to Menu Maker Foods, Inc.'s Interrogatories to Plaintiff Mark Monsour and Plaintiff Monsour, Inc.'s Supplemental Responses to Defendant's First Set of Interrogatoires in the above captioned matter via U.S. Mail on February 13, 2006.

s/ Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
Richard W. James, #19822
McDONALD, TINKER,
 SKAER, QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:   (316) 263-5851
Fax:     (316) 263-4677
E-mail:  ddevaughn@mtsqh.com
         rjames@mtsqh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

                                          s/ Dustin L. DeVaughn
                                          Dustin L. DeVaughn

G:\Menu Maker Foods, Inc 60035-001\Discovery\NOS of Discovery Resp..doc