IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, )
SHEILA MONSOUR )
and MONSOUR'S, INC. )
            )
    Plaintiffs, )   Case No. 05-1204-MLB
            )
v.          )
            )
MENU MAKER FOODS, INC., )
            )
    Defendant. )
_____)

## NOTICE OF SERVICE OF
## PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

Plaintiffs, by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James, hereby notify the Court that they delivered Plaintiffs' Supplemental Disclosures in the above matter via First Class, U.S. Mail on February 13, 2006.

                                   s/_____
                                   Richard W. James, #19822
                                   Dustin L. DeVaughn, #16559
                                   McDONALD, TINKER,
                                       SKAER, QUINN & HERRINGTON, P.A.
                                   *Attorneys for Plaintiffs*
                                   P.O. Box 207
                                   Wichita, KS 67201-0207
                                   Phone:   (316) 263-5851
                                   Fax:     (316) 263-4677
                                   E-mail:  rjames@mtsqh.com
                                            ddevaughn@mtsqh.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
　Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:　316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

                                               s/_____
                                               Dustin L. DeVaughn
                                               Richard W. James

G:\Menu Maker Foods, Inc 60035-001\Discovery\NOS of Supp. Rule 26 Disclosures.doc