IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, <br> SHEILA MONSOUR <br> and MONSOUR'S, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MENU MAKER FOODS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 05-1204-MLB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AMENDED NOTICE TO TAKE DEPOSITION

TO:   ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

Please take notice that the plaintiffs will take the following deposition upon oral examination before a certified shorthand reporter at the Crawford County Judicial Center, 602 N. Locust, Jury Assembly Room, Pittsburgh, Kansas:

John Trisler on Wednesday, February 22, 2006 at 9:00 a.m.

Said deposition is to be used for discovery and evidence in the above-captioned matter. You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.

You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

>s/ Richard W. James
>Dustin L. DeVaughn, #16559
>Richard W. James, #19822
>McDONALD, TINKER, SKAER,
>    QUINN & HERRINGTON, P.A.
>*Attorneys for Plaintiffs*
>P.O. Box 207
>Wichita, KS 67201-0207
>Phone:   (316) 263-5851
>Fax:     (316) 263-4677
>E-mail:  ddevaughn@mtsqh.com
>         rjames@mtsqh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __16__ day of February, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
   Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile: 316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

Courtesy copy to:

Patricia K. Smith, CSR
P.O. Box 1123
Pittsburgh, Kansas 66762

>s/ Richard W. James
>Dustin L. DeVaughn
>Richard W. James

G:\Menu Maker Foods, Inc 60035-001\Depositions\Notice of Deposition - Amended - Trisler.doc