IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR and MONSOUR'S, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MENU MAKER FOODS, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 05-1204-MLB |

## PLAINTIFFS' NOTICE OF RULE 26(a)(2) DISCLOSURES

Plaintiffs, pursuant to Fed. R. Civ. P. 26(a)(2), designate the following as expert witnesses in the above-captioned matter:

1) Mr. Leroy Krueger
   Retired Produce Inspector
   P. O. Box 511
   Monett, Missouri 65708-0511

2) Marshall Hull, CPA, CMA
   Regier Carr & Monroe, LLP
   300 W Douglas, Ste 100
   Wichita, Kansas 67202

3) Dr. Jean-Pierre Emond
   Associate Professor Packaging Science and
   Co-director of the Center for Food Distribution and Retailing
   at the University of Florida
   229 Frazier Rogers Hall
   Gainesville, Florida 32711-0570

A copy of Mr. Krueger's report was served on defendant's attorney on December 13, 2005. A copy of Mr. Hull's expert report and curriculum vitae and a copy of Mr. Emond's expert report and curriculum vitae were served on defendant's counsel via hand delivery on February 17, 2006. All information required by Fed. R. Civ. P. 26 was also disclosed on February 17, 2006.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully Submitted,

s/ Richard W. James
Richard W. James, #19822
Dustin L. DeVaughn, #16559
*Attorney for Plaintiffs*
McDONALD, TINKER,
  SKAER, QUINN & HERRINGTON, P.A.
300 W Douglas Ave, Ste 500
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email:  rjames@mtsqh.com
          ddevaughn@mtsqh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Alex Mitchell
Klenda, Mitchell, Austerman & Zuercher
jvwachtes@kmazlaw.com
Attorneys for Defendant

Jeffrey Eastman
Keleher & Eastman Law Firm
jse@keleher-eastman.com
Attorney for Defendant

                                          s/ Richard W. James
                                          Richard W. James