IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, and MONSOUR'S INC. | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 05-1204-MLB ) |
| MENU MAKER FOODS, INC. | ) ) |
| Defendants | ) ) ) |

### RETURN ON SERVICE OF SUBPOENA

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on the 14th day of February, 2006, Defendant served, via the United States Postal Service, Certified Mail, Return Receipt Requested, a "Subpoena In A Civil Case" upon Bank of America, N.A., Attn: Records Custodian, 1425 NW 62nd St., Ft. Lauderdale, FL 33309. The Subpoena was delivered on February 24, 2006, as evidenced by the Return Receipt Card attached below. The Subpoena In A Civil Case is attached herewith as Exhibit 1.

[Return Receipt Card image showing:
- Article Addressed to: Attn: Records Custodian, Bank of America, N.A., Subpoena Control Unit, 1425 NW 62nd St., Ft. Lauderdale, FL 33309
- Service Type: Certified Mail
- Article Number: 7003 1680 0001 2517 4900
- Delivery date: FEB 24 2006
- PS Form 3811, February 2004
- Subpoena - Re: Mark Monsour
- 15180-001]

        Respectfully submitted,

        KLENDA, MITCHELL, AUSTERMAN &
          ZUERCHER, L.L.C.

        s/John Val Wachtel
        John Val Wachtel, #8310
        301 N. Main, 1600 Epic Center
        Wichita, KS  67202-4888
        Tele.: (316) 267-0331
        Fax: (316) 267-0333
        jvwachtel@kmazlaw.com
        Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

        s/John Val Wachtel
        John Val Wachtel

KMAZ Document No. 285270