IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, and MONSOUR'S INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MENU MAKER FOODS, INC.<br><br>        Defendants | Case No. 05-1204-MLB |

### RETURN ON SERVICE OF SUBPOENA

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on the 21st day of February, 2006, Defendant served, via the United States Postal Service, Certified Mail, Return Receipt Requested, a "Subpoena In A Civil Case" upon Richard Oler, Partner of BKD, LLP, 100 S. Broadway, Pittsburg, KS 66726. The Subpoena was delivered on February 27, 2006, as evidenced by the Return Receipt Card attached below. The Subpoena In A Civil Case is attached herewith as Exhibit 1.

[Return Receipt Card: Article addressed to Richard Oler, Partner, BKD, LLP, 100 S. Broadway, Pittsburg, KS 66726. Article Number: 7004 1350 0005 5916 5988. Date of Delivery: 2-27-06. Service Type: Certified Mail.]

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center
Wichita, KS 67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
jvwachtel@kmazlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS 67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

s/John Val Wachtel
John Val Wachtel

KMAZ Document No. 285270