# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC., )
)
                Plaintiffs, )
)
vs. )   Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC., )
)
                Defendants. )
)

## NOTICE OF DEPOSITION

TO: ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Defendant will take the deposition of the Plaintiff **Mark Monsour**, upon oral examination before a certified shorthand reporter on Wednesday, March 15, 2006, at 8:00 o'clock a.m. in the offices of Plaintiffs' counsel at 200 W. Douglas, Ave., Ste. 500, Wichita, KS, said deposition to be used for discovery and evidence in the above captioned matter.

You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.

You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
   ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
Alexander B. Mitchell, #8204
301 N. Main, 1600 Epic Center

Dockets.Justia.com

Wichita, KS  67202-4888  
Tele.:  (316) 267-0331  
Fax:  (316) 267-0333  
jvwachtel@kmazlaw.com  
amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn  
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.  
200 W. Douglas, Ave., Ste. 500  
Wichita, KS  67202  
ddevaughn@mtsqh.com  
Attorney for Plaintiff

And a copy was e-mailed to:

Deposition Services  
deposervwichita@aol.com

s/John Val Wachtel  
John Val Wachtel

KMAZ Document No. 299974