### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC. )
                               )
                 Plaintiffs, )
vs. )   Case No. 05-1204-MLB
                               )
MENU MAKER FOODS, INC. )
                               )
                 Defendants )
                               )

### NOTICE OF SERVICE

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 8th day of March, 2006, Defendant served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, "Amended Defendant's Third Supplemental Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure," as well as documents bates numbered D004161 - D004178, by depositing the same in the U.S. mail, postage prepaid, addressed to Plaintiff's counsel of record.

                    Respectfully submitted,

                    KLENDA, MITCHELL, AUSTERMAN &
                       ZUERCHER, L.L.C.

                    s/John Val Wachtel
                    John Val Wachtel, #8310
                    301 N. Main, 1600 Epic Center
                    Wichita, KS  67202-4888
                    Tele.:  (316) 267-0331
                    Fax:  (316) 267-0333
                    jvwachtel@kmazlaw.com
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of March, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

s/John Val Wachtel
John Val Wachtel

KMAZ Document No. 285270