IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR,               )
SHEILA MONSOUR            )
and MONSOUR'S, INC.          )
                                  )
            Plaintiffs,      )      Case No. 05-1204-MLB
                                  )
v.                                 )
                                  )
MENU MAKER FOODS, INC.,     )
                                  )
            Defendant.     )
_____ )

## <u>NOTICE OF VIDEOTAPED DEPOSITION</u>

TO:    ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

      PLEASE TAKE NOTICE that the plaintiffs will take a videotaped deposition of **Dick Graves** upon oral examination before a certified shorthand reporter on Monday, March 13th, 2006, at 9:00 a.m. at Menu Maker Foods, Inc., 913 Big Horn Drive, Jefferson City, Missouri, said deposition to be used for discovery and evidence in the above-captioned matter.

      You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.

      You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

s/ Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
Richard W. James, #19822
McDONALD, TINKER, SKAER,
QUINN & HERRINGTON, P.A.
*Attorneys for Plaintiffs*
P.O. Box 207
Wichita, KS 67201-0207
Phone:　(316) 263-5851
Fax:　　(316) 263-4677
E-mail:　ddevaughn@mtsqh.com
　　　　rjames@mtsqh.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Klenda, Mitchell,
　Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:　316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

Courtesy Copy to:

Midwest Litigation Services
714 West High Street
Jefferson City, MO 65101

s/ Dustin L. DeVaughn
Dustin L. DeVaughn

G:\Menu Maker Foods, Inc 60035-001\Depositions\Depo - Dick Graves.doc