### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC., )
)
                Plaintiffs, )
)
vs. )   Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC., )
)
                Defendants. )
)

### DEFENDANT'S MOTION FOR EXTENSION OF TIME WITIN WHICH TO SERVE EXPERT WITNESS DISCLOSURES UPON PLAINTIFFS

COMES NOW the Defendant, by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby moves this Court for an order extending the time within which the Defendant must serve expert witness disclosures on the Plaintiffs. In support of the motion, the Defendant states:

1. Defendant's deadline was March 6, 2006.

2. No prior extensions have been granted to the Defendant.

3. Prior to the expiration of the extension deadline counsel for the Defendant and counsel for the Plaintiffs had discussed the necessity of granting additional time to the Defendant, which arose out of the agreed order granting the Plaintiff additional time to make expert disclosures.

4. The extension of time is necessary due to pressing engagements of Defendant's expert and due to the extension of time granted to the Plaintiffs.

5. This request has been made in good faith and is not for the purpose of delay.

WHEREFORE, the Defendant prays for an order of this Court granting an extension of time within which to serve expert witness disclosure until April 3, 2006.

>Respectfully submitted,
>
>KLENDA, MITCHELL, AUSTERMAN &
>    ZUERCHER, L.L.C.
>
>s/John Val Wachtel
>John Val Wachtel, #8310
>Alexander B. Mitchell, #8204
>301 N. Main, 1600 Epic Center
>Wichita, KS  67202-4888
>Tele.:  (316) 267-0331
>Fax:  (316) 267-0333
>jvwachtel@kmazlaw.com
>amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

>s/John Val Wachtel
>John Val Wachtel

KMAZ Document No. 300275