# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,   )
              )
     Plaintiffs,  )
              )
vs.           )   Case No. 05-1204-MLB
              )
MENU MAKER FOODS, INC.,   )
              )
     Defendants.  )
              )

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME WITIN WHICH TO SERVE EXPERT WITNESS DISCLOSURES UPON PLAINTIFFS**

Upon motion of the Defendant (Doc. # 62), and for good cause shown, the Court hereby grants the Defendant an extension of time until **April 3, 2006**, within which to file its expert disclosures.

IT IS SO ORDERED.

  s/ Donald W. Bostwick
DONALD W. BOSTWICK
U.S. MAGISTRATE JUDGE

PREPARED BY:

KLENDA, MITCHELL, AUSTERMAN &
   ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
Alexander B. Mitchell, #8204
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331

Fax: (316) 267-0333
jvwachtel@kmazlaw.com
amitchell@kmazlaw.com