## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC., )
)
              Plaintiffs, )
)
vs. ) Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC., )
)
              Defendants. )
)

### NOTICE OF DEPOSITION

TO: ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Defendant will take the deposition of Michael Wheeler, upon oral examination before a certified shorthand reporter on Wednesday, March 29, 2006, at 9:00 o'clock a.m. in the Jury Assembly Room, Judicial Center, 602 N. Locust, Pittsburg, KS 66762; said deposition to be used for discovery and evidence in the above captioned matter.

You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper. You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

              Respectfully submitted,

              KLENDA, MITCHELL, AUSTERMAN &
                ZUERCHER, L.L.C.

              s/John Val Wachtel
              John Val Wachtel, #8310
              Alexander B. Mitchell, #8204
              301 N. Main, 1600 Epic Center
              Wichita, KS 67202-4888
              Tele.: (316) 267-0331
              Fax: (316) 267-0333
              jvwachtel@kmazlaw.com
              amitchell@kmazlaw.com
              Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of March, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

and a copy was mailed to:

Patty Smith, Court Reporter
PO Box 1123
Pittsburg, KS  66762

>                                                      s/John Val Wachtel
>                                                      John Val Wachtel

KMAZ Document No. 301227