**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

```
MARK MONSOUR, SHEILA MONSOUR,  )
and MONSOUR'S INC.,            )
                               )
            Plaintiffs,        )
                               )
vs.                            )   Case No. 05-1204-MLB
                               )
MENU MAKER FOODS, INC.,        )
                               )
            Defendants.        )
                               )
```

## NOTICE OF DEPOSITION

TO:  ALL PARTIES AND/OR THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Defendant will take the deposition of Ms. Shelly Corn, upon oral examination before a certified shorthand reporter on Wednesday, March 29, 2006, at 1:00 o'clock p.m. in the Jury Assembly Room, Judicial Center, 602 N. Locust, Pittsburg, KS 66762; said deposition to be used for discovery and evidence in the above captioned matter.

You are notified to appear and take such part in the examination as you may deem advisable and as shall be fit and proper.  You are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

          Respectfully submitted,

          KLENDA, MITCHELL, AUSTERMAN &
            ZUERCHER, L.L.C.

          s/John Val Wachtel
          John Val Wachtel, #8310
          Alexander B. Mitchell, #8204
          301 N. Main, 1600 Epic Center
          Wichita, KS  67202-4888
          Tele.:  (316) 267-0331
          Fax:  (316) 267-0333
          jvwachtel@kmazlaw.com
          amitchell@kmazlaw.com
          Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of March, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
Richard James
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

and a copy was mailed to:

Patty Smith, Court Reporter
PO Box 1123
Pittsburg, KS  66762

                                                s/John Val Wachtel
                                                John Val Wachtel

KMAZ Document No. 301228