## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, ) and MONSOUR'S INC., ) ) Plaintiffs, ) ) vs. ) ) MENU MAKER FOODS, INC., ) ) Defendants. ) ) | Case No. 05-1204-MLB |

### NOTICE OF DEPOSITION

TAKE NOTICE that defendant will take the deposition of MARSHAL HULL, whom counsel for plaintiff is requested to produce, on May 19, 2006, commencing at 9:00 a.m. at the offices of McDonald Tinker Skaer Quinn & Herrington, 300 W. Douglas, Suite 500, Wichita, KS.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
   ZUERCHER, L.L.C.

s/Alexander B. Mitchell
Alexander B. Mitchell, #8204
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331
Fax:  (316) 267-0333
jvwachtel@kmazlaw.com
amitchell@kmazlaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 28th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

    Dustin DeVaughn
    Richard James
    McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
    200 W. Douglas, Ave., Ste. 500
    Wichita, KS  67202
    ddevaughn@mtsqh.com
    Attorney for Plaintiff

and a copy was mailed to:

    Barber & Associates
    1411 N. St. Paul
    Wichita, Kansas  67203

                                          s/Alexander B. Mitchell
                                          Alexander B. Mitchell

KMAZ Document No. 301828