## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.           )
                             )
            Plaintiffs,      )
                             )
vs.                          )     Case No. 05-1204-MLB
                             )
MENU MAKER FOODS, INC.       )
                             )
            Defendants       )
                             )

## NOTICE OF SERVICE OF DEFENDANT'S EXPERT REPORT

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 3rd day of April, 2006, Defendant, pursuant to the orders of this Court as amended, served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, the report of its expert Kurt G. Breitenbach of Allen, Gibbs & Houlik, L.L.C., together with Mr. Breitenbach's *curriculum vitae*, by hand delivering the same to Plaintiff's counsel of record.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
   ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331
Fax:  (316) 267-0333
jvwachtel@kmazlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of April , 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

    Dustin DeVaughn
    McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
    300 W. Douglas, Ste. 500
    Wichita, KS  67202-2909
    ddefaughn@mtsqh.com
    Attorney for Plaintiffs

                                                s/John Val Wachtel
                                               John Val Wachtel

KMAZ Document No. 302230