UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S, INC. )
)
         Plaintiffs, ) CIVIL ACTION
) CASE NO. 05-1204-MLB
v. )
)
MENU MAKER FOODS, INC., )
)
         Defendant. )

## A D R   R E P O R T

**TYPE OF ADR:** Mediation [X]   Other:_____ ☐

**Name of Mediator or other Neutral:** Dennis Gillen

**ADR Session Held (date):** May 10, 2006

**Additional Session(s) Held, if any (date):** Additional negotiations held through May 17, 2006, Mediator not involved.

**Results of Referral to ADR:**

___ Case settled **before** ADR     _X_ Case did **not** settle

___ Case settled **at** ADR session     ___ Case settled in part

**Mediation Fees** (answer only if private mediator used):
Did neutral serve pro bono? Yes [X] or No ☐.

Did neutral serve for a reduced fee? Yes ☐ or No [X].

**Status of litigation when ADR occurred**–please check one:
TRO ☐     pre-discovery ☐     partial discovery ☐     discovery complete [X]
pending dispositive motion ☐     After dispositive motion ruling ☐     other ☐

**Length of ADR session:** Seven hours.

Dated: May 23, 2006                     s/John Val Wachtel
                                                        Attorney Signature

(ATTENTION: This form is to be FILED by defense counsel within five calendar days of the conclusion or cancellation of the ADR session. This form must be completed and returned even if the ADR session was not held. Additional forms may be retrieved from the Court's website at www.ksd.uscourts.gov/attorney/adr).

7/03