IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR )
and MONSOUR'S INC. )
 )
                     Plaintiffs, )
vs. )   Case No. 05-1204-MLB
 )
MENU MAKER FOODS, INC. )
 )
                     Defendants )
 )

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF THE PLAINTIFFS MARK MONSOUR AND SHEILA MONSOUR**

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorneys of record John Val Wachtel and Alexander B. Mitchell of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and pursuant to Fed.R.Civ.P. 56, hereby moves for summary judgment dismissing the individual claims of the plaintiffs Mark Monsour and Sheila Monsour, on grounds that they are not proper plaintiff's in this litigation and they lack standing to bring as individuals the claims made in the Complaint against the defendant. There are no disputed issues of material fact with respect to this issue, and the Defendant is entitled to judgment as a matter of law. In compliance with Rule 56 of the Federal Rules of Civil Procedure and D.Kan.Rule 7.1, the Defendant has submitted herewith a memorandum in support of this motion.

WHEREFORE, the defendant prays for an order of this court granting summary judgment and dismissing the claims made in the Complaint by the individual plaintiffs Mark Monsour and Sheila Monsour.

                     Respectfully submitted,

                     KLENDA, MITCHELL, AUSTERMAN &
                         ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331
Fax:  (316) 267-0333
jvwachtel@kmazlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of May, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn
  & Herrington, P.A.
200 W. Douglas, Ave., Ste 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiffs

s/John Val Wachtel
John Val Wachtel

KMAZ Document No. 305331