```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
 2

 3   MARK MONSOUR, SHEILA MONSOUR,  )
     and MONSOUR'S, INC.,           )
 4                                  )
                     Plaintiffs,    )
 5         vs.                      )
                                    )  Case No. 05-1204-MLB
 6   MENU MAKER FOODS, INC.,        )
                                    )
 7                   Defendant.     )
 8   ------------------------------ )

 9

10            D E P O S I T I O N

11            The deposition of SHEILA MONSOUR,

12   taken on behalf of the defendant, pursuant to the

13   Federal Code of Civil Procedure before Nancy A.

14   Richardson, a Certified Shorthand Reporter of

15   Kansas, at 300 West Douglas, Wichita, Sedgwick

16   County, Kansas, on the 20th day of December, 2005,

17   at 1:35 p.m.

18            A P P E A R A N C E S

19            The plaintiffs appeared by their

20   attorney, Mr. Richard W. James of McDonald,

21   Tinker, Skaer, Quinn & Herrington, P.A., 300 West

22   Douglas, Suite 500, Wichita, Kansas 67202-2909.

23            The defendant appeared by its

24              DEPOSITION SERVICES
              155 North Market, Suite 810
25            Wichita, KS  (316) 264-7876
```

**Page 3 (right column):**

```
                                          TinyTran 3.04
                                                 3

 1                I N D E X

 2   SHEILA MONSOUR

 3     Direct Examination by Mr. Wachtel      4

 4     Cross Examination by Mr. James        63

 5     Redirect Examination by Mr. Wachtel   67

 6

 7

 8

 9

10

11

12

13

14

15

16   SIGNATURE OF WITNESS                    74

17

18

19

20

21   CERTIFICATE OF CERTIFIED SHORTHAND REPORTER   75

22

23

24

25

                  DEPOSITION SERVICES
```

**Page 2 (lower left):**

```
                                               2
 1   attorney, Mr. John Val Wachtel of Klenda,

 2   Mitchell, Austerman & Zuercher, LLC, 301 North

 3   Main, Suite 1600, Wichita, Kansas  67202-4888.

 4            Also present was Mr. Creighton

 5   Cox.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

              DEPOSITION SERVICES
```

**Page 4 (lower right):**

```
                                               4
 1              SHEILA MONSOUR,

 2   of lawful age, having been first duly sworn on her

 3   oath to state the truth, the whole truth, and

 4   nothing but the truth, deposes and says:

 5              DIRECT EXAMINATION

 6   BY MR. WACHTEL:

 7   Q.   My name is Val Wachtel.  I represent Menu

 8        Maker Foods.  Present with me in the room is

 9        Mr. Creighton Cox, who is an officer at Menu

10        Maker Foods.  We're here to take your

11        deposition today - hopefully not very long -

12        regarding what it is you know about the case

13        before the court Monsour's, Inc., et. al,

14        versus Menu Maker Foods.

15   A.   Uh-huh.

16   Q.   In the process of doing this I'm going to ask

17        you a whole bunch of questions, and we've got

18        some rules that we have to follow, one of

19        which is that as smart as this court reporter

20        is sometimes it is confusing when people say

21        "uh-huh" or "huh-uh", so we would ask if you

22        can remember to say "yes" or "no", if you

23        would try to do that.

24   A.   Okay.  Yes.

25   Q.   And I promise you that either your lawyer or

              DEPOSITION SERVICES
```



COPY

Page 1

EXHIBIT
E

17

1     were selling the company.
2  Q.  I know this was some time ago.  Do you recall
3     approximately how many times you and your
4     husband talked about the negotiations for the
5     contract?
6  A.  No, I don't.
7  Q.  Did he tell you what he hoped to negotiate
8     into the contract?
9  A.  Basic stuff like he was going to sell the dry
10    goods side of the company and his plan was to
11    run the produce side and that Dick would buy
12    the produce from Mark.
13  Q.  Now, did your husband tell you that Dick
14    Graves would purchase the company or that
15    Menu Maker Foods would purchase the company?
16  A.  He used Menu Maker/Dick Graves interchangeably
17    to me.  I don't remember it being specific.
18  Q.  Did you understand at the time that Menu
19    Maker Foods was a corporation?
20  A.  No.
21  Q.  Did you -- bad start.  Do you remember
22    signing the Asset Purchase Agreement?
23  A.  Yes.
24  Q.  Did you read it?
25  A.  No.

DEPOSITION SERVICES

18

1  Q.  Did you understand in what capacity you were
2    signing it?
3         MR. JAMES:  Object to form.  It
4    calls for a legal conclusion.  You may
5    answer.
6  Q.  If you don't understand the question, just
7    tell me.
8  A.  Repeat the question.
9  Q.  Sure.  Did you understand in what capacity
10    you were signing the Agreement?
11         MR. JAMES:  Same objection.
12  A.  I signed 'cause my name was on the business.
13    I'm the wife of the owner.  That's why I
14    signed.
15         MR. WACHTEL:  Let's go off the
16    record for just a moment while I fumble with
17    these papers.
18         (An off-the-record
19            discussion was had, after
20            which, the following:)
21  Q.  Ms. Monsour, I'm going to show you a document
22    that is stamped D00001 through D00009.  I
23    will tell you that it purports to be a copy
24    of the Asset Purchase Agreement that you
25    signed.  I'm just going to ask you to look at

DEPOSITION SERVICES

TinyTran 3.04
19

1     page D -- you can look at the whole thing but
2     I'll ask you to look at page D00009 and tell
3     me if that's your signature at the bottom.
4  A.  Yes, it is.
5  Q.  And we'll just lay that right there in case.
6     I will represent to you that that document
7     is an Asset Purchase Agreement.  Do you know
8     what an Asset Purchase Agreement is?
9  A.  A contract to buy someone's assets.
10  Q.  Do you understand that an Asset Purchase
11    Agreement is not an agreement to buy
12    corporate stock?
13         MR. JAMES:  Object to form.
14  A.  No, I don't.
15  Q.  Did you -- withdraw it.  I notice that you
16    have signed -- you signed the contract, and
17    my question to you as an individual is what
18    assets did you sell to Menu Maker Foods under
19    the terms of the Asset Purchase Agreement?
20         MR. JAMES:  Object to form.
21  A.  I don't know.  What assets?  The company?
22  Q.  I suspect your lawyer will tell you that you
23    did not sell the company because it's an
24    Asset Purchase Agreement.  Assuming for
25    the sake of argument that you were -- I'm

DEPOSITION SERVICES

20

1     sorry.  Assuming for discussion that you
2     were a shareholder in this company, do you
3     have any idea, ma'am, as you sit here what
4     assets -- what personal assets you sold?
5         MR. JAMES:  Object to form.
6  A.  No.
7  Q.  Well, you didn't sell any stock to Menu Maker
8    Foods, did you?
9         MR. JAMES:  Object.  Mischaracterizes
10    previous testimony.  She said she didn't
11    know, Counselor.
12  A.  I don't.
13  Q.  Why would you sign the Asset Purchase
14    Agreement without reading it?
15  A.  Because my husband handled the business side
16    and my name was on the company and I had to
17    sign.
18  Q.  And it was your husband who told you you had
19    to sign?
20  A.  Yes.
21  Q.  How much money did you receive personally
22    through the Asset Purchase Agreement?
23    Rephrase it.  What were you paid upon the
24    execution of the Asset Purchase Agreement?
25  A.  I don't know that.

DEPOSITION SERVICES

73

```
 1  Q.  And you said in questions to your lawyer
 2      that you recall he told Fred Foster that if
 3      he ever saw Rick do that again, to call the
 4      police.
 5  A.  Uh-huh.
 6  Q.  Right?
 7  A.  Correct.
 8  Q.  I'm still confused.  If he was telling Fred
 9      to call the police about him, his brother,
10      about Richard, why didn't he fire him?  Do
11      you know?
12          MR. JAMES:  Objection.  Speculation.
13  A.  I don't know.
14  Q.  You don't?
15  A.  I can speculate.
16  Q.  No.  I don't think that's fair to you or me.
17      The fact of the matter is you don't know why,
18      right?
19  A.  No.
20          MR. WACHTEL:  Thank you very much.
21      I don't have any further questions.
22          MR. JAMES:  We'll read and sign.
23                  *****
24
25
                DEPOSITION SERVICES
```

TinyTran 3.04
75

```
 1          C E R T I F I C A T E
 2  STATE OF KANSAS )
 3  SEDGWICK COUNTY )  ss:
 4          I, Nancy A. Richardson, a Certified
 5  Shorthand Reporter within and for the State of
 6  Kansas, do hereby certify that the within-named
 7  witness was by me first duly sworn to testify the
 8  truth, and that the deposition by her given in
 9  response to the questions propounded, as herein
10  set forth, was first taken in machine shorthand by
11  me and afterwards reduced to writing under my
12  direction and supervision, and is a true and
13  correct record of the testimony given by the
14  witness.
15          I further certify that I am not a
16  relative or employee or attorney or counsel of any
17  of the parties, or a relative or employee of such
18  attorney or counsel, or financially interested in
19  the action.
20          WITNESS my hand and official seal
21  at Wichita, Sedgwick County, Kansas, this 4th day
22  of January, 2006.
23          Nancy A. Richardson
24          Certified Shorthand Reporter
25  COSTS:  $_____
                DEPOSITION SERVICES
```

74

```
 1          I have read the foregoing testimony
 2  recorded on pages 4 through 73, inclusive, and the
 3  same is true and correct to my knowledge and
 4  belief.
 5
 6
 7
 8          SHEILA MONSOUR
 9
10
11
12  STATE OF _____)
                          ) ss:
13  _____COUNTY)
14
15          Subscribed and sworn to before me,
16  the undersigned, this _____ day of
17  _____, 2005.
18
19          Notary Public
20
21  My Commission Expires:
22  _____
23
24
25
                DEPOSITION SERVICES
```