IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR           )
and MONSOUR'S, INC.                    )
                                       )
                    Plaintiffs,        )        Case No.  05-1204-MLB
                                       )
v.                                     )
                                       )
MENU MAKER FOODS, INC.,                )
                                       )
                    Defendant.         )
_____)

**MOTION FOR AN EXTENSION OF TIME
IN WHICH TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COME NOW plaintiffs Mark and Sheila Monsour and Monsour's Inc., by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn and Herrington P.A.

1.      Plaintiffs' Response to Defendant's Motion for Summary Judgment is currently due June 15, 2006.

2.      No prior extension has been requested or granted.

3.      Plaintiffs' counsel has consulted with defendant's counsel regarding the requested extension, and defendant's counsel does not object to the extension.

4.      The requested extension is necessary due to pressing commitments of plaintiffs' counsel in other cases.

5.      This request for extension is made in good faith and not for the purpose of delay.

WHEREFORE, by reason of the above and foregoing, plaintiffs respectfully request an extension of ten business days, or until June 29, in which to respond to Defendant's Motion for Summary Judgment.

Respectfully Submitted,

s/ Richard W. James
Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorneys for Plaintiffs*
McDonald, Tinker,
  Skaer, Quinn & Herrington, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Facsimile:  (316) 263-4677
Email: ddevaughn@mtsqh.com
         rjames@mtsqh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Alex Mitchell
Klenda, Mitchell, Austerman
 & Zuercher,
Suite 1600, 201 North Main,
Wichita, KS 67202
Tele: 316.267.0221
Fax: 316.267.0333
jvwachtes@kmazlaw.com
Attorneys for Defendant

Jeffrey Eastman
Keleher & Eastman Law Firm
403 N.W. Englewood Rd.
Gladstone MO 64118
Business Tele: 816.452.6030
Fax: 816.455.0969
Home: 816.436.1506
Cell: 816.213.0819
jse@keleher-eastman.com
Attorney for Defendant

s/ Richard W. James_____
Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorneys for Plaintiffs*
McDonald, Tinker,
   Skaer, Quinn & Herrington, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Facsimile:   (316) 263-4677
Email: ddevaughn@mtsqh.com
          rjames@mtsqh.com