## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC., )
                                        Plaintiffs, )
                                                     )
vs. )   Case No. 05-1204-MLB
                                                     )
MENU MAKER FOODS, INC., )
                                                     )
                                        Defendants. )

### DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

COMES NOW the Defendant, by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby moves this Court for an order extending the time within which the parties must file dispositive motions from June 19, 2006 to August 11, 2006. In support of the motion, the Defendant states:

1. Pursuant to the Scheduling Order (Doc. 13) the Court set June 19, 2006 as date by which dispositive motions must be filed.

2. Due to availability dates for deposition of the Plaintiffs' damage expert, and due as well to conflicts in Plaintiffs' attorneys' calendars, that deposition is now scheduled to be taken on July 27, 2006.

3. The deposition is critical to Defendant's ability to file a dispositive motion.

4. Counsel for the parties have consulted regarding this Motion, and Plaintiffs do not object to the requested extension.

5. No prior request for an extension of the date for filing dispositive motions has been made.

6. This Motion is made in good faith and not for the purpose of delay.

7. Granting this Motion will not delay these proceedings.

WHEREFORE, the Defendant prays for an order of this Court granting an extension of time within which to file dispositive motions until August 11, 2006.

                Respectfully submitted,

                KLENDA, MITCHELL, AUSTERMAN &
                   ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
Alexander B. Mitchell, #8204
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
jvwachtel@kmazlaw.com
amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

                s/John Val Wachtel
                John Val Wachtel

KMAZ Document No. 308624