# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC., )
                         Plaintiffs, )
vs. )    Case No. 05-1204-MLB
MENU MAKER FOODS, INC., )
                         Defendants. )

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

Upon motion of the Defendant (Doc. 76), and for good cause shown, the Court hereby grants the Defendant's motion to extend the time for filing dispositive motions until August 19, 2006.

IT IS SO ORDERED.

s/Monti Belot
MONTI L. BELOT
U.S. DISTRICT JUDGE

Dockets.Justia.com