# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR )
and MONSOUR'S INC. )
)
                 Plaintiffs, )
vs. )    Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC. )
)
                 Defendant. )
)

## AMENDED ORDER FOR EXTENSION OF TIME

NOW, on the 16th day of June, 2006, comes before the Court the Motion of Plaintiff for an extension of time within which to submit its Response to Defendant's Motion for Summary Judgment (Docket No. 72). For good cause shown, the Court extends the response date to June 29, 2006.

IT IS SO ORDERED.

                                                                   s/Monti Belot
                                                                   Honorable Monti L. Belot
                                                                   United States District Judge