### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,               )
                Plaintiffs,     )
vs.                               )   Case No. 05-1204-MLB
                                )
MENU MAKER FOODS, INC.,           )
                Defendant.      )
                                )

### NOTICE TO TAKE DEPOSITION

**TO:**                       All Interested Parties

**PLACE OF DEPOSITION:**      McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
                              200 W. Douglas, Ave., Ste. 500
                              Wichita, KS 67202

**DATE AND TIME:**            Thursday, July 27, 2006 at 1:00 o'clock p.m.

**WITNESS TO BE DEPOSED:**    Marshall Hull

     The deposition will be taken pursuant to the provisions of the Federal Rules of Civil Procedure and for the purposes provided for therein, and will be taken before a certified court reporter authorized by law to administer oaths. The oral examination will be continued from day-to-day until completed.

     You are invited to attend.

                                                    KLENDA, MITCHELL, AUSTERMAN &
                                                       ZUERCHER, L.L.C.

                                                       s/Alexander B. Mitchell
                                                       Alexander B. Mitchell, #8204
                                                       John Val Wachtel, #8310
                                                       301 N. Main, 1600 Epic Center
                                                       Wichita, KS 67202-4888
                                                       Tele.: (316) 267-0331
                                                       Fax: (316) 267-0333
                                                       amitchell@kmazlaw.com
                                                       jvwachtel@kmazlaw.com

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS 67202
ddevaughn@mtsqh.com
Attorney for Plaintiff

A courtesy copy was sent via facsimile to:

Barber & Associates
(316) 267-8621

                                        s/Alexander B. Mitchell
                                        Alexander B. Mitchell