KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARK MONSOUR, SHEILA MONSOUR and MONSOUR'S, INC., | ) ) | |
|     *Plaintiffs,* | ) ) | |
| vs. | ) ) | No. 05-1204-MLB |
| MENU MAKER FOODS, INC., | ) ) | |
|     *Defendant.* | ) ) | |

## ENTRY OF APPEARANCE

Alexander B. Mitchell, II of Klenda, Mitchell, Austerman & Zuercher, L.L.C.,

hereby enters his appearance on behalf of the defendant, Menu Maker Foods, Inc.

> s/ Alexander B. Mitchell, II
> Bar Number 8204
> Attorney for Defendant
> Klenda, Mitchell, Austerman & Zuercher, L.L.C.
> 301 N. Main, Suite 1600
> Wichita, KS 67202-4888
> Telephone:  (316) 267-0331
> Fax:  (316) 267-0333
> E-mail:  amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which should send a notice of electronic filing to Dustin L. DeVaughn, attorney for Plaintiffs.

> s/ Alexander B. Mitchell, II