KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR and  )
MONSOUR'S, INC.,                                                  )
    *Plaintiffs,*                                                     )
                                                                                )
vs.                                                                            )   No. 05-1204-MLB
                                                                                )
MENU MAKER FOODS, INC.,                                  )
    *Defendant.*                                                    )
                                                                                )

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant and moves the Court for summary judgment on the grounds the plaintiffs have failed to produce any evidence of recoverable damages for the alleged breach of contract. In support hereof, defendant submits its memorandum brief.

    s/ Alexander B. Mitchell, II
    Bar Number 8204
    Attorney for Defendant
    Klenda, Mitchell, Austerman & Zuercher, L.L.C.
    301 N. Main, Suite 1600
    Wichita, KS 67202-4888
    Telephone: (316) 267-0331
    Fax: (316) 267-0333
    E-mail: amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which should send a notice of electronic filing to Dustin L. DeVaughn, Attorney for Plaintiffs.

    s/ Alexander B. Mitchell, II