BALANCE SHEET
AS OF 12/29/2001

ASSETS

| | | |
|---|---:|---:|
| CASH IN BANK AND ON HAND | 81,225.93 | |
| ACCOUNTS RECEIVABLE-TRADE | 1,073,575.46 | |
| BILLBACK REC-FORT JAMES | 34,976.93 | |
| ALLOWANCE FOR BAD DEBT | (18,052.09) | |
| NOTES REC | 10,197.99 | |
| INVENTORY | 1,643,819.80 | |
| PREPAID EXPENSES | 33,966.99 | |
| TOTAL CURRENT ASSETS | | 2,859,711.01 |
| PROPERTY & EQUIPMENT | | |
| BUILDINGS | 1,202,567.54 | |
| LAND | 69,310.00 | |
| TRANSPORTATION EQUIPMENT | 953,241.81 | |
| MACHINERY & EQUIPMENT | 1,073,309.94 | |
| OFFICE FURNITURE & FIXTURES | 398,880.10 | |
| TOTAL PROPERTY & EQUIPMENT | | 3,697,309.39 |
| LESS ACCUM. DEPRECIATION | 2,812,135.00 | |
| NET PROPERTY & EQUIPMENT | | 885,174.39 |
| OTHER ASSETS | | |
| CASH VALUE LIFE INS | 86,100.00 | |
| DEPOSITS | 2,500.00 | |
| COMSOURCE IFC | 14,052.34 | |
| DEFFERED EXPENSES | 45,583.00 | |
| TOTAL OTHER ASSETS | | 148,235.34 |
| TOTAL ASSETS | | 3,893,120.7 |

LIABILITIES & EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| NOTES PAY-BANK OF AMERICA | 975,000.00 | |
| ACCOUNTS PAYABLE-TRADE | 455,193.61 | |
| ACCTS PAY 401K | (574.80) | |
| FOOD SHOW PAYABLE | (1,911.86) | |
| NOTE PAYABLE-OTHER | 72,843.67 | |
| NOTES PAY-LIFE INS | 81,311.74 | |
| SALES TAX PAYABLE | 241.92 | |
| SALES TAX PAYABLE-KANSAS | 4,519.58 | |
| SALES TAX PAYABLE-MISSOURI | 439.19 | |
| SALES TAX PAYABLE-OKLAHOMA | 815.41 | |
| SALES TAX PAYABLE-ARKANSAS | (2.36) | |
| TAXES & OTHER LIAB-PAYROLL | 44,053.91 | |
| INTERST EXP PAY | 7,291.35 | |


EXHIBIT C

10002

```
                                    BALANCE SHEET
                                   AS OF  12/29/2001

  ACCRUED EXPENSES                  30,677.17
  CURRENT PART L-T DEBT             (8,480.70)
  CURRENT PART L-T DEBT            115,360.09
                                  ---------------
     TOTAL CURRENT LIABILITIES                      1,776,777.92

  LONG TERM DEBT
CONTRACTS-LONG TERM                582,536.23
                                  ---------------
     TOTAL LONG TERM DEBT                             582,536.23
                                                   ---------------
     TOTAL LIABILITIES                              2,359,314.15

                                  STOCKHOLDERS EQUITY
CAPITAL STOCK                     (1,073,926.77)
RETAINED EARNINGS                  2,435,051.48
NET INCOME (LOSS)                    172,681.88
                                  ---------------
     TOTAL STOCKHOLDERS EQUITY                      1,533,806.59
                                                   ---------------
     TOTAL LIAB. & STKHLDR EQUITY                   3,893,120.7
                                                   ===============
```

10003