PAGE  1

BALANCE SHEET
AS OF  12/29/2001

ASSETS

| | | |
|---|---:|---:|
| CASH IN BANK AND ON HAND | (480,806.56) | |
| ACCOUNTS RECEIVABLE-TRADE | 765,071.10 | |
| NOTES REC | 8,735.00 | |
| INVENTORY | 997,950.00 | |
| PREPAID EXPENSES | 26,050.24 | |
| TOTAL CURRENT ASSETS | | 1,316,999.78 |

PROPERTY & EQUIPMENT

| | | |
|---|---:|---:|
| BUILDINGS | 1,202,567.54 | |
| LAND | 69,310.00 | |
| TRANSPORTATION EQUIPMENT | 1,047,693.20 | |
| MACHINERY & EQUIPMENT | 1,073,309.94 | |
| OFFICE FURNITURE & FIXTURES | 398,880.10 | |
| TOTAL PROPERTY & EQUIPMENT | 2,812,135.00 | |
| LESS ACCUM. DEPRECIATION | | |
| NET PROPERTY & EQUIPMENT | | 3,791,760.78 |
| | | 979,625.78 |

OTHER ASSETS

| | | |
|---|---:|---:|
| CASH VALUE LIFE INS | 81,136.05 | |
| DEPOSITS | 2,500.00 | |
| CORSOURCE IFC | 14,052.34 | |
| DEFERRED EXPENSES | 45,583.00 | |
| TOTAL OTHER ASSETS | | 143,271.39 |

TOTAL ASSETS                               2,439,896.95

LIABILITIES & EQUITY

CURRENT LIABILITIES

| | | |
|---|---:|---:|
| NOTES PAY BANK OF AMERICA | 975,000.00 | |
| ACCOUNTS PAYABLE-TRADE | 914,267.75 | |
| ACCTS PAY 401K | 1,639.93 | |
| NOTE PAYABLE-OTHER | 931,132.95 | |
| NOTES PAY-LIFE INS | 81,751.86 | |
| SALES TAX PAYABLE-KANSAS | 3,814.59 | |
| SALES TAX PAYABLE-MISSOURI | 568.79 | |
| SALES TAX PAYABLE-OKLAHOMA | 949.29 | |
| SALES TAX PAYABLE-ARKANSAS | 6.00 | |
| TAXES & OTHER LIAB-PAYROLL | 6,023.78 | |
| INTEREST EXP PAY | 7,291.35 | |
| ACCRUED EXPENSES | 30,564.00 | |
| CURRENT PART L-T DEBT | 5,973.89 | |
| CURRENT PART L-T DEBT | 115,360.09 | |
| TOTAL CURRENT LIABILITIES | | 3,074,343.27 |

EXHIBIT D

```
                              BALANCE SHEET
                            AS OF 12/29/2001                                    PAGE 2

  LONG TERM DEBT
  CONTRACTS-LONG TERM             575,134.58

   TOTAL LONG TERM DEBT                            575,134.58
                                                  -------------
   TOTAL LIABILITIES                              3,649,477.85

                              STOCKHOLDERS EQUITY
  CAPITAL STOCK                 (1,533,330.05)
  RETAINED EARNINGS              2,435,051.49
  NET INCOME (LOSS)             (2,111,302.33)
                                --------------
   TOTAL STOCKHOLDERS EQUITY                      (1,209,580.90)
                                                  -------------
   TOTAL LIAB. & SHKHLDR EQUITY                   2,439,896.95
                                                  =============
```

11689