PAGE 1

BALANCE SHEET
AS OF 04/27/2002

ASSETS

| | | |
|---|---:|---:|
| CASH IN BANK AND ON HAND | 89,538.62 | |
| ACCOUNTS RECEIVABLE-TRADE | 79,952.26 | |
| NOTES REC | 6,870.00 | |
| INVENTORY | 527,950.00 | |
| PREPAID EXPENSES | 8,545.51 | |
| TOTAL CURRENT ASSETS | | 712,056.39 |
| PROPERTY & EQUIPMENT | | |
| BUILDINGS | 1,202,567.54 | |
| LAND | 69,310.00 | |
| TRANSPORTATION EQUIPMENT | 1,010,575.20 | |
| MACHINERY & EQUIPMENT | 1,073,309.94 | |
| OFFICE FURNITURE & FIXTURES | 387,128.61 | |
| TOTAL PROPERTY & EQUIPMENT | 3,742,891.29 | |
| LESS ACCUM. DEPRECIATION | 2,821,935.00 | |
| NET PROPERTY & EQUIPMENT | | 920,956.29 |
| OTHER ASSETS | | |
| CASH VALUE LIFE INS | 81,136.05 | |
| DEPOSITS | 2,500.00 | |
| COMSOURCE IFC | 14,052.34 | |
| DEFFERED EXPENSES | 45,583.00 | |
| TOTAL OTHER ASSETS | | 143,271.39 |
| TOTAL ASSETS | | 1,777,084.07 |

LIABILITIES & EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| NOTES PAY-BANK OF AMERICA | 743,529.08 | |
| ACCOUNTS PAYABLE-TRADE | 992,152.61 | |
| NOTE PAYABLE-OTHER | 874,006.83 | |
| NOTES PAY-LIFE INS | 81,751.86 | |
| SALES TAX PAYABLE | 77.52 | |
| SALES TAX PAYABLE-KANSAS | 4,730.32 | |
| SALES TAX PAYABLE-MISSOURI | 125.06 | |
| SALES TAX PAYABLE-OKLAHOMA | (331.35) | |
| SALES TAX PAYABLE-ARKANSAS | (1.18) | |
| TAXES & OTHER LIAB-PAYROLL | (3,170.63) | |
| INTEREST EXP PAY | 7,291.35 | |
| CURRENT PART L-T DEBT | 1,095.51 | |
| CURRENT PART L-T DEBT | 115,360.09 | |
| TOTAL CURRENT LIABILITIES | | 2,816,617.07 |


EXHIBIT E

11524

MONSOURS
PAGE   2

BALANCE SHEET
AS OF  04/27/2002

```
LONG TERM DEBT
CONTRACTS-LONG TERM           544,944.43
                            ------------
TOTAL LONG TERM DEBT                          544,944.43
                                            ------------
TOTAL LIABILITIES                           3,361,561.50

STOCKHOLDERS EQUITY
CAPITAL STOCK               (1,565,330.05)
RETAINED EARNINGS            2,435,051.48
NET INCOME (LOSS)           (2,450,835.51)
                            ------------
TOTAL STOCKHOLDERS EQUITY                  (1,581,114.08)
                                           -------------
TOTAL LIAB. & STKHLDR EQUITY                1,780,447.42
                                           =============
```

11525