Monsour et al v. Menu Maker Foods Inc
Case 6:05-cv-01204-JTM   Document 87-9   Filed 08/14/2006   Page 1 of 2
Doc. 87 Att. 8

PAGE  1

BALANCE SHEET
AS OF  04/27/2002

ASSETS

| | | |
|---|---:|---:|
| CASH IN BANK AND ON HAND | 89,538.62 | |
| ACCOUNTS RECEIVABLE-TRADE | 79,952.26 | |
| INVENTORY | 377,950.00 | |
| PREPAID EXPENSES | 466.24 | |
| TOTAL CURRENT ASSETS | | 547,907.12 |
| PROPERTY & EQUIPMENT | | |
| BUILDINGS | 1,202,567.54 | |
| LAND | 69,310.00 | |
| TRANSPORTATION EQUIPMENT | 992,604.61 | |
| MACHINERY & EQUIPMENT | 1,073,309.94 | |
| OFFICE FURNITURE & FIXTURES | 387,128.61 | |
| TOTAL PROPERTY & EQUIPMENT | 2,821,935.00 | |
| LESS ACCUM. DEPRECIATION | | 3,724,920.70 |
| NET PROPERTY & EQUIPMENT | | 902,985.70 |
| OTHER ASSETS | | |
| CASH VALUE LIFE INS | 81,136.05 | |
| DEPOSITS | 2,500.00 | |
| GOODWILL IFC | 14,052.34 | |
| DEFERRED EXPENSES | 45,583.00 | |
| TOTAL OTHER ASSETS | | 143,271.39 |
| TOTAL ASSETS | | 1,594,164.21 |

LIABILITIES & EQUITY

| | | |
|---|---:|---:|
| CURRENT LIABILITIES | | |
| NOTES PAY-BANK OF AMERICA | 743,529.03 | |
| ACCOUNTS PAYABLE-TRADE | 982,873.18 | |
| NOTE PAYABLE-OTHER | 973,531.50 | |
| NOTES PAY-LIFE INS | 81,751.86 | |
| INTEREST EXP PAY | 7,291.35 | |
| CURRENT PART L-T DEBT | 1,095.51 | |
| CURRENT PART L-T DEBT | 115,360.09 | |
| TOTAL CURRENT LIABILITIES | | 2,905,432.57 |
| LONG TERM DEBT | 544,944.43 | |
| CURRENT PORTION LONG TERM | | |
| TOTAL LONG TERM DEBT | | 544,944.43 |
| TOTAL LIABILITIES | | 3,450,377.00 |

EXHIBIT E

PAGE 2

STOCKHOLDERS

BALANCE SHEET
AS OF 04/27/2002

STOCKHOLDERS EQUITY
```
CAPITAL STOCK          (1,565,330.05)
RETAINED EARNINGS       2,435,051.48
NET INCOME (LOSS)      (2,722,570.87)
                                       (1,852,849.44)
TOTAL STOCKHOLDERS EQUITY

TOTAL LIAB. & STKHLDR EQUITY                          1,597,527.56
```

11723