IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR and MONSOUR'S, INC. ) ) ) | |
| Plaintiffs, ) | Case No. 05-1204-MLB |
| ) v. ) ) | |
| MENU MAKER FOODS, INC., ) ) | |
| Defendant. ) ) | |

## PLAINTIFFS' MOTION REQUIRING DEFENDANT TO PAY COSTS ASSOCIATED WITH DEPOSITION OF PLAINTIFFS' EXPERT

Plaintiffs by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn & Herrington, P.A., file this motion requiring defendant to pay the fees incurred by plaintiffs' expert for his deposition testimony taken by defendant and for the preparation preceding his deposition. Fed. R. Civ. P. (B)(4)(a) and (c) require that the opposing party pay for the expert's time for his participation and preparation for the discovery deposition. Defendant's counsel has refused to pay the reasonable fees incurred by plaintiffs' expert. The "Arguments and Authorities" section of the Memorandum in Support of this motion that is filed contemporaneously herewith are adopted for the purposes of this motion.

1

Respectfully Submitted,

<u>s/ Richard W. James</u>
Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorneys for Plaintiffs*
McDONALD, TINKER,
SKAER, QUINN & HERRINGTON, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email: ddevaughn@mtsqh.com
          rjames@mtsqh.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Alex Mitchell
Klenda, Mitchell,
 Austerman & Zuercher
Suite 1600, 201 North Main,
Wichita, KS 67202
Ph.:  316.267.0221
Fax: 316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

Jeffrey Eastman
Keleher & Eastman Law Firm
403 N.W. Englewood Rd.
Gladstone MO 64118
Bus. ph.:   816.452.6030
Fax:        816.455.0969
Home ph.: 816.436.1506
Cell ph.:   816.213.0819
jse@keleher-eastman.com
*Attorneys for Defendant*

           s/ Richard W. James
           Dustin L. DeVaughn, #16559
           Richard W. James, #19822
           *Attorneys for Plaintiffs*
           McDONALD, TINKER,
           SKAER, QUINN & HERRINGTON, P.A.
           R.H. Garvey Building
           300 West Douglas Avenue, Suite 500
           P.O. Box 207
           Wichita, KS 67202-2909
           Telephone: (316) 263-5851
           Fax: (316) 263-4677
           Email: ddevaughn@mtsqh.com
             rjames@mtsqh.com