MARSHALL HULL, CPA - 07/27/06



```
                                                              1

        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS

MARY MONSOUR, SHEILA MONSOUR   )
and MONSOUR, INC.,             )
              Plaintiffs,      )
                               )
   vs.                         )  Civil Action Number
                               )    05-1204-MLB
MENU MAKER FOODS, INC.         )
              Defendant.       )
                               )
```

D E P O S I T I O N

The deposition of MARSHALL HULL, CPA, CMA taken on behalf of the Defendant pursuant to the Federal Rules of Civil Procedure before Raymond E. Barber, a Certified Shorthand Reporter of Kansas, at 300 West Douglas, Wichita, Sedgwick County, Kansas, on the 27th day of July, 2006 at 1:00 p.m.

A P P E A R A N C E S

The Plaintiff appeared by their attorney, Mr. Dustin DeVaughn of McDonald, Tinker, Skaer, Quinn & Herrington, P. A., Attorneys at Law, 500 R. H. Garvey Building, Wichita, Kansas 67202.

The Defendant appeared its attorney, Mr. Alexander B. Mitchell, II of Klenda, Mitchell, Austerman & Zuercher, LLC, Attorneys at Law, 301 North Main, Suite 1600, Wichita, Kansas 67202.

BARBER & ASSOCIATES
(316) 267-8278

