**Regier Carr & Monroe, L.L.P.**
Certified Public Accountants
300 W Douglas Ave, Suite 100
Wichita KS 67202-2994

Phone: (316) 264-2335     Fax: (316) 264-1489

McDonald Tinker Skaer Quinn & Herrington PA
RE: Monsour's Inc.
300 W Douglas Ave Ste 500
Wichita KS 67202

*Invoice #:* 17015

*Date:* 8/31/2006

*Client ID:* 43504

*Please return top portion with remittance.*     Amount enclosed $ _____

| | |
|---|---|
| Preparation and testimony in deposition regarding Monsour's, Inc. vs. Menu Maker Foods, Inc. | 1,650.00 |

10.0 hours x $165/hr
Discount to agreed-upon rate of $165 per hour

July 26, 2006
2.0 Hours
Review report prepared January 30, 2006 regarding Monsour's v. Menumaker, begin review of workpapers to prepare for deposition.

July 27, 2006
3.7 Hours
Review of workpapers and preparation for deposition.

July 27, 2006
3.0 Hours
Deposition.

August 3, 2006
1.3 Hours
Review deposition transcript.

| | |
|---|---|
| New Charges: | $1,650.00 |
| Plus Prior Balance: | 0.00 |
| New Balance: | $1,650.00 |

Regier Carr & Monroe, L.L.P.

EXHIBIT B
Blumberg No. 5119

Dockets.Justia.com

Regier Carr & Monroe, L.L.P.

Invoice #: 17015

Client ID:   43504

Regier Carr & Monroe, L.L.P.

| Aged Balances | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/31/2006 | 7/31/2006 | 6/30/2006 | 5/31/2006 | 4/30/2006 | 3/31/2006+ | Total |
| 1,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,650.00 |