# KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.

**Attorneys At Law**

Alexander B. Mitchell, II
Gary M. Austerman
John V. Wachtel, IV
J. Michael Morris
Jeffrey D. Peier
Scott A. Eads
John B. Gilliam
Gregory B. Klenda
Christopher A. McElgunn
❖ Mary T. Malicoat
Todd E. Shadid
Paul C. Herr
Laura D. Fent
Christopher M. Magaña
Chad S. Nelson

L.D. Klenda (1937-1996)

1600 Epic Center, 301 N. Main
Wichita, Kansas 67202-4888

Telephone: (316) 267-0331
Telefacsimile: (316) 267-0333

Topeka, KS

jvwachtel@kmazlaw.com

Todd M. Allison
Stephen L. Brave
Michelle L. Brenwald
Chasity M. Helm
Sarah L. Newell ❖
Christopher J. Vinduska ❖

Of Counsel
Vincent L. Bogart
Carlos J. Nolla-Corretjer
David W. Steed
Bruce W. Zuercher ❖

❖ Licensed also in Missouri

September 12, 2006

**VIA HAND DELIVERY**
Mr. Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn
& Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS 67202

     Re: *Monsour's, Inc., et al. vs. Menu Maker Foods, Inc.*
         United States District Court, District of Kansas
         Case No. 05-1204-MLB
         Regier Carr & Monroe, L.L.P. Invoice #17015

Dear Dustin:

     I am in receipt of Regier Carr & Monroe, L.L.P. (hereinafter "Regier Carr") itemized invoice #17015 which was enclosed with your latest communication. I have reviewed the Regier Carr itemized invoice, and have discussed it with Mr. Graves of Menu Maker Foods.

     There appears to be some disagreement about how much time was spent during the deposition. We believe the deposition lasted two and a half hours, and Mr. Hull believes that three hours were consumed. Menu Maker has instructed me not to disagree about the deposition time and to pay for three hours of Mr. Hull's time. Accordingly, the payment for time spent in the deposition is $495.00 ($165.00 x 3 hrs. = $495.00).

     However we do dispute the remaining charges for deposition preparation time as well as the 1.3 hours consumed by Mr. Hull in reviewing and signing the deposition. As I pointed out in my earlier letter, we did not ask Mr. Hull to review anything in preparation for his deposition, nor did we ask that he prepare any items to be used in the deposition. Quite frankly, I believe that Mr. Hull spent 5.7 hours of deposition preparation time because this was his first deposition involving his being retained as an expert witness. (See Transcript of Deposition at page 4, lines 13 – 23.) Menu Maker is however willing to pay Regier Carr $165.00 in fees for one hour of deposition preparation time ($165.00 x 1hr. = $165.00).



Dockets.Justia.com

Mr. Dustin DeVaughn
9/12/2006
Page 2

     Alex tells me that he did not ask Mr. Hull to read and sign his deposition. The transcript makes no mention of his reading and signing. (See Transcript of Hull deposition at page 67.) Menu Maker will not pay Regier Carr the 1.3 hours consumed by Mr. Hull in reading and signing the deposition.

     That all said, enclosed you will find our check number 12280 made payable to Regier Carr in the amount of $660.00 for three hours of deposition time and one hour of preparation time ($165.00 x 4hrs. = $660.00). We believe that the enclosed payment is fair and equitable under the circumstances.

     Should you have any questions please do not hesitate to call.

                                Very truly yours,

                                John Val Wachtel

JVW/dds
Enclosures
cc: Mr. Alex Mitchell (w/o enclosure)
    Mr. Dick Graves (w/enclosure)
    Mr. Creighton Cox (w/enclosure)

KMAZ Doc. 315382