## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,                )
                                   )
                Plaintiffs,   )
                                   )
vs.                                )   Case No. 05-1204-MLB
                                   )
MENU MAKER FOODS, INC.,            )
                                   )
                Defendants.   )
                                   )

### DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSE TO PLAINTIFFS' MOTION REQUIRING DEFENDANT TO PAY COSTS ASSOCIATED WITH DEPOSITION OF PLAINTIFFS' EXPERT

COMES NOW the defendant, by and through its attorney of record, John Val Wachtel of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby moves this Court for an order extending the time within the defendant must file a response to the Plaintiffs' Motion Requiring Defendant to Pay Costs Associated with Deposition of Plaintiffs' Expert (Doc. 90) hereinafter, "the Motion." In support of the Motion, the Defendant states:

1. Plaintiffs filed the Motion on November 10, 2006, and served a copy of the Motion along with a brief in support upon counsel for the defendant.

2. Defendant's counsel has and has had pneumonia, which has prevented defendant's counsel from responding to the Motion within the amount of time allotted by the rules.

3. Counsel for the defendant seeks additional time within which to respond to the Motion.

4. Counsel for the defendant has discussed this matter with plaintiffs' counsel and plaintiffs' counsel does not object to an order extending defendant's response date to the 29th day of November, 2006.

5. No prior request for an extension of the date of the defendant's response has been made.

6. This Motion is made in good faith and not for the purpose of delay.

7. Granting this Motion will not delay these proceedings.

WHEREFORE, the Defendant prays for an order of this Court granting an extension of time within which to file a response to the Motion until November 29, 2006.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, #8310
Alexander B. Mitchell, #8204
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
jvwachtel@kmazlaw.com
amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
200 W. Douglas, Ave., Ste. 500
Wichita, KS  67202
ddevaughn@mtsqh.com
Attorney for Plaintiffs

s/John Val Wachtel
John Val Wachtel

KMAZ Document No. 321061