# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC., )
)
              Plaintiffs, )
)
vs. )   Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC., )
)
             Defendants. )
)

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSE TO PLAINTIFFS' MOTION REQUIRING DEFENDANT TO PAY COSTS ASSOCIATED WITH DEPOSITION OF PLAINTIFFS' EXPERT**

Upon motion of the Defendant (Doc. 94), and for good cause shown, and by agreement of the parties, the Court hereby grants the Defendant's Motion for Extension of Time Within Which to File Response to Plaintiffs' Motion Requiring Defendant to Pay Costs Associated with Deposition of Plaintiffs' Expert to and including November 29, 2006.

IT IS SO ORDERED.

                                            s/ Monti Belot

                                            THE HON. MONTI L. BELOT
                                            U.S. DISTRICT COURT JUDGE