## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC.,                             )
                                                              )
                                      Plaintiffs,        )
                                                              )
vs.                                                          )        Case No. 05-1204-MLB
                                                              )
MENU MAKER FOODS, INC.,                    )
                                                              )
                                      Defendant.       )
_____)

## THIRD ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSE TO PLAINTIFFS' MOTION REQUIRING DEFENDANT TO PAY COSTS ASSOCIATED WITH DEPOSITION OF PLAINTIFFS' EXPERT

Upon motion of the Defendant, (Doc. 100), and for good cause shown, and by agreement of the parties, the Court hereby grants the Defendant's Third Motion for Extension of Time within Which to File Response to Plaintiffs' Motion Requiring Defendant to Pay Costs Associated with Deposition of Plaintiffs' Expert Witness, and extends the time within which the defendant may file its response to **December 21, 2006.**

IT IS SO ORDERED.


          s/ DONALD W. BOSTWICK
DONALD W. BOSTWICK
U.S. MAGISTRATE JUDGE

1

Dockets.Justia.com