MARSHALL HULL, CPA - 07/27/06

ORIGINAL                                                                 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY MONSOUR, SHEILA MONSOUR  )
and MONSOUR, INC.,            )
                Plaintiffs,   )
                              )
vs.                           )   Civil Action Number
                              )        05-1204-MLB
MENU MAKER FOODS, INC.        )
                Defendant.    )
_____)

D E P O S I T I O N

The deposition of MARSHALL HULL, CPA, CMA taken on behalf of the Defendant pursuant to the Federal Rules of Civil Procedure before Raymond E. Barber, a Certified Shorthand Reporter of Kansas, at 300 West Douglas, Wichita, Sedgwick County, Kansas, on the 27th day of July, 2006 at 1:00 p.m.

A P P E A R A N C E S

The Plaintiff appeared by their attorney, Mr. Dustin DeVaughn of McDonald, Tinker, Skaer, Quinn & Herrington, P. A., Attorneys at Law, 500 R. H. Garvey Building, Wichita, Kansas 67202.

The Defendant appeared its attorney, Mr. Alexander B. Mitchell, II of Klenda, Mitchell, Austerman & Zuercher, LLC, Attorneys at Law, 301 North Main, Suite 1600, Wichita, Kansas 67202.

BARBER & ASSOCIATES
(316) 267-8278


EXHIBIT A

1          MR. MITCHELL:  I am done.
2          MR. DeVAUGHN:  I don't have any
3     questions.
4  (REPORTER'S NOTE:  At this time a brief recess was
5  taken; whereupon, the following proceedings were
6  had:)
7  Q.   Did you review that during your engagement,
8       Exhibit 8?
9  A.   I don't recall seeing that.  I don't recall
10      seeing that.
11         MR. MITCHELL:  Thanks.  That is it.
12                   * * *

68

1    I have read the foregoing testimony recorded
2 on pages 3 through 67, inclusive, and the same is
3 true and correct to my knowledge and belief.
4
5
6    _____
     Marshall Hull, CPA, CMA
7
8 STATE OF KANSAS)
               )
9 SEDGWICK COUNTY)
10        Subscribed and sworn to before me, the
11 undersigned authority, this, the ___4th___ day of
12 ___August___, 2006.
13
14
15    STACY S. DEREBERY
      Notary Public - State of Kansas
      My Appt. Expires 6-30-10
16
17
18  __6-30-10__                    _____
    (Commission Expires)            (Notary Public)
19
20
21
22
23
24
25