IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR And MONSOUR'S, INC. ) ) ) ) Plaintiff, ) ) v. ) ) MENU MAKER FOODS, INC., ) ) Defendant. ) | Case No. 05-1204-MLB |

### EXHIBITS TO PLAINTIFFS' RESPONSE
### TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit A | Deposition of Mark Monsour, Corporate Representative |
| Exhibit B | Deposition of Dick Graves |
| Exhibit C | Inventory Valuation Tools, dated 01-14-02 |
| Exhibit D | Asset Purchase Agreement, Bates Nos. 10146-10158 |
| Exhibit E | Non-competition Agreement, dated 02-06-02 |
| Exhibit F | Map of Applicable Territories |
| Exhibit G | Affidavit of Mark Monsour |
| Exhibit H | Deposition of Mark Monsour [personal] |
| Exhibit I | Deposition of Ken Goodwin |
| Exhibit J | Deposition of Kevin Mitchelson |
| Exhibit K | Deposition of Ed Fairchild |
| Exhibit L | List of Produce, Bates Nos. 10005-10006 |
| Exhibit M | Curriculum Vitae of Dr. Jean-Pierre Emond |
| Exhibit N | Expert Report of Dr. Jean-Pierre Emond |

| | |
|---|---|
| Exhibit O | Affidavit of Dennis Lutz |
| Exhibit P | Deposition of Ron Orr |
| Exhibit Q | Affidavit of Dennis Hughes |
| Exhibit R | Notes of Dennis Hughes |
| Exhibit S | Expert Report of Leroy Krueger |
| Exhibit T | Notes of Peter Monsour |
| Exhibit U | Credit Invoices |
| Exhibit V | Menu Maker Order Sheets from Monsour's |