# Exhibit C

```
MONSOUR'S 112 N. ELM           INVENTORY VALUATION TOTALS #4        01/14/2002  PAGE  1
ITEM CATEGORY                  ON HAND              C / U                       VALUE
```

| ITEM CATEGORY | ON HAND | C / U | VALUE |
|---|---|---|---|
| 1 FRESH EGGS | 10.000 | .00 | 146.40 |
| 5 FROZEN BEEF | 92,150.687 | 6,085.02 | 67,813.16 |
| 6 FROZEN PORK | 2,936.000 | 7,494.43 | 59,419.94 |
| 7 FROZEN POULTRY | 3,427.275 | 6,412.96 | 74,606.37 |
| 8 FROZEN SEAFOOD | 1,272.264 | .00 | 48,319.84 |
| 9 FROZEN ENTREES | 77.571 | .00 | 2,894.63 |
| 10 FROZEN BAKERY | 5,912.000 | .00 | 119,747.69 |
| 11 FROZEN BUTTER | 305.000 | .00 | 4,706.32 |
| 12 FROZEN EGGS | 1,559.663 | .00 | 20,379.96 |
| 13 DAIRY | 1,487.333 | .00 | 38,364.24 |
| 14 FROZEN PASTA & PIZZA | 1,076.321 | .00 | 28,648.67 |
| 15 FROZEN POTATOES | 4,801.902 | .00 | 76,807.41 |
| 16 FROZEN SOUPS | 203.912 | .00 | 9,544.94 |
| 17 FROZEN VEGETABLES | 1,431.631 | .00 | 19,131.02 |
| 18 REFRIGERATED | 1,138.095 | 2,574.12 | 44,393.57 |
| 19 CANNED FRUITS | 1,137.377 | .00 | 24,864.78 |
| 20 CANNED VEGETABLES | 3,891.730 | .00 | 44,321.27 |
| 22 BAKERY | 500.894 | .00 | 7,282.45 |
| 23 BEVERAGES | 486.996 | .00 | 37,178.03 |
| 24 BREADING | 52.500 | .00 | 4,163.36 |
| 25 CEREAL | 1,922.000 | .00 | 42,539.25 |
| 26 CHINESE | 18.000 | .00 | 520.92 |
| 27 CONDIMENTS | 422.745 | .00 | 5,348.50 |
| 28 COOKIES & CRACKERS | 463.000 | .00 | 8,037.59 |
| 29 DIETETIC | 582.000 | .00 | 15,113.46 |
| 30 EXTRACTS & COLORS | 165.000 | .00 | 719.91 |
| 31 CANNED FISH | 51.000 | .00 | 1,836.32 |

1008

10084

MONSOUR'S 112 N. ELM            INVENTORY VALUATION TOTALS *4        01/14/2002 PAGE  2

| ITEM CATEGORY | ON HAND | C / U | VALUE |
|---|---|---|---|
| 32 FLOUR & MIXES | 532.500 | .00 | 6,558.22 |
| 33 FOUNTAIN PRODUCTS | 52.721 | .00 | 2,466.23 |
| 34 GELATIN & PUDDING | 368.354 | .00 | 7,130.21 |
| 35 GRAVY MIXES | 47.000 | .00 | 809.23 |
| 36 INDIVIDUAL SERVINGS | 1,273.321 | .00 | 9,823.59 |
| 37 CANNED MEATS | 70.826 | .00 | 2,771.02 |
| 38 MEXICAN | 403.325 | .00 | 4,942.10 |
| 39 OLIVES,PICKLES,RELIS | 235.228 | .00 | 3,957.55 |
| 40 PAPER GOODS | 4,121.400 | .00 | 109,179.42 |
| 41 SALAD DRESSING | 3,880.000 | .00 | 9,438.08 |
| 42 SAUCES | 1,467.737 | .00 | 14,194.24 |
| 43 SHORTENING | 1,475.498 | .00 | 34,530.87 |
| 44 SNACKS | 2,422.810 | .00 | 3,437.71 |
| 45 SOUPS | 220.451 | .00 | 5,825.61 |
| 46 SPICES | 3,435.401 | .00 | 46,880.78 |
| 47 SPREADS & SYRUPS | 73.325 | .00 | 2,374.95 |
| 48 STAPLES | 1,020.000 | .00 | 14,840.74 |
| 49 CLEANING SUPPLIES | 2,162.234 | .00 | 19,333.46 |
| 50 EQUIPMENT | 7,198.000 | .00 | 1,093.22 |
| 60 PRODUCE ITEMS | 12,085.068 | .00 | 143,581.19 |
| 80 EQUIPMENT | 261.000 | .00 | 1,076.29 |
| 99 SPECIAL ORDER ITEMS | 379.975 | .00 | 1,705.57 |
| FINAL-TOTAL | 170,869.072 | 22,566.53 | 1,252,800.28 |

2/43,581.47

$1,109,219.09