Monsour et al v. Menu Maker Foods Inc
Case 6:05-cv-01204-JTM   Document 104-8   Filed 12/30/2006   Page 1 of 6
Doc. 104 Att. 7

**Exhibit F**

10078

Monsour's, Inc. – Menu Maker Foods, Inc.

Non-Competition Agreements

Applicable Territories

February 6, 2002

Menu Maker Foods, Inc.  \\\\\\\\pink
Monsour's, Inc.  ////////yellow

Monsour's, Inc.                                    Menu Maker Foods, Inc.

By: _____ PRESIDENT      By: _____
Mark D. Monsour, President                Jon Richard Graves, President

Menu Maker, Inc. - pink    Monfort's, Inc. - yellow

132 Kansas

## 152 Oklahoma

### Oklahoma
Population: 3,450,654 (2000 census)
Land Area: 68,679 sq mi
Capital: Oklahoma City

### Cities and Towns

| | | | | | | |
|---|---|---|---|---|---|---|
| Ada | D-8 | Broken Arrow | B-9 | Cleveland | B-8 | Durant | B-8 | Haskell | B-8 | Konawa | C-9 | Perry | B-7 | Tonkawa | A-7 |
| Altus | D-5 | Broken Bow | E-10 | Clinton | C-5 | Edmond | C-7 | Headrick | E-7 | Krebs | C-9 | Picher | A-10 | Tulsa | B-8 |
| Alva | A-6 | Buffalo | A-4 | Coalgate | D-8 | El Reno | C-6 | Healdton | D-7 | Lawton | D-6 | Ponca City | B-7 | Vinita | A-9 |
| Anadarko | D-6 | Cache | D-6 | Collinsville | B-8 | Elk City | D-4 | Hennessey | B-6 | Lexington | C-7 | Poteau | C-10 | Wagoner | B-9 |
| Antlers | E-9 | Carnegie | D-6 | Commerce | A-10 | Enid | B-6 | Henryetta | C-8 | Lindsay | D-7 | Prague | C-8 | Walters | E-6 |
| Apache | D-6 | Chandler | C-7 | Comanche | E-6 | Eufaula | C-9 | Hobart | D-5 | Lone Grove | E-7 | Pryor | B-9 | Watonga | C-6 |
| Arapaho | C-5 | Checotah | C-9 | Cordell | C-5 | Fairfax | B-8 | Holdenville | C-8 | Madill | E-8 | Purcell | C-7 | Waurika | E-6 |
| Arnett | B-4 | Chelsea | B-9 | Coweta | B-9 | Fairview | B-6 | Hollis | D-4 | Mangum | D-4 | Sallisaw | C-10 | Weatherford | C-5 |
| Atoka | D-8 | Cherokee | A-6 | Cushing | B-8 | Frederick | E-6 | Hooker | A-3 | Marietta | E-7 | Sand Springs | B-8 | Wewoka | C-8 |
| Battlesville | A-9 | Cheyenne | C-4 | Davis | D-7 | Freedom | A-5 | Hugo | E-9 | Marlow | D-6 | Sapulpa | B-8 | Wilburton | D-10 |
| Beaver | A-4 | Chickasha | D-6 | Dewey | A-8 | Grove | A-10 | Idabel | E-10 | McAlester | C-9 | Sayre | C-4 | Wister | D-10 |
| Bixby | B-9 | Chouteau | B-9 | Drumright | B-8 | Guthrie | C-7 | Jay | A-10 | Medford | A-6 | Seminole | C-8 | Woodward | B-5 |
| Blackwell | A-7 | Claremore | B-9 | Duncan | D-6 | Guymon | A-2 | Kingfisher | C-6 | Miami | A-10 | Shattuck | B-4 | Wynnewood | C-7 |
| Blanchard | C-7 | | | | | Harrah | C-7 | | | | | Shawnee | C-7 | Yukon | C-6 |
| Boise City | A-1 | | | | | | | | | | | Skiatook | B-8 | | |
| Brittoon | C-8 | | | | | | | | | | | Spiro | C-10 | | |
| | | | | | | | | | | | | Stigler | C-9 | | |
| | | | | | | | | | | | | Stillwater | B-7 | | |
| | | | | | | | | | | | | Stroud | B-8 | | |
| | | | | | | | | | | | | Sulphur | D-7 | | |
| | | | | | | | | | | | | Tahlequah | B-10 | | |
| | | | | | | | | | | | | Talihina | C-10 | | |
| | | | | | | | | | | | | Taloga | B-5 | | |
| | | | | | | | | | | | | Tecumseh | C-7 | | |
| | | | | | | | | | | | | Tishomingo | E-8 | | |

[Map of Oklahoma and surrounding states, © 2002 Rand McNally & Company]

