Monsour et al v. Menu Maker Foods Inc
Case 6:05-cv-01204-JTM   Document 104-10   Filed 12/30/2006   Page 1 of 3
Doc. 104 Att. 9

# Exhibit H

Dockets.Justia.com



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR AND
MONSOUR'S, INC.
vs.
MENU MAKER FOODS, INC.
Case No. 05-1204-MLB

DEPOSITION OF MARK MONSOUR
March 14, 2006

OFFICES    MISSOURI ■ ILLINOIS ■ KANSAS

HEADQUARTERS: 711 NORTH ELEVENTH STREET, ST. LOUIS, MISSOURI 63101
800.280.3376
www.midwestlitigation.com

### Page 93

1  Q  But despite your personal practices,
2  Monsour's tax returns were complete and accurate?
3  A  You'd have to ask my accountants that,
4  sir, because I didn't have anything -- because I
5  would supply information.
6  Q  You know that when you sign your tax
7  returns, you are telling the government that they are
8  true and accurate, don't you?
9  A  That's correct.
10  Q  Did you ask your accountant, "Hey, Mr.
11  Accountant, are these tax returns true and
12  accurate?"
13  A  I think he asked me that question.
14  Q  And your answer?
15  A  And for the most part they were.
16  Q  For the most part? Okay. Setting that
17  all aside, I think I have -- I may have asked you
18  this question, but forgive me, I will ask it one more
19  time, and we'll be done. Who had -- what bank had
20  the loan, what bank financed your purchase of the
21  storage units?
22  A  University National Bank.
23  Q  And that was the only bank; right?
24  A  Right.
25  Q  That did that?

### Page 94

1  A  And at some point I moved that loan -- I
2  moved that loan from University National Bank to
3  Community National Bank.
4  Q  And that bank, Community National, is
5  located in either Pittsburg or Frontenac?
6  A  Pittsburg, Kansas.
7  Q  As was University?
8  A  Correct.
9  MR. WACHTEL:  Having so asked, I don't
10  have any further questions.
11  MR. DEVAUGHN:  I do. I want to take a
12  quick break.
13  MR. WACHTEL:  Sure.
14  (WHEREIN, a recess was taken.)
15  EXAMINATION
16  BY MR. DEVAUGHN
17  Q  Let's go back on the record. Mark, I want
18  to clear up a couple things. The information that
19  was supplied to Monsour's, Inc.'s accountants, was it
20  true and accurate to the best of your knowledge?
21  A  Yes.
22  Q  The tax returns that were completed on
23  behalf of Monsour's, Inc., were those true and
24  accurate to the best of your knowledge?
25  A  Yes.

### Page 95

1  Q  Just so it's clear, was all of Monsour's,
2  Inc.'s revenue reported on the tax returns?
3  A  Outside of couple jobbers that I had that
4  would buy oranges and grapefruit, and I would put
5  that money in my pocket.
6  Q  You are talking about Monsour's, Inc.'s
7  revenue?
8  A  Yes.
9  Q  Not stuff that you got?
10  A  Yes, Monsour's, Inc. revenue, absolutely.
11  Q  Now the fireworks business, were you
12  involved in the fireworks business before the asset
13  purchase agreement?
14  A  Yes.
15  Q  The storage business, were you involved in
16  that before the asset purchase agreement?
17  A  Yes.
18  MR. DEVAUGHN:  Okay. I have no other
19  questions.
20  CONTINUED EXAMINATION
21  BY MR. WACHTEL
22  Q  You just testified that certain income
23  from certain jobbers was not reported as income
24  earned by Monsour's; what were the names of the
25  jobbers, if you can recall?

### Page 96

1  A  They are listed. They are listed. There
2  was two of them. They are listed as the two jobbers,
3  they are listed in the asset purchase agreement, or
4  some addendum to that. There was two jobbers, two
5  people.
6  Q  And you do not now remember their names?
7  A  Bobby, the last name eludes me. And the
8  second guy was very infrequent. I can't remember his
9  name.
10  Q  Did these jobbers sell you anything other
11  than oranges?
12  A  They sold me nothing. I sold them
13  grapefruit, oranges.
14  Q  I'm sorry. I misunderstood you. I
15  apologize. You do not recall the name of the second
16  jobber?
17  A  Bobby something, and I cannot recall.
18  Second guy was insignificant for the most part; Bobby
19  was regular.
20  Q  How much money total -- I'm sorry. Let me
21  rephrase that. What years are we talking about that
22  you received cash from these or any other jobbers
23  that you did not report?
24  A  Any year that I was President of
25  Monsour's.