**Exhibit K**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


MARK MONSOUR, et al.
VS.
MENU MAKER FOODS, INC.

Case No. 05-1204-MLB


DEPOSITION OF EDWARD FAIRCHILD
DECEMBER 14, 2005

OFFICES  MISSOURI  ■  ILLINOIS  ■  KANSAS

HEADQUARTERS: 711 NORTH ELEVENTH STREET, ST. LOUIS, MISSOURI 63101
800.280.3376

Page 9

1  A   Uh-huh.
2  Q   So is that a yes?
3  A   Yeah. I --
4  Q   It's -- what the reason --
5  A   Yeah. I mean, they -- it wasn't really formal
6      training. It wasn't like a clinic or a school
7      or anything like that.
8          But, I mean, produce business is different
9      than most businesses. A lot of it just comes
10     through hard knocks and being there, you know.
11 Q   What type of training did you receive at
12     Monsour's?
13 A   Training at -- the main reason I went there was
14     to institute a -- a tomato program and some
15     stuff here at Menu Maker. So I think his name
16     -- I'm not sure if this is right or not. I
17     think his name is Danny. Does that -- Danny.
18     Spent a lot of time with Danny working through
19     a tomato program, some time with Mark and some
20     time with Pete.
21 Q   What -- what year was this you did this
22     training?
23 A   I couldn't tell you.
24 Q   Do you remember if it was in the '90s or in the
25     years of 2000?

Page 10

1  A   It had to be in the '90s because by 2000, I had
2      moved to a different position.
3  Q   Now, if I understood you right, it was a tomato
4      program?
5  A   Uh-huh.
6  Q   When -- when you say uh-huh or huh-uh, I have
7      to --
8  A   Yes. Yes.
9  Q   Thank you. Just so you know, when you say
10     things like that, I need to ask you yes or no
11     because it's difficult --
12 A   Okay. Yes.
13 Q   -- to read on the record.
14 A   Yes. I'm sorry.
15 Q   Now, why -- why did Dick Graves send you to
16     Monsour's for tomato program training? Was it
17     because they had a good tomato program?
18 A   Because they were making money.
19 Q   Do you have any knowledge as to the reputation
20     of Monsour's tomato programs during that period
21     of time?
22 A   Very good. I mean, but -- I mean, it started
23     with Dick coming down and saying, you know, is
24     there any -- how can we -- how can we make
25     money on this tomato thing like -- like they do

Page 11

1      at other places? And I said, Dick, I don't -- I
2      mean, I'm new at this. I don't know -- I don't
3      know that much about it.
4          He said, Well, how can we find out? So I
5      did some research and met with a couple guys on
6      the St. Louis market and --
7  Q   And they said Monsour's was a good, quality
8      place to learn?
9  A   Well, I -- Dick knew Pete. Mr. Graves -- or
10     Dick Graves and -- and Pete Monsour, I guess,
11     were -- were friends. And -- and I'm sure that
12     Pete opened up how much -- what he was doing, I
13     mean, how much money he was making on the
14     tomatoes and that kind of stuff to Dick. So
15     that -- I'm sure that's what aroused -- I think
16     it came up after Dick had spent some time down
17     there or something. I think it aroused Dick
18     that they were making money on their tomato
19     program and we weren't.
20 Q   After you were the produce buyer, then what
21     position did you go to?
22 A   It -- I think -- I mean, I think it was called
23     Director of Operations. I was in charge of
24     warehouse, hiring and scheduling, shipping,
25     receiving, I mean, I would call it from the

Page 12

1      truck and to the truck because, at the dock, it
2      became -- the drivers and that were not under
3      -- under me. They were under Melvin and Craig.
4      So inside operations as far as warehouse,
5      shipping and receiving.
6  Q   Okay. And as Director of Operations, you
7      answered to Dick Graves, and that was it?
8  A   Well, I answered to Dick Graves -- the whole
9      time I was here, I always answered to Dick
10     Graves and -- and Phil until they hired Mr. --
11     Mr. Cox.
12 Q   Okay.
13 A   Then I answered more to Creighton than -- than
14     Dick.
15 Q   Even -- when you were Director of Operations,
16     the only two people that you reported to was
17     Creighton Cox and Dick Graves?
18 A   And Phil Magruder.
19 Q   Who is Phil Magruder?
20 A   I -- I don't know what -- I'm not sure what
21     kind of titles that -- that there is at Menu
22     Maker, but he was like General Manager or --
23     and then Creighton was like General Manager.
24     Maybe General Manager of some different areas
25     or whatever.

Page 13

1  And I'd say that I kind of maybe
2  overlapped the two areas that Creighton and --
3  and Phil were handling. I think Melvin's also
4  a General Manager. But I didn't have anything
5  to do with transportation. So I don't think I
6  interacted with him.
7       And they may -- and they may call it
8  something different than that. I -- I'm not
9  sure exactly what they call it. But Dick and
10 -- Dick and Creighton and Phil are the three
11 guys that I always answered to.
12 Q  And just so I understand it, let's put it in
13   layman terms and make certain I say this right.
14   As Director of Operations, you were in charge
15   of the -- of the products, whether it's food,
16   inventory or produce, once it left the truck or
17   getting it onto the truck?
18 A  I would say getting it -- getting it loaded on
19   the truck.
20 Q  Okay.
21 A  And then the -- then transportation took over
22   as far as the drivers and taking care of the
23   equipment. All the in-house equipment and all
24   that kind of stuff and -- and all that, I took
25   care of. But then Melvin and Craig took care

Page 14

1  of everything -- drivers and trucks and
2  transportation.
3  Q  Okay. That's getting it onto the truck. And
4    getting it off the truck, once it left the
5    truck, it was under your control again?
6  A  Yeah. Oh, yes. I said yeah again, didn't I?
7  Q  Yeah is okay. It's just -- it's the uh-huh and
8    the huh-uh that are problematic. Okay. Let's
9    -- let's skip ahead and let's talk specifically
10   about the year 2002.
11 A  Okay.
12 Q  Are you aware that at some point in time Menu
13   Maker began buying produce and/or food service
14   goods from Monsour's, Inc.?
15 A  Yes.
16 Q  Do you have any recollection as to when that
17   was, approximately?
18 A  It -- I -- I couldn't tell you an exact month.
19   It -- it seems to me like it probably started
20   in early spring.
21 Q  Okay. I'll represent to you that the Asset
22   Purchase Agreement between Menu Maker Foods and
23   Monsour's, Inc., was dated January 31st, 2002.
24 A  Okay. That -- that sounds right. I mean, I'd
25   say we started moving product in February and

Page 15

1  March. It seems -- I mean, that seems
2  reasonable to me. I'm not -- I couldn't tell
3  you exactly. I mean, I don't know exactly when
4  it was.
5  Q  When Monsour's and Menu Maker Foods started
6    doing business together, did you ever overhear
7    Ron Orr make comments about -- about his
8    opinions as to whether he wanted to continue to
9    do business with Monsour's, Inc.?
10 A  Oh, Ron didn't like -- Ron didn't like the
11   situation.
12 Q  Did you overhear him make comments to that
13   effect on more than one occasion?
14 A  Oh, I think that -- yeah. I mean, Ron made it
15   clear that he didn't like the situation. And
16   -- do you want me to just answer you directly
17   or --
18 Q  You can expand.
19 A  I mean, I -- I mean, I -- just like I -- when I
20   talked to both you guys, I mean, I wouldn't
21   have liked it either. I mean --
22 Q  Okay. Let's talk about that. Prior to this
23   afternoon, you have had a chance to talk with
24   both Menu Maker's counsel and myself
25   representing the plaintiffs in this case,

Page 16

1  right?
2  A  Yes.
3  Q  And everybody today wants you to provide honest
4    and accurate testimony, and nobody's tried to
5    get you to do anything contrary to that, true?
6  A  Ab -- absolutely not.
7  Q  You and I have personally talked together on
8    two different occasions, once on the phone and
9    once in person, right?
10 A  Yes.
11 Q  And you and Menu Maker Foods' counsel talked to
12   together on one other occasion?
13 A  One occasion. Yeah.
14 Q  Do you have knowledge as to why Ron Orr didn't
15   like the situation?
16 A  I don't have any direct knowledge. I can
17   assume, if I put myself in his position, why he
18   didn't like -- if I make myself the buyer and
19   since I had been the produce buyer before, if I
20   make myself the buyer, I can understand why he
21   didn't like the situation.
22 Q  If you were the produce buyer, why wouldn't you
23   like the situation?
24      MR. WACHTEL: Let me -- let me just
25   lodge an objection to the form of the question.

Page 17

1  And -- and I will tell the witness that from
2  time to time, sir, I am allowed to object to
3  questions. I am not allowed to direct you not
4  to answer. And I won't.
5      So after I lodge an objection, you're free
6  to answer the question. You may not remember
7  what it was by the time we get through with --
8  with this, but such as -- so you'll understand
9  how the deal works.
10 Q  (By Mr. DeVaughn) Let me -- let me re-ask you
11    the question just so you remember what it was.
12    If you were the produce buyer, under the
13    scenario of -- of the situation which
14    Monsour's, Inc., and Menu Maker Foods are doing
15    business, why would you not like the situation?
16     MR. WACHTEL: Object to the form of
17  the question.
18 A  Am I supposed to answer?
19 Q  (By Mr. DeVaughn) Oh, yeah. You still answer.
20    Just let him assert an objection, and then you
21    can still answer.
22 A  Because it's unreasonable to ask a produce
23  buyer to buy all his produce from one person.
24  And there's three our four reasons why.
25      The first reason is if it would have -- if

Page 18

1  I would have been the buyer, I would have been
2  in the middle of some contracts and stuff with
3  other people on some lids and stuff on lettuce
4  and different things like that, which -- which
5  would have made it impossible for me to do
6  that.
7      Cut salad program, Mark didn't offer cut
8  salads, so he'd have to buy -- he'd have to buy
9  his cut salad somewhere else.
10     To -- to be in the produce business and to
11 be a good produce buyer, you've got to kind of
12 -- you've got to kind of have wings. You've
13 kind of got to go and try to make money and --
14 and do what you're doing. And to limit you to
15 one person to purchase from doesn't, like, do
16 that.
17     And I'm sure that Ron felt like somebody
18 had just taken his -- taken his -- his wings
19 away. And I would have felt very much that
20 same way if I would have been the buyer.
21 Q  As Director of Operations, the agreement that
22    Dick Graves negotiated with Monsour's, Inc.,
23    did it stand to affect you financially in any
24    way?
25 A  Yeah. I think it affected my bonuses. Yeah.

Page 19

1  I mean, I'd like -- I'd like to not really go
2  into that too much, my personal financial
3  information.
4  Q  I understand.
5  A  But it -- I mean, I felt like it was going to
6  -- I felt like it was going to affect me, not
7  necessarily the produce situation, but the
8  whole situation in general because we were
9  expand -- we were expanding a lot of labor to
10 make the deal with Monsour's work.
11     I thought -- I thought it was a bad
12 business decision for Menu Maker. I --
13 Q  Did you feel that this deal that Dick Graves
14    negotiated with Monsour's, Inc., was going to
15    affect you financially positively or to your
16    detriment?
17 A  Negatively.
18 Q  And just to make sure I understand --
19 A  I thought it was going to affect the whole
20 company of Menu Maker negatively.
21 Q  Because your -- you said because expenses were
22    going up?
23 A  Expenses were going to be -- I mean, in the
24 beginning -- and I don't know how the whole
25 thing ended up because I was gone towards the

Page 20

1  end. But in the beginning, it was a huge
2  expenditure for Menu Maker because we were
3  sending out light trucks. My percentage of my
4  -- my per piece percentages of labor went --
5  almost doubled. And it was -- I felt like it
6  was a bad business decision for Dick.
7  Q  Did -- based upon your observations and your
8     discussions with -- with other representatives
9     of Menu Maker Foods, did Ron Orr believe it was
10    a bad decision, too?
11 A  That, I couldn't -- I mean, I couldn't tell
12 you. I know Ron Orr was unhappy with the --
13 with the produce situation. But as far as the
14 overall decision, I -- I couldn't tell you.
15 Q  Did -- based upon what you overheard and your
16    observations and based upon your discussions,
17    did Ron Orr believe it was a bad business
18    decision with respect to the produce?
19 A  Yeah. Yeah. I don't -- and I honestly -- I
20 don't think Ron would tell you any different.
21 I mean, I think --
22 Q  Let's talk about transporting the -- the
23    produce between Menu Maker Foods and -- and
24    Monsour's, Inc.'s facility.
25     Do you have knowledge as to what time of

Page 29

1   15 to 19 hours. Is that accurate?
2       MR. WACHTEL: Object -- I'm going to
3   object to the form of the question.
4   Q   (By Mr. DeVaughn) Is that accurate?
5   A   Yeah.
6   Q   Let's talk about the type of trailers that were
7       being used to transport Monsour's produce to
8       Menu Maker Foods. Can you tell me what type of
9       condition those trailers were in, based upon
10      your observation?
11  A   There -- there was a wide variance of trailers
12      at Menu Maker, some better trailers, some older
13      trailers. It -- we -- they bought -- they were
14      all food service trailers.
15          I mean, they were the same trailers that
16      we delivered all the product for Menu Maker's
17      customers out of.
18  Q   And --
19  A   They were designed for food service delivery.
20      I mean, the trailers were set up and designed
21      for food service delivery.
22  Q   Now, food service delivery is different from
23      hauling produce; is that accurate?
24  A   Yeah. If you were ordering produce from the
25      coast, it would come in on a different set-up

Page 30

1       than a food service delivery trailer. Yeah.
2   Q   Based upon your training in the produce
3       industry, your experiences, and based upon your
4       knowledge in the industry, the type of trailers
5       that Menu Maker Foods was using to transport
6       their produce from Monsour's facility to here,
7       given the length of time that produce was on
8       these trailers, that was not an appropriate use
9       of those trailers for that situation, true?
10      MR. WACHTEL: Object to form.
11  A   Yeah. Let me -- and let me answer that
12      question -- let me expand and answer that
13      question. If I was a salesman and I was
14      selling a two-day run, I was selling product --
15      my truck was going to leave here on Monday
16      morning and I was going to -- my drive was
17      going to deliver on Monday and deliver on
18      Tuesday, my truck was going to sit overnight,
19      my food -- for food service delivery, I would
20      have less produce business on Tuesday than I
21      had on Monday.
22  Q   (By Mr. DeVaughn) And why is that?
23  A   Merely to the fact that that product was
24      sitting on the trailer overnight.
25  Q   Now, based upon your experience and knowledge

Page 31

1       in the industry, those weren't the type of
2       trailers that you would have chosen to keep
3       produce on for 15 to 19 hours, true?
4   A   True. But I would -- I wouldn't choose to keep
5       produce on any trailer 15 to 19 hours.
6   Q   But there's --
7   A   And that would -- and that would -- if I was
8       the produce buyer, that would have been one of
9       the things that I saw wrong with the situation.
10      If -- temperature changes are what affects
11      produce in a negative way and on that trailer
12      and going across unrefrigerated docks is going
13      to affect produce quality.
14          And if I'm -- if I'm -- if I'm buying
15      produce from Mark or anybody else, any --
16      anybody else and it's going from my cooler to a
17      non-refrigerated dock when I get it, that's one
18      time. And then I'm loading it across a
19      non-refrigerated dock onto a truck. That's two
20      times. Menu Maker's going to unload it on a
21      non-refrigerated dock, and that's three times.
22          If I ordered lettuce directly from
23      California, it's going to go from a
24      refrigerated cooler to a refrigerated dock to a
25      refrigerated truck that's going to keep

Page 32

1       excellent temperature all the way to Jeff City.
2       It's going to see my dock one time instead of
3       three. So, obviously, the quality's going to
4       be better because the temperature change is
5       what affects the quality of the produce.
6   Q   Let's talk about temperature change. The
7       trailers that Menu Maker Foods was utilizing to
8       haul the produce from Monsour's, Inc., to Menu
9       Maker Foods had temperature fluctuations, true?
10      MR. WACHTEL: Object to form.
11  A   Yeah. They're going to go through defrost
12      cycles. And that's a long -- I mean, that's a
13      long time.
14  Q   (By Mr. DeVaughn) What's a long time?
15  A   To be on a truck that long. It's going to go
16      through some defrost cycles. And -- but I'm
17      not -- I mean, I'm not that -- and, also,
18      here's the other thing. If it's cold, that
19      rear unit's going to blow hot air.
20          And when it's blowing hot air, if you've
21      got produce right there, it's blowing it right
22      on the produce. It just -- and that's -- I'm
23      sure that's part of the reason that Ron
24      didn't -- didn't like the situation.
25  Q   What you're saying is when it's cold outside in

Page 41

1  A  Yeah. Me and Ron made that decision together.
2     That was -- me and Ron Orr made that decision
3     together that we were going to move somebody.
4     Ron was having problems with Ronnie, and I was
5     having problems with Ronnie. And we moved him
6     to a position we thought he could handle
7     better. Plus, we needed a little help because
8     they put an older guy down on night crew and
9     kind of helped stabilize that a little better,
10    too, because Ron is an older guy.
11 Q  The individual that replaced Ronnie Boss as
12    Quality Assurance/Receiver was who?
13 A  I believe it was Jonathan -- I believe his name
14    was Jonathan Eickhorst. I don't know if that's
15    his last name.
16        MR. DEVAUGHN: Tell you what, we've
17    been going almost an hour. Why don't we take a
18    five-minute break, and we'll get back on.
19        (Break in proceedings.)
20 Q  (By Mr. DeVaughn) Mr. Fairchild, we're back on
21    the record. Do you understand that you're
22    still under oath?
23 A  Yes, sir.
24 Q  I want to go back and -- and talk to you
25    specifically about some of the comments that

Page 42

1     you personally overheard Ron Orr making
2     concerning Monsour's.
3        Did you ever overhear Ron Orr saying
4     orally that he did not want to buy produce from
5     Monsour's?
6  A  Yeah. I heard him say -- Ron say he didn't
7     want to do it.
8  Q  Now --
9  A  I believe -- I mean, I believe I was in his
10    office and he was on the phone with somebody.
11    I think he was actually on the phone with
12    somebody from Monsour's when I -- I mean, when
13    I -- but I'm -- I'm not -- I wasn't -- me and
14    Ron weren't big friends, so we didn't hang out
15    together or go have a drink together or things
16    like that.
17        So, I mean, I -- I didn't hear him say
18    that continually. I mean, I overheard
19    conversations here and there. But he -- he
20    never said it directly to me either.
21 Q  When you overheard that specific phone comment,
22    did you specifically hear him talk about
23    Monsour's and its produce which allowed you to
24    understand that he was talking about Monsour
25    and its produce?

Page 43

1  A  I knew he was because when -- that was when I
2     was -- I was in his office behind the quality
3     control guy after some -- after we had had some
4     -- there were some problems or something. I
5     was trying to figure out what we were going to
6     do because in the middle of having problems, I
7     mean, there's still -- we've still got a lot of
8     things to do out here. So I was chasing the
9     cooler guy back out of Ron's office. Let's
10    make a decision and let's go, you know.
11 Q  Now, before the break, you had testimony that
12    -- that you believed that at least at some
13    point in time, some of Monsour's -- or Menu
14    Maker Foods' produce were on these same type of
15    trailers for two days. You mentioned the
16    second-day run.
17 A  Yeah. And I'm not -- I don't remember if at
18    that time -- I've been here a long time, and we
19    used to have a lot of two-day runs. I don't
20    know at that time if we had any two-day runs or
21    not. But we had sold produce before on those
22    same style of trailers and had two-day runs.
23 Q  Would you agree with me that not much produce
24    was sold on the second-day run because of the
25    condition of the produce, true?

Page 44

1  A  Yeah. If I'm a salesman, I'm going to expect
2     to sell less produce on the second half of my
3     run than the first.
4  Q  Because of the condition of the produce?
5  A  Yeah. I mean, I'm selling -- it's not going to
6     be -- it's not going to be as good.
7  Q  And the reason it's not going to be good is
8     because of the fluctuating temperatures on the
9     trailer, true?
10        MR. WACHTEL: Object to the form of
11    the question.
12 Q  (By Mr. DeVaughn) Based upon your knowledge
13    and experience?
14        MR. WACHTEL: I object to the form of
15    that question.
16 A  It -- yeah. It's not going to be -- it's not
17    -- I mean, I'm going to expect to sell less.
18    The quality is going to be down. And, I mean,
19    I don't think that this is -- the quality is
20    going to be down a longer period -- the more
21    temp -- let me say this: I believe the more
22    temperature changes, the longer the product's
23    sitting on that truck, the less the quality is
24    going to be.
25        That's why when I was a produce buyer, I

Page 45

1  bought as much produce directly from the
2  growing areas as I possibly could, because it's
3  going to be better quality.
4  Q  (By Mr. DeVaughn) You previously testified
5  that you -- you did remember an occasion when
6  Mark Monsour came to Menu Maker Foods to meet
7  with Dick Graves and to review the unloading of
8  -- of Monsour produce.
9  A  Yes. I -- yeah. I remember that. Yes.
10 Q  Do you remember there being a C&C Produce
11    delivery truck already at the Menu Maker
12    facility and in the process of being unloaded?
13 A  I don't remember that. But that's -- I mean,
14    that's -- that's very possible. I mean --
15 Q  Do you remember Mark Monsour making comments to
16    you about the C&C delivery -- about the produce
17    being delivered from C&C being the same
18    quantity and the same items as the Monsour's
19    produce order that day?
20        MR. WACHTEL: Object to the form of
21    the question?
22 A  That -- That, I don't -- I don't exactly
23    remember that, no.
24 Q  (By Mr. DeVaughn) Based upon your knowledge
25    and experience from being in this industry for

Page 46

1  the number of years that you have, can you tell
2  me just the general reputation of the quality
3  of C&C produce?
4        MR. WACHTEL: Object to the form of
5  the question. No foundation.
6  Q  (By Mr. DeVaughn) You can answer.
7  A  I did not buy -- I didn't buy produce from C&C.
8  Q  And why was that?
9  A  If I was going to buy out of Kansas City, I
10    would have bought from Liberty, if it was me.
11 Q  Why if -- why when you were a produce buyer did
12    you not buy from C&C?
13 A  Actually, I bought -- I didn't buy any produce
14    from Kansas City. I did all my business out of
15    St. Louis because I believe the houses in St.
16    Louis are better. I use people in -- in St.
17    Louis who get a lot more dollars in produce
18    business because, in my mind, that meant
19    inventory turns and fresher product.
20        So I limited my business to -- my
21    secondary business of things that I couldn't
22    buy direct, I bought a lot of it from United
23    Fruit & produce because they handled Dierburg's
24    and they got a huge value -- volume through
25    Dierburg's. And I believe that gave me more

Page 47

1  quality produce.
2  Q  Based upon your experience in the -- and
3     background in the industry, surely you've
4     referred -- you've heard of certain produce
5     suppliers as "junk houses"?
6  A  Yeah. And I've heard that about everybody in
7     Kansas City.
8  Q  Okay.
9  A  I -- and that's the truth. But if I was -- if
10    I had to be -- if I had to buy from Kansas
11    City, personally, I would have bought from
12    Liberty, but that was because I had some rep --
13    I had some personal ties there. I knew the
14    people who were -- were buying at Liberty.
15        And Charlie Wilson, the guy who trained
16    me, bought a lot of -- a lot of stuff from
17    Liberty, so I knew -- I knew those guys. So if
18    I was going to buy on the Kansas City market,
19    that's where I would have bought from.
20        Now, let me -- let me say something. You
21    get -- in the produce business, you get tied in
22    with who can do what you need them to do. And
23    like I said earlier, for -- I don't believe
24    that -- Ron Orr was probably in some buying
25    contracts and some different things with cuts

Page 48

1  out and some stuff like that.
2        And if I remember right, I think some of
3  that stuff got delivered to us off C&C trucks.
4  So that could have been part of the reason that
5  he was purchasing there. I mean, I don't know
6  that, but --
7  Q  Now, when you were an employee of Menu Maker
8     Foods, you only went down to Monsour's facility
9     after they started doing business together on
10    one occasion that was --
11 A  One occasion.
12 Q  And that was when?
13 A  I don't know the exact date. I believe -- it
14    was shortly before I no longer worked there. I
15    believe it was -- it was August or September.
16    I believe that's what it was. It was either --
17    I've been thinking about this because both of
18    you -- both you gentlemen asked me that
19    question.
20        So it was -- it was between late July and
21    early September when I left Menu Maker. And I
22    was sent down there with some other people from
23    Menu Maker, and we did an inventory of product
24    that was left there in the dry and in the
25    frozen.

12 (Pages 45 to 48)

Page 49

1  Q  Okay. When you went down there in August or
2     Sep -- July, August or September of 2002, would
3     you agree with me there was still a significant
4     amount of inventory there?
5  A  There was some inventory there. And our
6     intentions from Menu Maker were to -- to
7     purchase as much of that inventory as we could.
8     I mean, the -- to -- anything that was -- was
9     compatible with what we had or that we could
10    ship for what we had, and -- and we -- we were
11    -- we were trying to -- to take out.
12        And I did one side -- there was a number
13    of people there from Menu Maker. But,
14    basically, the way I was trying to get -- what
15    I was trying to get to was Russ Dean work one
16    side and we work the other side. So then me
17    and Russ could talk about products that we --
18    we felt like we could still bring to Menu
19    Maker.
20 Q  Okay.
21 A  And --
22 Q  As Director -- you were still Director of
23    Operations at that time?
24 A  Yeah. I had the same job.
25 Q  As Director of Operations, was one of your

Page 50

1     responsibilities essentially merging or
2     acquiring Monsour's food service inventory into
3     Menu Maker Foods?
4  A  Yeah. And I -- and I made every effort to do
5     that. And -- and Jason Thompson at Menu --
6     Jason Thompson more than me because, obviously,
7     when you're buying inventory from somebody
8     that's been sitting on their floor, it's going
9     to be -- some of it's going to be dated, and
10    it's got to be mixed into your inventory and
11    shipped to where your inventory and that
12    inventory both get to the customer while the
13    dates were still good.
14        And Jason Thompson did an extremely
15    excellent job of getting that done with the
16    product that came from Monsour's.
17 Q  Let me ask you this: Did anybody at Menu Maker
18    Foods tell you there was a certain time frame
19    that you were supposed to get that inventory
20    merged into yours?
21 A  I do not remember anybody ever telling me a
22    time frame.
23 Q  When I say merged, did anybody ever tell you
24    any type of time frame that Monsour -- that
25    Menu Maker Foods was supposed to purchase the

Page 51

1     inventory from Monsour's?
2  A  No. I was never -- I was never told a time
3     frame. And that -- I worked through Purchasing
4     back to some guys at Monsour's to try to get
5     that inventory here. So, I mean, Purchasing
6     was trying to buy it as -- as their order
7     cycles came up and -- and some different
8     things. So there was a lot of people trying to
9     work together.
10 Q  Had you known that there was a specific time
11    frame, you'd agree with me that you, as
12    Director of Operations, would have devoted
13    resources from Menu Maker Foods to hurry up the
14    process, true?
15        MR. WACHTEL: Object to the form of
16    the question.
17 A  I could have done something. It would have
18    depended on -- on how much pressure they would
19    have -- they would allow -- they would allow me
20    to put on Purchasing because Purchasing had a
21    big -- that was a big -- I mean, it wasn't just
22    me. It wasn't just -- I mean, it wasn't just
23    Operations saying, Send this, send it, send it,
24    send it.
25        I mean, Purchasing was trying to mix in

Page 52

1     the order cycles. If we were -- if we were
2     long on products when the product came in, the
3     inventory control guy had to get it in the back
4     stocking system so it got pulled at the right
5     time to make sure the product that went to the
6     customer was good if it was dated prior to
7     products we had.
8        So I -- that -- it's not just -- I want to
9     make it clear that it's not just a matter of
10    throwing a bunch stuff on a truck and bringing
11    it to Menu Maker. It -- it could not work that
12    way.
13 Q  (By Mr. DeVaughn) But had somebody told you
14    that there was a time frame, you, as Director
15    of Operations, would have gotten it done sooner
16    had you been told?
17        MR. WACHTEL: Object to form.
18 A  I would have -- I could have tried to get
19    something done sooner, if I could have gotten
20    Purchasing to work with me. And if I could
21    have got Director of Purchasing to put some
22    pressure on Purchasing, yeah, I could have done
23    it faster to a certain -- yeah. I could have
24    done it faster.
25        But -- but I think -- I think -- I felt

13 (Pages 49 to 52)

Page 89

1  Q  You testified earlier that -- that it was your
2     opinion that -- that -- I will paraphrase you
3     -- that Mr. Orr wouldn't have liked having to
4     do business with Monsour's and you wouldn't
5     have liked having to do it.
6  A  No.
7  Q  Do you remember?
8  A  Right. I --
9  Q  Have you ever read the Asset Purchase
10    Agreement?
11 A  No.
12 Q  Any portion of it?
13 A  No.
14 Q  Has anybody ever read any portion of it to you,
15    if you can recall?
16 A  I don't know if -- if -- if they were -- were
17    reading it to me. But this -- this gentleman
18    right here said something to me about the Asset
19    Purchase Agreement.
20 Q  Mr. DeVaughn?
21 A  Yeah.
22 Q  The gentleman's name, Mr. DeVaughn?
23 A  Yeah. Mr. DeVaughn. But I don't know if he
24    was -- I mean, I don't know if he was reading
25    it. It was just a short statement. I mean, it

Page 90

1     wasn't --
2  Q  But did anybody out here at Menu Maker give you
3     a copy of it to read?
4  A  No.
5  Q  All right.
6  A  I had no idea that there was any kind of -- of
7     agreement to -- to do anything. I mean --
8  Q  Ever?
9  A  I thought -- should I say what I think? I
10    mean, do you care?
11 Q  Go ahead.
12 A  I thought that Dick was making a bad business
13    decision because he was a good guy. I mean, I
14    didn't --
15 Q  Same kind of fellow who -- who helps small
16    restaurants get insurance coverage? That kind
17    of guy?
18 A  Yeah. Dick's a good guy. I mean, I -- Dick's
19    a good guy. I mean, I --
20 Q  Dick's a good guy?
21 A  Yeah. I mean, it looked to me like that -- from
22    my position -- and I said this earlier. From
23    my position, this was a horrible business
24    decision for Dick. And I felt that way, and I
25    -- and I actually verbalized that --

Page 91

1  Q  To Dick?
2  A  -- more than one time. Yeah.
3  Q  Did you?
4  A  Yeah.
5  Q  What did he say?
6  A  Absolutely. Because I never -- I mean, I never
7     held back with Dick. I didn't --
8  Q  What did he say to you?
9  A  I -- I can't remember what he said. It's --
10    that he -- I think what he said was he was
11    looking at the long-term, not the short-term.
12    I mean, it would have been something like that,
13    because short-term, all it did was cost him a
14    lot of money, a lot of labor dollars, a ton of
15    labor dollars.
16 Q  Let me -- let me go to one other area really
17    quickly, and then I'll be finished. Do you
18    have any knowledge of Ron Orr setting out to
19    sabotage the agreement between Menu Maker and
20    Monsour's?
21 A  I would have to say -- I would have to say no
22    to that. I have no direct knowledge of --
23 Q  Did you set out to sabotage the agreement?
24 A  Absolutely not. I did every -- I didn't know
25    what the agreement was, but I did everything I

Page 92

1     could to try to get their inventory mixed in
2     with mine that was -- the inventory that we
3     were -- that was coming through Purchasing to
4     us.
5        MR. WACHTEL: Thank you very -- wait.
6     Wait. Thank you very much. I don't have my
7     further questions.
8        REDIRECT EXAMINATION
9  BY MR. DEVAUGHN:
10 Q  I've got some follow-up questions for you, Ed.
11 A  Okay.
12 Q  You clear -- you -- you stressed no direct
13    knowledge about Ron Orr sabotaging the business
14    relationship. Had you heard that through the
15    rumor mill at Menu Maker Foods?
16       MR. WACHTEL: I'm going to object to
17    the form of the question because it seeks to
18    admit hearsay.
19 Q  (By Mr. DeVaughn) You can answer.
20 A  My answer would be that I -- I think that Ron
21    Orr felt like -- and I didn't know till --
22    actually, I didn't know till today that he was
23    supposed to be buying a hundred percent of the
24    produce from Monsour's because he -- because he
25    -- he couldn't have done that. I mean, he

23 (Pages 89 to 92)

Page 93

1    couldn't do that.
2         I think that Ron Orr felt very -- not
3    unlike I would have, felt very tied into that,
4    to having to do that. Not -- and not just with
5    Monsour's. If I was told, Buy all your produce
6    from this person, period, as a produce buyer,
7    you just can't function and -- and do your job
8    like that. I'm sure Ron Orr felt that way.
9         But -- but if I worked for Dick and Dick
10   said, This is what you're doing and this is
11   what we're going to do, I would eventually --
12   after complaining to him, I would eventually do
13   the best I could to make that happen. And --
14   and I would say that Ron Orr probably did the
15   same thing. I -- I don't know. I mean, me and
16   Ron were not that close.
17   Q  I understand. My specific question, though,
18      was you said you had no direct knowledge about
19      Ron Orr sabotaging the business relationship.
20      My question to you was you had heard that in
21      the rumor mills at Menu Maker Foods, true?
22           MR. WACHTEL: I object to that
23   question.
24   Q  (By Mr. DeVaughn) True?
25   A  Yeah. I mean, that -- that -- that had been a

Page 94

1    rumor. But -- yeah. But I have no direct
2    knowledge of that, and Ron Orr never said that
3    -- never said that to me. But that --
4    Q  That was something --
5    A  I knew he didn't like the situation.
6    Q  But that was something that you had heard
7       people talk about at Menu Maker Foods, true?
8    A  Yeah. I mean, I -- yes.
9    Q  When Dick Graves told you that he thought that
10      this acquisition of Monsour's -- Monsour's --
11      let me strike that.
12           When Dick told you that he thought that
13      this would benefit Monsour -- strike that. Let
14      me rephrase my question. I'm getting the
15      entities mixed up.
16           When Dick Graves told you that he thought
17      that the Asset Purchase Agreement would benefit
18      Menu Maker Foods in the long-term, did he
19      elaborate on how it was going to help Menu
20      Maker Foods out in the long-term?
21   A  No. And we weren't talking about the Asset
22      Purchase program. What we were talking about
23      was -- see, I had no direct knowledge of -- of
24      what that was or any of that.
25           What -- what I knew is that we were

Page 95

1    shelling -- that we were spending a -- a
2    shuttle guy, a delivery guy, and 25 hours -- 25
3    or 30 hours labor on delivering a tenth as much
4    products as we were putting on our other trucks
5    that we got delivered with one guy in eight
6    hours.
7         So, to me, it just looked like -- how are
8    we making money? It wasn't about the Asset
9    Purchase program. It was about us delivering
10   product --
11   Q  Produce?
12   A  -- in -- in Pittsburg, Kansas when the trucks
13      were empty. And -- and to get the product
14      there, I had to -- it takes a lot longer -- let
15      me -- let me step back.
16           Part of -- part of the way I was paid was
17      bonuses on -- on -- on picking productivity and
18      errors and that kind of thing. And let me say
19      that when my guy went to -- to pull, say, 2,000
20      cases for one truck, his pieces per hour and
21      his errors per hour would be much better than
22      they were when he went to pull 120 cases for
23      one truck. So it increased our labor dollars
24      right there at the operational end.
25           Then, plus, we had a shuttle driver and a

Page 96

1    delivery driver to deliver less product than we
2    were delivering out of here with one driver in
3    seven or eight hours or nine hours. So, to me,
4    it just looked like a horrible business
5    decision unless down future -- future they saw
6    a lot more business in the area or something.
7    Q  Did -- did Dick tell you how he thought it
8       would benefit Menu Maker Foods in the
9       long-term?
10   A  No. But I'm talking about that from my end as
11      far as labor, labor dollars.
12   Q  With respect to the -- the freezer at
13      Monsour's, Inc., if a drain had become
14      obstructed or clogged and the freezer unit had
15      cycled, you know, defrosted, where would the
16      water have gone? Where would the con --
17      condensation have gone? Where would the water
18      have gone?
19   A  I mean, from experience at Menu Maker, close to
20      the unit. Close to the unit. A lot of times
21      just down the unit, and then you can see it
22      form ice actually on the unit or near that
23      area.
24   Q  What would happen to this water when the
25      freezer unit cycled back to freeze?

24 (Pages 93 to 96)