Monsour et al v. Menu Maker Foods Inc
Case 6:05-cv-01204-JTM    Document 104-14    Filed 12/30/2006    Page 1 of 3
Doc. 104 Att. 13

# Exhibit L

Monsour's Inc.
Menu Maker Price Comparison
1/7/02 - 1/12/02

| Item # | Pack Size | Description | Menu Maker | Monsour's | Difference | 10% Mark-Up | $ Diff. of Mark-Up |
|---|---|---|---|---|---|---|---|
| 60220 | 88 CT | Red Delicious Apple | $19.06 | $13.25 | $5.81 | $14.72 | $1.47 |
| 60235 | 138 CT | Red Delicious Apple | $16.69 | $15.50 | $1.19 | $17.22 | $1.72 |
| 60251 | 88 CT | Granny Smith Apple | $22.81 | $19.25 | $3.56 | $21.39 | $2.14 |
| 60500 | 40 # | Bananas | $11.79 | $10.25 | $1.54 | $11.39 | $1.14 |
| 61071 | 88 CT | Fancy Navel Orange | $16.64 | $12.00 | $4.64 | $13.33 | $1.33 |
| 61064 | 113 CT | Navel Orange | $15.75 | $14.85 | $0.90 | $16.50 | $1.65 |
| 61065 | 138 CT | Navel Orange | $16.98 | $14.85 | $2.13 | $16.50 | $1.65 |
| 60710 | 32 CT | Grapefruit Ruby Red | $11.67 | $9.00 | $2.67 | $10.00 | $1.00 |
| 60897 | 165 CT | Lemon | $22.31 | $20.80 | $1.51 | $23.11 | $2.31 |
| 60940 | 40 # | Lime | $11.68 | $9.50 | $2.18 | $10.56 | $1.06 |
| 60750 | 19 # | Red Seedless Grapes | $24.11 | $19.00 | $5.11 | $21.11 | $2.11 |
| 60735 | 19 # | White Thompson Grapes | $26.89 | $19.00 | $7.89 | $21.11 | $2.11 |
| 60511 | 12 CT | Cantaloupe | $14.21 | $11.25 | $2.96 | $12.50 | $1.25 |
| 60775 | 8 CT | Honeydew | $13.37 | $9.85 | $3.52 | $10.94 | $1.09 |
| 61244 | | Watermelon | $5.10 | $3.00 | $2.10 | $3.33 | $0.33 |
| 61095 | 110 CT | Pear | $20.06 | $14.35 | $5.71 | $15.94 | $1.59 |
| 61213 | 6 CT | Pineapple | $11.56 | $9.75 | $1.81 | $10.83 | $1.08 |
| 61300 | 36 CT | Kiwi | $8.32 | $7.75 | $0.57 | $8.61 | $0.86 |
| 61878 | 48 CT | Avacado | $31.65 | $36.05 | -$4.40 | $40.06 | $4.01 |
| 935 | 20 # | Broccoli Crowns | $28.04 | $22.00 | $6.04 | $24.44 | $2.44 |
| 61930 | 14 CT | Broccoli | $15.25 | $13.50 | $1.75 | $15.00 | $1.50 |
| 62330 | 12 CT | Cauliflower | $18.83 | $15.50 | $3.23 | $17.22 | $1.72 |
| 62150 | 50 # | Sack Cabbage | $5.87 | $5.60 | $0.27 | $6.22 | $0.62 |
| 62170 | 50 # | Red Cabbage | $16.69 | $11.10 | $5.59 | $12.33 | $1.23 |
| 62280 | 10/5# | Carrots | $15.08 | $14.45 | $0.63 | $16.06 | $1.61 |
| 62270 | 50 # | Bulk Carrots | $13.70 | $8.10 | $5.60 | $9.00 | $0.90 |
| 62265 | 25 # | Carrots | $8.06 | $5.50 | $2.56 | $6.11 | $0.61 |
| 62215 | 20/1 # | Baby Carrots | $17.40 | $13.55 | $3.85 | $15.06 | $1.51 |
| 62408 | 36 CT | Celery | $11.19 | $9.50 | $1.69 | $10.56 | $1.06 |
| 63615 | 10 # | Medium Mushrooms | $12.79 | $12.50 | $0.29 | $13.89 | $1.39 |
| 63625 | 10 # | Institutional Mushrooms | $12.55 | $10.50 | $2.05 | $11.67 | $1.17 |
| 67700 | 26 # | Yellow Squash | $12.27 | $10.75 | $1.52 | $11.94 | $1.19 |
| 67710 | 26 # | Zucchinni Squash | $15.24 | $10.75 | $4.49 | $11.94 | $1.19 |
| 62620 | 24 CT | Slicer Cucumber | $8.83 | $6.50 | $2.33 | $7.22 | $0.72 |
| 63005 | 24/2 CT | Green Onion | $12.69 | $10.50 | $2.19 | $11.67 | $1.17 |
| 63225 | 24 CT | Kale | $11.28 | $9.35 | $1.93 | $10.39 | $1.04 |
| 63230 | 24 CT | Iceberg Lettuce | $18.07 | $22.00 | -$3.93 | $24.44 | $2.44 |
| 63220 | 24 CT | Green Leaf Lettuce | $12.76 | $10.45 | $2.31 | $11.61 | $1.16 |
| 63210 | 24 CT | Lettuce Romaine | $13.54 | $14.15 | -$0.61 | $15.72 | $1.57 |
| 63224 | 24 CT | Lettuce Red Leaf | $16.57 | $10.10 | $6.47 | $11.22 | $1.12 |

Before K
1/7/02

10005

# Monsour's Inc.
## Menu Maker Price Comparison
## 1/7/02 - 1/12/02

| Item # | Pack Size | Description | Menu Maker | Monsour's | Difference | 10% Mark-Up | $ Diff. of Mark-Up |
|---|---|---|---|---|---|---|---|
| 65312 | 65 CT | Large Green Pepper | $10.36 | $12.55 | -$2.19 | $13.94 | $1.39 |
| 65315 | 80 CT | Chopper Pepper | $10.13 | $12.60 | -$2.47 | $14.00 | $1.40 |
| 67300 | 14/1 # | Raddish | $11.49 | $10.25 | $1.24 | $11.39 | $1.14 |
| 67305 | 2.5 # | Cello Spinach | $19.97 | $12.80 | $7.17 | $14.22 | $1.42 |
| 62420 | 30 CT | Cilantro | $12.29 | $7.64 | $4.65 | $8.49 | $0.85 |
| 67645 | 20 # | 5x5 Tomatoes | $16.43 | $13.75 | $2.68 | $15.28 | $1.53 |
| 67665 | 25 # | Roma Tomatoes | $14.41 | $14.35 | $0.06 | $15.94 | $1.59 |
| 67655 | 25 # | 5x6 Tomatoes | $14.70 | $18.35 | -$3.65 | $20.39 | $2.04 |
| 67420 | 12/1 PT | Cherry Tomatoes | $14.42 | $12.75 | $1.67 | $14.17 | $1.42 |
| 61931 | 4/3 # | Broccoli Floret | $31.60 | $18.50 | $13.10 | $20.56 | $2.06 |
| 62230 | 4/5 # | Carrot Stick | $22.66 | $18.95 | $3.71 | $21.06 | $2.11 |
| 62331 | 4/3 # | Cauliflower Floret | $16.16 | $18.75 | -$2.59 | $20.83 | $2.08 |
| 63380 | 4/5 # | Cole Slaw Mix | $9.21 | $9.20 | $0.01 | $10.22 | $1.02 |
| 62335 | 4/5 # | Celery Sticks | $29.46 | $18.95 | $10.51 | $21.06 | $2.11 |
| 64440 | 4/5 # | Diced Onions | $15.06 | $10.85 | $4.21 | $12.06 | $1.21 |
| 64130 | 4/5 # | Onion Rings | $15.81 | $15.75 | $0.06 | $17.50 | $1.75 |
| 63310 | 4/5 # | 1/8 Shrd. Lettuce | $10.26 | $9.15 | $1.11 | $10.17 | $1.02 |
| 63350 | 4/5 # | Salad Mix Romaine 20% Blend | $11.56 | $11.75 | -$0.19 | $13.06 | $1.31 |
| 65318 | 4/5 # | Diced Green Peppers | $35.64 | $21.95 | $13.69 | $24.39 | $2.44 |
| 63315 | 4/5 # | 1/4 Shredded Lettuce | $9.76 | $9.15 | $0.61 | $10.17 | $1.02 |
| 63360 | 4/5 # | Salad Mix Color Separate | $10.26 | $9.45 | $0.81 | $10.50 | $1.05 |
| 63345 | 4/5 # | Salad Mix Color Blend | $10.88 | $9.15 | $1.73 | $10.17 | $1.02 |
| 64210 | 50 # | Medium Yellow Onions | $6.96 | $6.00 | $0.96 | $6.67 | $0.67 |
| 64325 | 50 # | Jumbo Yellow Onions | $8.70 | $7.50 | $1.20 | $8.33 | $0.83 |
| 64155 | 50 # | Super Colloso Onions | $9.99 | $9.50 | $0.49 | $10.56 | $1.06 |
| 64150 | 50 # | Colloso Yellow Onions | $9.66 | $7.00 | $2.66 | $7.78 | $0.78 |
| 64450 | 50 # | Jumbo White Onion | $39.95 | $12.00 | $27.95 | $13.33 | $1.33 |
| 64443 | 50 # | Jumbo Red Onions | $7.01 | $6.50 | $0.51 | $7.22 | $0.72 |
| 66603 | 50 # | Idaho Baker 12 oz #1 | $10.51 | $8.75 | $1.76 | $9.72 | $0.97 |
| 66686 | 60 CT | Idaho Baker | $12.27 | $11.75 | $0.52 | $13.06 | $1.31 |
| 66619 | 70 CT | Idaho Baker | $15.41 | $9.75 | $5.66 | $10.83 | $1.08 |
| 66655 | 80 CT | Idaho Baker | $13.86 | $12.75 | $1.11 | $14.17 | $1.42 |
| 66685 | 90 CT | Idaho Baker | $11.57 | $12.50 | -$0.93 | $13.89 | $1.39 |
| 66710 | 100 CT | Idaho Baker | $12.68 | $12.00 | $0.68 | $13.33 | $1.33 |
| 66620 | 70 CT | Colo Baker | $9.77 | $9.00 | $0.77 | $10.00 | $1.00 |
| 66650 | 80 CT | Colo Baker | $9.55 | $9.60 | -$0.05 | $10.67 | $1.07 |
| 66680 | 90 CT | Colo Baker | $9.04 | $9.50 | -$0.46 | $10.56 | $1.06 |
| 65870 | 5/10 # | Russett Potato | $8.70 | $8.18 | $0.52 | $9.09 | $0.91 |
| 66380 | 50 # | Premium Red Potato | $11.64 | $11.60 | $0.04 | $12.89 | $1.29 |
| 65925 | 50 # | B Size Red Potato | $10.45 | $11.60 | -$1.15 | $12.89 | $1.29 |
| 66760 | 50 # | Sweet Potato | $15.99 | $9.50 | $6.49 | $10.56 | $1.06 |

10006