**Exhibit M**

Dockets.Justia.com

**JEAN-PIERRE ÉMOND**                                                                    **Ph.D.**

8971 SW 63rd Place
Gainesville, FL 32608
Tel. (home):  (352) 373-6321
Tel. (Work):  (352) 392-1864 ext 229

## ACADEMIC BACKGROUND

| 1992 | Ph.D.   | Agricultural Engineering / Food Engineering | University of Florida |
| 1989 | M.Sc.   | Food Sciences | Université Laval |
| 1987 | B.Sc.A. | Agricultural Engineering | Université Laval |

## ACADEMIC, RESEARCH AND INDUSTRIAL EXPERIENCE

| 2004-     | Co-Director, Center for Food Distribution and Retailing, University of Florida |
| 2004-     | Principal Advisor: Perishables and Pharmaceuticals - IATA |
| 2004-     | Associate Professor, University of Florida |
| 2002-2003 | Food Engineering Coordinator, Université Laval. |
| 2002-2004 | Affiliate Professor, University of Florida |
| 2001-     | Full Professor, Université Laval |
| 1999-2001 | Food Engineering Coordinator, Université Laval. |
| 1997-2001 | Associate Professor, Université Laval |
| 1997-     | Official Advisor: Perishables and Pharmaceuticals - IATA |
| 1994-     | Chairman and Founder, Air Cargo Transportation Research Group |
| 1994-1996 | Food Engineering Chairman, Université Laval |
| 1992-1996 | Assistant Professor, Université Laval |
| 1990-1992 | Teaching Assistant, University of Florida |

## PROFESSIONAL AFFILIATIONS

- International Air Transport Association: Live Animal and Perishables Board - member
- Engineering Order of Quebec – member 1992-2004
- The International Air Cargo Association (TIACA) - member
- TIACA Educational Committee – member

## RESEARCH SUPPORT

| Researcher | Project (C: contract; G: Grant) | Amount CDN$ | Year |
|---|---|---|---|
| Émond, J.P. | Université Laval<br>Mechanical device to control gas exchange in modified atmosphere packaging (G) | 7 000 | 1992-93 |
| Émond, J.P. | Entreprises acéricoles St-Godard Inc.<br>Process of Maple Sugar (C) | 67 200 | 1993-94 |
| Émond, J.P. | Entreprises acéricoles St-Godard Inc.<br>Treatment for downgraded maple syrup. (C) | 9 250 | 1993-94 |
| Émond, J.P. | CQVB / Entreprises acéricoles St-Godard Inc.<br>Valorisation of maple syrup (C) | 26 573 | 1993 |
| Émond, J.P.<br>and G.Allard | MAPAQ - Service du génie<br>Flavor treatment of maple syrup (C) | 30 000 | 1993-95 |
| Émond, J.P. | CRSNG – Operating Grant<br>Heat and mass transfer in modified atmosphere bulk packaging (G) | 69 000 | 1993-96 |
| Émond, J.P. | CRSNG - Equipment<br>Gas chromatograph (G) | 37 678 | 1993 |
| Émond, J.P. | CNRC / Tilton Plastique<br>Packaging system for berries (C) | 40 400 | 1994-96 |
| Émond, J.P. | Approvisionnement et Services Canada<br>Energy analysis for ethanol production (C) | 74 488 | 1994-97 |
| Émond, J.P. | SaladeXpress<br>Optimisation of fresh cuts (C) | 39 929 | 1994 |
| Émond, J.P.<br>and F. Castaigne | CORPAQ - Partenariat<br>(Entreprises acéricoles St-Godard Inc)<br>Development of an extruder for maple sugar (G) | 195 002 | 1994-96 |
| Émond, J.P.<br>and C. Vigneault | CORPAQ - Partenariat (IPL Inc)<br>Development of a reusable plastic container for horticultural products (G) | 190 079 | 1994-97 |

| | | | |
|---|---|---|---|
| **Émond, J.P.** | IPL Inc.<br>Study of handling processes for reusable plastic<br>containers for horticultural products using RFID (C) | 83 448 | 1994-96 |
| **Émond, J.P.** | Gestion Qualité Fruits et Légumes<br>Methodology for measuring natural wax  for apple(C) | 1 000 | 1994 |
| **Émond, J.P.** | CNRC/Les Fermes J. Coulombe & Fils Inc.<br>Forced air cooling of romaine lettuce (C) | 5 000 | 1994 |
| **Émond, J.P.** | MAPAQ/ Ferme Domino<br>MAP for sweet corn (C) | 1 000 | 1995 |
| **Émond, J.P.,.** | MAPAQ/ Ferme J. Roberge<br>Precooling of Bell Pepper by water (C) | 1 000 | 1995 |
| **Émond, J.P.,.** | International Air Transport Association<br>Development of a manual for perishables<br>for air transportation (C) | 5 000 | 1995 |
| **Émond, J.P.** | Les Cultures de Chez-Nous Inc<br>Leek under MAP : development (C) | 1 800 | 1995-96 |
| **Émond, J.P.,** | Les Fermes Jacques Coulombe et Fils Ltée<br>Temperature distribution in a bed of carrots during<br>Winter storage (C) | 2 000 | 1995-96 |
| **Émond, J.P.** | Provigo Distribution<br>Reusable plastic containers (C) | 80 000 | 1995-97 |
| J.C. Vuillemard<br>and **J.P. Émond** | CORPAQ - Partenariat (Fromage Côté)<br>New generation of cheese packaging (G) | 129 000 | 1995-98 |
| L. Rochefort, **J.P.<br>Émond** | CORPAQ - Systémique<br>Blueberries handling (G) | 256 000 | 1995-98 |
| **Émond, J.P.,** | Agriculture Canada<br>Reusable plastic containers in Canada (C). | 20 000 | 1995-96 |
| **Émond, J.P.,** | MAPAQ/Ferme Hortibec<br>Use of MAP for raspberries (C). | 9 500 | 1996-97 |
| **Émond, J.P.,** | Les Fermes Jacques Coulombe et Fils Ltée<br>Temperature distribution in a bed of carrots during<br>Winter storage – Part 2(C) | 1 800 | 1996-97 |

| | | | |
|---|---|---|---|
| **Émond, J.P.** | CNRC/Les Cultures de Chez-Nous Inc MAP for leek and asparagus (C). | 21 915 | 1996-97 |
| **Émond, J.P.** | CNRC/Fédération des Coopératives du Nouveau-Québec. Development of packages for perishables shipped in the Arctic regions (C) | 38 880 | 1996-97 |
| **Émond, J.P.** | British Airways World Cargo Environmental condition measurements within the holds of Boeing 747-400 (C ) | 8 400 | 1997 |
| **Émond, J.P.** | British Airways World Cargo Water loss of perishables onboard under flight conditions (C) | 6 000 | 1997 |
| **Émond, J.P. and S. Yelle** | Ferme Armand Chabot Inc., Ferme Jacques Coulombe et Fils Ltée et JPL Maraîcher et Fils Inc Development of a process for fresh cut carrots(C). | 300 000 | 1996-99 |
| **Émond, J.P.** | CRSNG – Operating Grant Heat and mass transfer in modified atmosphere bulk packaging (G) | 19 000 | 1997 |
| **Émond, J.P.** | Provigo Distribution New generation of retail display (C) | 50 000 | 1997-1998 |
| **Émond, J.P.** | CRSNG - Operating Grant Heat and mass transfer in food packaging during air shipment (S) | 23 500 | 1998-1999 |
| **Émond, J.P.** | CRSNG - Operating Grant Heat and mass transfer in food packaging during air shipment (S) | 77 550 | 1999-2002 |
| **Émond, J.P.** | IPL Inc Film-in-the-mold technology (C) | 1 800 000 | 1998-2004. |
| **Émond, J.P.** | Airport of Montréal - Mirabel Research center for air transportation of perishables (C) | 1 000 000 | 1998-2003. |
| **Émond, J.P.** | British Airways World Cargo Solutions to air transport of perishables (C) | 46 000 | 1999-2000 |

| | | | |
|---|---|---|---|
| **Émond, J.P.** | Provigo Distribution<br>Humidity control in retail store (C) | 50 000 | 1999-2000 |
| **Émond, J.P.**<br>Bousmina, M | Conseil National de Recherche du Canada<br>Development of new polymeric film for food (G) | 285 000 | 1999-2001 |
| **Émond, J.P.** | Conseil National de Recherche du Canada et<br>Sanitation of warehouse by ozone/ionization (G) | 15 000 | 1999-2000 |
| **Émond, J.P.** | ATAA/USDA<br>Study of sedation of dogs during flight (C) | 35 000 | 1999-2000 |
| **Émond, J.P.** | ETR Group AB<br>Quality curves of horticultural products (C) | 112 500 | 2000-2001 |
| **Émond, J.P.**<br>D. De Halleux | Canada Post<br>Study of air shipment in Northern Labrador (C) | 50 000 | 2000-2001 |
| **Émond, J.P.** | EADS-Airbus<br>Prediction of environmental conditions in<br>cargo hold of A-380 (C) | 42 000 | 2000-2002 |
| **Émond, J.P.** | Schering Canada<br>Development of pharmaceutical packages and<br>Tracking devices | 35 000 | 2000-2002 |
| **Émond, J.P.**<br>C. Nunes<br>J.K. Brecht | Envirotainer Consulting<br>Quality curves of horticultural products (C) | 500 000 | 2002-2005 |
| **Émond, J.P.** | Canada Post<br>Study of air shipment in Arctic regions<br>and distribution of food (C) | 500 000 | 2002-2007 |
| **Émond, J.P.** | Shire Pharmaceutical Canada<br>Development of pharmaceutical packages (C) | 75 000 | 2002-2003 |
| **Émond, J.P.** | Hema Pharmaceutical (Red Cross)<br>Development of pharmaceutical packages (C) | 96 000 | 2002-2003 |
| **Émond, J.P.** | Goodrich Aerospace<br>New technologies for air shipment of perishables(C) | 52 000 | 2002-2003 |
| **Émond, J.P.** | CRSNG - Operating Grant<br>Heat and mass transfer in food<br>packaging during air shipment (G) | 126 000 | 2002-2006 |

| | | | |
|---|---|---|---|
| Bollen, F,. Kissling, C., **Émond, J.P.**, Brecht, J.K. | APEC (Asian and Pacific Economic Coop) Trace Back and Tracking Asia and Pacific countries (C) | 46 000 | 2003 |
| **Émond, J.P.** Nunes, M.C. | IATA Development of a new Manual for Handling Perishables during Air Shipment (pre-regulations) (C) | 60 000 | 2002-2003 |
| **Émond, J.P**. Bousmina, M Kaliaguine, S. | Conseil National de Recherche du Canada Development of nano-polymeric film for food (G) | 480 000 | 2003-2005 |
| Emond, J.P. | IPL INC | 380 000 | 2004-2008 |
| Emond, J.P, | TANIMURA & ANTLE OPTIMIZATION OF RFID IN THE PRODUCE SUPPLY CHAIN | 31 000 | 2004-2006 |
| Nunes, CN Emond J.P. | PUBLIX SUPERMARKETS EFFECTS OF IN-STORE CONDITIONS ON THE QUALITY OF FRESH FRUIT S AND VEGETABLES | 25 000 | 2005 |

## REFEREED PUBLICATIONS: PUBLISHED OR ACCEPTED

1.  *Laurin, E., Brecht, J. K., Emond, J. & Do Nascimento Nunes, C. 2005. "Vapor pressure deficit and water loss patterns during simulated air shipment and storage of Beit Alpha cucumber." Acta Horticulturae. 682:1697-1703

2.  *Proulx, E., Do Nascimento Nunes, C., Emond, J. & Brecht, J. K. 2005. "Quality attributes limiting papaya postharvest life at chilling and non-chilling temperatures." Proceedings of the Florida State Horticultural Society.

3.  Meana, M., Chau, K. V., Emond, J. & Talbot, M. T. 2005. "Forced-Air Cooling of Strawberries In Reusable Plastic Containers." Proc FSHS. FSHS-2005

4.  Emond, J., Chau, K. V. & Dea, S. 2005. "New Approach in Packaging Development for Temperature Sensitive Products." Nov./Dec. 2005:1-4

5.  Pelletier, W., Do Nascimento Nunes, C. & Emond, J. 2005. "Air transportation of fruits and vegetables: an update." Air transportation of fruits and vegetables: an update. 1:1-7 http://www.stewartpostharvest.com/June_2005/Emond.pdf.

6.  Villeneuve, S., Emond, J., Mercier, F., Bazinet, D. & Pelletier, W. 2005. "Systeme de refroidissement rapide fonctionnant à l'azote liquide pour les unites de chargement d'avion." 1054:21-26

7.  Vigneault, C., B. Goyette, N.R. Mankarian, S. Cote, M.T. Charles and **J.P. Emond**. 2004 Optimum opening area at the bottom of plastic containers for uniform water distribution. (In press). Canadian Biosystem Engineering.

8.  Daniels-Lake B.J., R.K. Prange, J.M. DeLong, C.F. Forney, D.M. Hodges, M.K. Pritchard, **J.-P. Émond**, G. Paliyath, W. Lin, P. Sholberg, O.L. Lau, P.M.A. Toivonen 2003 POSTHARVEST RESEARCH IN CANADA - A REVIEW  ISHS Acta Horticulturae 628 ISBN 0567-7572. pages 23-37

9.  Nunes, M.C.N., **J.P. Emond** and J.K. Brecht.  2003 Predicting shelf life and quality of raspberries under different storage temperatures. ISHS Acta Horticulturae 628 ISBN 0567-7572. pages 599-606

10. Nunes, M.C.N., E. Proulx, **J.P. Emond** and J.K. Brecht. 2003. Quality characteristics of 'Horn of Plenty' and 'Medallion' yellow summer squash as a function of the storage temperature. ISHS Acta Horticulturae 628 ISBN 0567-7572 pages 607-614

11. Nunes M.C.N., **J.-P. Emond** and J.K. Brecht 2003. Quality of strawberries as affected by temperature abuse during ground, in-flight and retail handling operations. Acta Horticultura 604: 239-246.

12. **Émond, J.P.,** F. Mercier, E. Laurin and M.C.N. Nunes. 2003. Cold Chain Management of Perishable Distribution in Northern Communities of Canada. IIR 0-08-03: 100-107.

13. S. Villeneuve, **J.P. Émond**, F. Mercier et D. Bazinet. 2003. Nouveau systeme de distribution de l'air dans un comptoir réfrigéré. Revue Générale du froid 1026:20-22.

14. E. Laurin, M.C.N.Nunes, **J.-P. Emond** and J.K. Brecht 2003. Quality of strawberries after simulated air freight conditions. Acta Horticultura 604: 659-664.

15. E. Laurin, M.C.N.Nunes and **J.-P. Emond**. 2003. Forced-air cooling after air-shipment delays asparagus deterioration. *Journal of Food Quality* 26: 43-54.

16. S. Villeneuve, J. Vézina and **J.P. Émond**. 2002. La logistique du froid dans le transport aérien des denrées périssables. *Revue Générale du froid* 1029:32-38.

17. S. Villeneuve, **J.P. Émond**, F. Mercier et M.C.N. Nunes. 2002. Analyse de la température de l'air dans un comptoir réfrigéré. Revue Générale du froid 1025:17-21.

18. Bergeron, R., S.L. Scott, J.P. Émond, F. Mercier, N. Cook, and A. Schaefer, 2002. The effects of sedation on physiology and behavior of dogs during air transportation. *Canadian Journal of Veterinary Research*. Vol (22). 8-14.

19. Villeneuve, S., M.O. Ngadi and **J.-P. Emond**. 2001. Heat Transfer in Air Cargo Unit Load Devices. The second international Symposium on Applications of Modelling as an Innovative Technology in the Agri-Food Chain, 9-13 December 2001, Palmerston

North, New Zealand organised under the aegis of the International Institute of Refrigeration and the International Society of Horticultural Science, p 245- 250.

20.    E. Laurin, M.C.N. Nunes and **J.-P. Emond**. 2001. Use of precooling systems as a treatment against temperature abuse during air shipment of asparagus. International Institute of Refrigeration. Proceedings of the International Conference of Rapid Cooling of Food, Bristol.

21.    International Air Transport Association, **J.P. Émond**, C. Nunes and F. Mercier. 2000. Perishable Cargo Handling Manual, 3rd Edition, IATA, 108 pages.

22.    Nunes,C. and **J.P. Emond**, 1999. Chlorinated water treatments affects post-harvest quality of green bell peppers. Journal of Food Quality. 22(1999) 353-361.

23.    **J.-P. Emond**, F. Mercier and M.C.N.Nunes. 1999. In-Flight temperature conditions in the Holds of a Widebody Aircraft. # 281, Proceedings of the 20th International Congress of Refrigeration. Sydney, IIR, Australia 19-24 September 1999.

24.    Nunes, M.C.N. and **Emond, J.-P.** 1999. Quality of strawberries after storage in constant or fluctuating temperatures. Proceedings of the 20th International Congress of Refrigeration. Sydney, IIR, Australia 19-24 September 1999.

25.    Nunes, M.C.N., Villeneuve, S. and **Emond, J.-P.** 1999. Retail display conditions affects quality characteristics of broccoli florets. Proceedings of the 20th International Congress of Refrigeration. Sydney, IIR, Australia 19-24 September 1999.

26.    S. Villeneuve, **J.-P. Émond**, F. Mercier et M.C.N. Nunes. 1999. Analyse de la température de l'air à l'intérieur d'un comptoir réfrigéré destiné à la vente au détail des fruits et légumes frais. Proceedings of the 20th International Congress of Refrigeration. Sydney, IIR, Australia 19-24 September 1999

27.    Mercier, F. and **J.P. Émond**, 1999.  Shelf-life of leeks and asparagus packed in plastic films.  Proceedings of the 20th International Congress of Refrigeration. Sydney, IIR, Australia 19-24 September 1999.

28.    Éliot, S.C., J.C. Vuillemard et **J.P. Émond**, 1998.  Stability of Shredded Mozzarella Cheese under Modified Atmospheres.  Journal of Food Science, 63(6):

29.    **Émond, J.P.**, K.V. Chau, J.K. Brecht and M.O. Ngadi. 1998. Mathematical modeling of gas concentration profiles in modified atmosphere bulk packages. Transactions of the ASAE. Vol.41(4):1075-1082.

30.    Aroujalian, A.M., M.O. Ngadi and **J.P. Émond**, 1997.  Effect of processing parameters on the compression resistance of plug-assist vacuum thermoformed container. Advances in Polymer Technology, 16(2) 129-134.

31. Aroujalian, A.M., M.O. Ngadi and **J.P. Émond**, 1997. Wall thickness distribution in plug-assist vacuum formed strawberry containers. Polymer Engineering and Science, 37(1) 178-182.

32. Ngadi, M.O., A, Rulibikiye, **J.P. Émond** and C. Vigneault. 1997. Gas concentrations in modified atmosphere bulk vegetable packages as affected by package orientation and perforation location. Journal of Food Science, 62(5):1150-1153.

33. **Émond, J.P.,** F. Mercier, S. Ould Sadfa, M. Bourré and A. Gakwaya, 1996. Study of parameters affecting cooling rate of strawberry and airflow patterns in forced-air precooling process. Transactions of the ASAE, 39(6):2185-2191.

34. Alvo, P., P. Savoie, D. Tremblay, **J.P. Émond** and G. Turcotte, 1996. A systems approach for the evaluation of ethanol production based on forages. BioResource Technology, 56(1996) 61-68.

35. International Air Transport Association, **J.P. Émond**, C. Nunes and F. Mercier. 1998. Perishable Cargo Handling Manual, 2nd Edition, IATA, 96 pages.

36. International Air Transport Association, **J.P. Émond**, D. Bachand, F. Mercier, M. Ngadi and C. Nunes. 1996. Perishable Cargo Handling Manual, 1st Edition, IATA, 87 pages.

37. **Émond, J.P.,** S. Boily and F. Mercier, 1995. Reduction of water loss and condensation using perforated film packages for fresh fruits and vegetables. Proceedings of the International Conference on "Harvest and Postharvest Technologies for Fresh Fruits and Vegetables", Guanajuato, Mexico. Feb. 20-24, p.339-346.

38. Guilbert, A., F. Mercier, S. Villeneuve and **J.P. Émond**. 2003 Exploratory Study of a Thermosensitive Permeability Control System for a Modified Atmosphere Package. Part I - Perforation Shape Effect on Gaseous Exchange. Journal of Food Engineering (under final correction).

39. Guilbert, A., F. Mercier, S. Villeneuve and **J.P. Émond**. 2003 Exploratory Study of a Thermosensitive Permeability Control System for a Modified Atmosphere Package. Part II - Shape Memory Alloy Springs for Control of Permeability. Journal of Food Engineering (under final correction)

40. Nicoué. E.E., **Emond. J.P.**, Vuillemard. J.C., Nunes. M.C.N. 2003 Destruction de Rhizopus stolonifer et Botrytis cinerea par des traitements ozone/ions. Submitted 12/12/03. Phytoprotection

41. Lahlou, I, K. Belkacemi and **J.P. Emond**, 2003 Use of solid-phase microextraction and gas chromatography for measuring aroma permeability on polymeric plastic films. Submitted 12/28/2003. Journal of Food Engineering.

42. Nunes, M.C.N., **J.P. Emond** and J.K Brecht. 2003 Quality curves for highbush blueberries as a function of the storage temperature. Small Fruits Review (accepted for publication).

43. Lahlou, I, K. Belkacemi and **J.P. Emond**, 2003 Effect of sorbed oil and temperature on aroma permeation through multilayer polymeric films. Submitted 12/29/2003. Packaging Technology and Science

## BOOK CHAPTER

44. Emond, J. 2005. "IATA Perishables Cargo Manual." 5th Edition. Montreal, Quebec, Canada: International Air Transport Association. 187 pp.

45. Welt, B. A. & Emond, J. 2005. "EDIS Circular 1465: RFID - Making It So...With Some Help From the University of Florida." Gainesville, Florida: IFAS Florida Cooperative Extension Service. Circular 1465.

46. Nunes, M.C.N. and **Emond, J.P.** 2003. Chapter 8. Storage Temperature, p. 209-228. In: Jerry A. Bartz and Jeffrey K. Brecht (Eds.). Postharvest Physiology and Pathology of Vegetables, 2nd Edition revised and expanded. Marcel Dekker, New York.

47. **Emond, J-P.** and Nunes, M.C.N. Chapter 16. Packaging for citrus. In: Wilfred F. Wardowski, Steven Nagy and William Grierson (Eds.). Fresh Citrus Fruits (in press).

48. **Emond, J-P.** and Nunes, M.C.N. Chapter 19. Transportation and distribution for citrus. In: Wilfred F. Wardowski, Steven Nagy and William Grierson (Eds.). Fresh Citrus Fruits (in press)

## CONFERENCE AND PRESENTATIONS

49. Emond, J. (Presenter). "Invited" "Facts on Packaging Development for Temperature Sensitive Products." at Facts on Packaging Development for Temperature Sensitive Products, 04/27/2005, King of Prussia, PA. (Speech).

50. Emond, J. (Presenter). "Invited" "Facts on Packaging Development and RFID." at Biopharm Manufacturing and Distribution Summit, 12/12/2005, Reston, VA. (Speech).

51. Emond, J. (Panelist). "Invited" "RFID research for produce." at RFID research for produce, 06/02/2005, Monterey, CA. (Speech).

52. Emond, J. (Presenter). "Invited" "RFID Now and Future." at PMA FreshSummit, 11/04/2005, Atlanta, GA. (Speech).

53.   Emond, J. (Presenter). "Invited" "RFID for the food industry." at MIT Cambridge Business Association, 02/07/2005, Cambridge, MA. (Speech).

54.   **Emond, J.P.** 2004. New trends in citrus juices packaging. March 18th, 2004, Lake Alfred, ASME, Florida Section

55.   **Emond, J.P.** 2002. New trends in pharmaceutical distribution. 24 September 2002, Toronto, PPCLA.

56.   Proulx, E., Nunes, M.C.N., **Emond, J-P** and Brecht, J.K.B. 2001. Quality curves for tomato exposed at chilling and non-chilling temperatures. HortScience 36(3), 509.

57.   Nunes, M.C.N., **Emond, J-P** and Brecht, J.K. 2001. Temperature abuse during ground and in-flight handling operations affects quality of snap beans. HortScience 36(3), 510.

58.   Villeneuve, S., M.O. Ngadi and **J.-P. Emond.** 2001. Heat Transfer in Air Cargo Unit Load Devices during Airport Operations: Model Development. Paper 01-326 AIC2001, University of Guelph, Ontario, Canada, July 8-11. 2001.

59.   Pelletier, W. and **J.-P. Émond.** 2001. Sources and Impacts of Ethylene During Air Shipment of Perishables, Université Laval, EADS Airbus GmbH, Bremen, Allemagne, February 2001.

60.   Pelletier, W. and **J.-P. Émond**. 2000. Analysis of Environmental Conditions for Fire Detector Improvement, Université Laval, Québec, October 2000.

61.   Villeneuve, S., F. Mercier, W. Pelletier, M.O. Ngadi and **J.-P. Emond**. 2000. Effect of Environmental Conditions on Air Shipment of Perishables During Ground Operations. Paper No. 006058. ASAE, 2950 Niles Road, St. Joseph, MI 49085-9659 USA.

62.   **Émond, J.P.**, 1999.  Postharvest Treatments for Perishables.   Council of Logistic Management, Toronto, 19 October 1999.

63.   **Émond, J.P.**, 1998. It's a Cool World: Serving Shippers of Perishables. 10th Annual Air Cargo Shippers Conference, Los Angeles, USA, 9 October.

64.   **Émond, J.P.,** 1998. Transport aérien des produits périssables.   International Air Transport Association, Montréal, 7 octobre.

65.   Éliot, S, C. Paquin, F. Mercier, **J.P. Émond** et C. Vuillemard, 1997.  Conservation du fromage mozzarella sous atmosphères modifiées: Effet sur la flore microbienne. Congrès de la Société Canadienne de Microbiologie, Université Laval, Québec15-17, June 1997.

66.   Gill, J., C. Laguë, **J.P. Émond** et F. Mercier, 1997.  Lowbush blueberry picker development in Québec.  CSAE Paper, CSAE, Sherbrooke, Québec, June 1997, 10 pages.

67.  **Émond, J.P.**, 1996.  Taper-Wall vs Straight-Wall Reusable Containers.  Deloitte et Touche Université Laval, Sainte-Foy, 6th March.

68.  **Émond, J.P.**, 1996.  Génie alimentaire vs Science et Technologie des Aliments.  Colloque de Science et Technologie des Aliments tenu à l'Université Laval, Sainte-Foy, 2 February 1996.

69.  **Émond, J.P.**, 1996. Développement de systèmes d'emballage pour le transport aérien de produits périssables en régions nordiques  Fédération des Coopératives du Nouveau-Québec à Baie d'Urfé, 29 April, 1996.

70.  **Émond, J.P.**, 1996. Développement de logiciels pour le transport aérien de produits périssables.  Airbus at Montréal, 18 March, 1996.

71.  **Émond, J.P.**, 1996.  Technologie et physiologie post-récolte.  Rivière du Loup, 1st March, 1996.

72.  **Émond, J.P.**, 1996.  Development of Canadian Standards for Reusable Containers for Fruits and Vegetables.  Canadian Products Market Association at Toronto, 19 January, 1996.

73.  **Émond, J.P.**, 1995.  Development of Plastic Reusable Containers for Fruits and Vegetables.  Canadian Products Market Association at Toronto, 1st December, 1995

74.  **Émond, J.P.**, 1995.  Reusable containers for horticulture.  Canadian Products Market Association at Toronto, 10 November, 1995.

75.  **Émond, J.P.**, 1995.  Taper-Wall vs Straight-Wall Reusable Containers. National Grocers at Toronto, 10 November, 1995.

76.  **Émond, J.P.**, 1995.  Development of Reusable Containers for Fruits and Vegetables.  Ontario Fruits and Vegetables Growers Association à Vineland, 6 October, 1995.

77.  **Émond, J.P.**, 1995.  Development of Collapsible and Reusable Plastic Containers for Fruits and Vegetables.  CHEP Canada à Toronto, 3 October, 1995.

78.  **Émond, J.P.**, F. Dumas, M. Bourré and F. Mercier, 1995.  Transformation des produits de l'érable.  Coopérative des producteurs de sirop d'érable du Québec, Plessisville, 2 March.

79.  Mercier, F., **J,.P. Émond**, A. Guilbert and M. Bourré, 1995. Solutions possibles aux problèmes post-récolte des fruits et légumes.  MAPAQ Journées Horticoles, L'Assomption, 4 April.

80.  Alvo, P., P. Savoie, J. Surprenant, D. Tremblay, L. Gauthier, **J.P. Émond** and G. Turcotte, 1994.  A system approach for the evaluation of ethanol production based on forages.  Proceedings of an Alternative Energy Conference: 85-94.  Ed. B.E. Dale, American Society of Agricultural Engineering, St-Joseph, MI.

81.    **Émond, J.P.,** 1994.  Exposé sur les techniques de conservation sous atmosphère modifiée.  26 January 1994.  Journée d'information de Tilton Plastiques Inc. sur l'emballage des petits fruits, Envirotron, Sainte-Foy, Québec.

82.    **Émond, J.P.,** M. Bourré, F. Mercier, S. Ould Sadfa and A. Gakwaya, 1994. Amélioration de l'efficacité du prérefroidissement.  Symposium sur la fraise organisé par Tilton Plastiques, Envirotron, Sainte-Foy, 29 November, 1994.

83.    **Émond, J.P.,** M. Bourré, S. Ould Sadfa, F. Mercier and A. Gakwaya, 1994.  Effects of airflow patterns on forced-air precooling efficiency of strawberries.  CSAE Paper 94-318, Agricultural Institute of Canada Annual Conference, Regina, Saskatchewan, July 10-14.

84.    **Émond, J.P.,** A. Guilbert, F. Mercier and R. Gagnon, 1994.  Evaluation of adsorbent resins for removing off-flavors from downgraded maple syrup.  IFT Annual Meeting & Food Expo, Atlanta, Georgia, June 25-29.

85.    **Émond, J.P.,** C. Julien and F. Mercier, 1994.  Système d'emballage intégré pour les petits fruits.  Journée d'information sur la recherche dans le secteur des petits fruits, Service de Phytotechnie de Québec du MAPAQ, 9 March, Sainte-Foy.

86.    **Émond, J.P.** and F. Mercier, 1994.  Envasado de productos frescos para la exportacion.  Cours présenté dans le cadre du "Ecuadorian Human Resources Project" parrainé par l'Agence Canadienne pour le Développement International.  Quito et Guayaquil, Équateur, 5-12 October 1994. 125 pages.

87.    Guilbert, A., **J.P. Émond** and F. Mercier, 1994.  Atmosphères modifiées: Nouveautés. Symposium sur la fraise organisé par Tilton Plastiques, Envirotron, Sainte-Foy, 29 November 1994.

88.    Mercier, F., M. Bourré and **J.P. Émond**, 1994.  Diminution des blessures post-récolte des fraises.  Symposium sur la fraise organisé par Tilton Plastiques, Envirotron, Sainte-Foy, 29 November 1994.

89.    Savoie, P., J. Surprenant, L. Gauthier, P. Alvo, P. Nadeau and **J.P. Émond,** 1994. The potential conversion of forage crops into ethanol and other industrial co-products. NABEC Paper no. 94-347.  NABEC-94, University of Guelph, Guelph, Ontario.  July 24-27, 10 pages.

90.    Brodeur, J., C. Beauchamp and **J.P. Émond**. 1993. Inauguration de l'Envirotron; un pavillon consacré à la recherche de pointe. 27 October 1993. TVA.

91.    **Émond, J.P.**  1993.  Techniques d'emballage des petits fruits.  19 February,1993. Station de recherche d'Agriculture Canada de Saint-Jean-sur-Richelieu.

92.    **Émond, J.P.**  1993.  Nouveautés dans le conditionnement des produits horticoles.  2 March, 1993.  Journée horticoles provinciales, Longueil.

93.    **Émond, J.P.** 1993. Systèmes d'emballage pour les petits fruits. 26 March, 1993. Station de recherche d'Agriculture Canada de Lennoxville.

94.    **Emond, J. P.**, K. V. Chau, and J. K. Brecht. 1993. Modelling respiration rates of blueberry in a perforation-generated modified atmosphere package. Proc. Sixth Intl. Controlled Atmosphere Res. Conf. NRAES-71. Vol. 1, p. 134-144.

95.    Brecht, J. K., S. A. Sargent, J. A. Bartz, K. V. Chau and **J. P. Emond**. 1992. Irradiation plus modified atmosphere for storage of strawberries. Proc. Fla. State Hort. Soc. 105:97-100.

96.    **Émond, J.P.** 1992. Matériaux utilisés pour l'emballage des produits alimentaires: Amis ou ennemis de l'environnement? Utilisation de nouveaux matériaux en agro-alimentaire. 16e Colloque de génie rural, 29 October, 1992, p. 79-90

97.    **Émond, J.P.**, K.V. Chau and J.K. Brecht. 1992. Modeling of gas concentration profile in modified bulk packaging. ASAE Paper 92-6021. American Society of Agricultural Engineering. St-Joseph, MI, USA.

98.    **Emond, J. P.**, K. V. Chau and J. K. Brecht. 1991. An expert system for hydrocoolers. Proc. Fla. State Hort. Soc. 104:108-110.

99.    Talasila, P.C., K.V. Chau, J.K. Brecht and **J.P. Émond**. 1991. A mathematical model for modified atmosphere packaging of fruits and vegetables. ASAE Paper 91-6022. American Society of Agricultural Engineering. St-Joseph, MI, USA.

100.   **Émond, J.P.** and K.V. Chau. 1990. Use of perforation in modified atmosphere packaging. ASAE Paper 90-6512. American Society of Agricultural Engineering. St-Joseph, MI, USA.

101.   **Émond, J.P.** and K.V. Chau. 1990. Effects of package physical properties on gas concentration profiles in MA packaging. ASAE Paper 90-6511. American Society of Agricultural Engineering. St-Joseph, MI, USA.

102.   Arul, J., J. Makhlouf, F. Castaigne and **J.P. Émond**. 1989. Developpement of bulk packages for fresh horticultural produce. ASAE 89-0005. American Society of Agricultural Engineering. St-Joseph, MI, U.S.A.

103.   **Émond, J.P.**, F. Castaigne, D. Désilets, andC.J. Toupin. 1989. Mathematical modeling of gas exchange in modified atmosphere package. ASAE Paper 89-6035. American Society of Agricultural Engineering. St-Joseph, MI, U.S.A.

104.   Makhlouf, J., J. Arul, **J.P. Émond**, F. Castaigne and D. Désilets. 1989. Développement d'un emballage en vrac pour la conservation des fruits et légumes en atmosphere modifiée. Affiche. Congrès annuel de l'Institut agricole du Canada.

## RESEARCH REPORTS

105. Do Nascimento Nunes, C., Emond, J., Chau, K. V., Rauth, M., *Dea, S. & *Pelletier, W. 2005. "Effects of in-store conditions on the quality of fresh fruits and vegetables." Food Science and Human Nutrition: University of Florida. 262 pp.

106. Nunes, M.C.N. and **Emond, J-P.** 2003. Quality curves for witloof chicory as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

107. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for highbush blueberries as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

108. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for papaya as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

109. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for yellow summer squash as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

110. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for tomato as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

111. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for two different peach cultivars as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden.

112. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for green bell pepper as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

113. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves two different snap bean cultivars as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden.

114. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for strawberries as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

115. Nunes, M.C.N. and **Emond, J-P.** 2002. Quality curves for green asparagus as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

116.   Nunes, M.C.N. and **Emond, J-P**. 2002. Quality curves for white mushrooms (*Agaricus bisporus*) as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Sweden

117.   Villeneuve, S., D. Bazinet and **J.-P. Emond**. 2001. Effects of super-absorbent sheets on water loss of perishables during air cargo transportation. Aircargosolution Ltd. London. July 2001.

118.   Laurin, E., C. Nunes, **J-P. Emond**, 2001. Guidelines for the quality and sanitation program of the food mail program in Labrador. Canada Post, June 2001, 20p.

119.   Laurin, E., C. Nunes, **J-P. Emond**, 2001. Guidelines for inspection of perishables of the food mail program in Labrador. Canada Post, June 2001, 23p.

120.   Pelletier, W. and **J.-P., Émond**. Water Loss Calculation Program of Perishables and Livestock During Air Shipment, Université Laval, Département de sols et génie agroalimentaire, Québec, February 2001.

121.   Nunes, M.C.N. and **Emond, J-P**. April 2001. Quality curves for selected horticultural commodities as function of the storage temperature: Preliminary Results. Transportation Research Group, University Laval. Rapport de recherche pour Envirotainert Holding, Suéde

122.   Nunes, M.C.N. and **Emond, J-P**. 2001. Quality curves for red raspberries as function of the storage temperature. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Suéde

123.   Pelletier, W. and **Émond, J.-P**. 2000. Review Article : Smoke detection technologies, perishables and livestock, Université Laval, December 2000, 14 p.

124.   Nunes, M.C.N. and **Emond, J-P**. 2000. Quality curves for selected horticultural commodities as function of the storage temperature : The Guide. Air Cargo Transportation Research Group, University Laval. Rapport de recherche pour Envirotainer Holding, Suéde.

125.   Villeneuve, S., Mercier, F., **Emond, J-P**. et Nunes, M.C.N. 1999. Amélioration de l'utilisation des comptoirs pour l'étalage des fruits et légumes. Université Laval. Département des Sols et du Génie Agroalimenteire. Rapport de projet de recherche pour Provigo Distribution Inc.

126.   Nunes, M.C.N. and **Emond, J-P**. 1999. Perishable Commodities and Live Animal Most Frequently Transported by Air. Air Cargo Transportation Research Group, University Laval, Canada. Rapport de Projet de Recherche pour Perisco Inc.

127.   **Émond, J.P.**, 1998. Handling Airborne Perishables: A Critical Study.   Pacific Shipper's Cool Cargoes, fall 1998, vol.6:38, 40, 43-44.

128.   Mercier, F. and **J.P. Émond**, 1998.  Water loss of horticultural products compared to water loss of cut flowers. British Airways World Cargo, 13 pages.

129.    Villeneuve, S., C. Nunes, S. Dea, **J.P. Émond** and F. Mercier, 1998.   Comptoirs réfrigérés pour fruits et légumes frais.  Distribution Inc, 83 pages

130.    Fraser, H.W., F. Mercier, B. Baert, M. Bourré, C. Nunes and **J.P. Émond**, 1997. Shipping produce from Salinas, California to Toronto, Ontario in Reusable Plastic Shipping Containers.   Sponsored by the Canadian Produce Marketing Association, Canadian Horticulture Council and Ontario Fruit & Vegetable Growers' Association. June 1997, 49 pp.

131.    Mercier, F., M. Bourré and **J.P. Émond,** 1997.  Entrepôt expérimental pour le poivron doux: Évaluation des conditions environnementales et des effets sur la qualité. Rapport du projet No. 24-349247-02048 du MAPAQ.  Présenté à Ferme Roberge Inc., 29 pages.

132.    Mercier, F. and **J.P. Émond,** 1997.  Conservation du poireau et de l'asperge sous gaz: Optimisation de la qualité. No. 24-360-219-04049 du MAPAQ.  Les Cultures de Chez-Nous, 31 pages.

133.    Mercier, F., S. Villeneuve, C. Nunes and **J.P. Émond**, 1997.  The use of reusable plastic containers in the handling of fresh produce from field to store shelf in North America.   Department of Soils and Agri-food Engineering, Center of Horticultural Research, Laval University, March 1997.

134.    Pineau, F., J.P. Émond and F. Mercier, 1997.  Testing packages at altitude.  British Airways World Cargo, 26 pages.

135.    Pineau, F., F. Mercier and J.P. Émond, 1997.  Environmental condition measurements within the holds of Boeing 747-400.  British Airways World Cargo, 40 pages.

136.    Nunes, M.C.N., Mercier, F. et **Emond, J.P.** 1997. Qualité de la racine de carotte: influence de la conservation au froid humide sur la composition physique et biochimique. Le Centre de Recherche en Horticulture, Université Laval. Rapport de recherche pour La Ferme Armand Chabot Inc., JPL Maraîcher & Fils Inc. et Les Fermes Jacques Coulombe et Fils Litée.

137.    Mercier, F., D. Bachand and **J.P. Émond**, 1996.  Poireau sous emballage plastique: optimisation de la conservation Les Cultures de Chez-Nous, 7 pages.

138.    Mercier, F. and **J.P. Émond**, 1996. Distribution de la température dans un amas de boîtes de carottes entreposées à l'extérieur durant l'hiver.  Les Fermes Jacques Coulombe et Fils Ltée., 11 pages.

139.    Mercier, F and **J.P. Émond**, 1996.  Système d'emballage sous atmosphère modifiée. Tilton Plastique Inc., 66 pages.

140.    Mercier, F. and **J.P. Émond**, 1996. Refroidissement à l'air forcé des légumes feuillus. Rapport de recherche (projet PARI-AT) Les Fermes Jacques Coulombe et Fils Ltée, 18 pages.

141.  Nunes, C., F. Mercier and **J.P. Émond**, 1996. Development of packaging systems allowing efficient distribution of perishable products (fruits and vegetables) in Nouveau-Quebec, Fédération des Coopératives du Nouveau-Québec, 23 pages.

142.  **Émond, J.P.** and F. Mercier, 1995. L'emballage des produits horticoles dans des contenants réutilisables. L'Actualité Maraîchère, vol. 5, no.12, p. 7-8.

143.  Mercier, F. and **J.P. Émond**, 1995. Essais de prérefroidissement à l'air forcé de fraises en contenants de 3 litres et design d'une boîte adaptée. Les Fraises de l'Ile d'Orléans Inc.

144.  Mercier, F., D. Bachand and **J.P. Émond**, 1995. Amélioration de la conservation du maïs sucré par l'usage du prérefroidissement et des atmosphères modifiées. Ferme Domino Enr.

145.  Mercier, F., A. Guilbert and **J.P. Émond**, 1995. Système d'emballage complet pour les petits fruits. Volet I - Emballages sous atmosphère modifiée. Tilton Plastiques Inc., 12 pages

146.  Mercier, F., M. Bourré and **J.P. Émond**, 1994. Système d'emballage complet pour les petits fruits. Volet II - Contenants individuels. Tilton Plastiques Inc., 16 pages.

147.  Mercier, F and **J.P. Émond,** 1994. Mesure de la couche de cire appliquée sur les pommes. Gestion-Qualité Fruits et Légumes Inc., 11 pp.

148.  Mercier, F and **J.P. Émond**, 1994. Essais de prérefroissement à l'air forcé pour des contenants de fraises. Ferme François Gosselin Enr., 10 pp.

149.  Mercier, F and **J.P. Émond**, 1994. Essais de prérefroissement à l'air forcé de légumes feuillus. Ferme Jacques Coulombe et Fils Inc., 7 pp.

150.  Guilbert, A., F. Mercier, C. DeFoy and **J.P. Émond**, 1993. Valorisation des sirops d'érable déclassés. Les Entreprises Acéricoles Saint-Godard, 15 pp.

151.  Julien, C. and **J.P. Émond**, 1993. Essais de prérefroidissement et système individuel d'emballage des fraises. CNRC et Fraises de l'Ile d'Orléans, 99 pp.

152.  Mercier, F., A. Guilbert and **J.P. Émond**, 1993. Valorisation des sirops d'érable déclassés. Les Entreprises Acéricoles Saint-Godard, 43 pp.

153.  Talbot, M., T.E. Crocker, L. Lyrene, and **J.P. Émond**. 1992. Postharvest Handling of Florida Blueberries. Circular 1050, Florida Cooperative Extension Service. IFAS, University of Florida, Gainsville, Florida. 32611.

**PATENT**

154.  **Émond J.P.** and C. Vigneault. 1998.  Reusable containers for the preservation of fresh fruits and vegetables. U.S. Patent 5,727,711, J. Moy, Group Art Unit 3207

155.  **Émond J.P.** and C. Vigneault. 2001.  Reusable containers for the preservation of fresh fruits and vegetables. Canadian. Patent 1,643,211

156.  M. Bousmina, **J.P. Émond** and E. Pinet, 2002. Low permeability food packaging measurement system, Patent Pending, USA and Canada. September, 2002

157.  M. Bousmina, **J.P. Émond** and E. Pinet, 2002. FABRICATION DE CONTENANTS RIGIDES AVEC FILM BARRIÈRE PAR INJECTION DE POLYMÈRES THERMOPLASTIQUES SELON LE PROCÉDÉ "FILM IN A MOLD", Patent Pending, USA and Canada. October 2002

158.  **J.P. Emond** and K.V. Chau  RFID (Radio-Frequency Identification)-based Tamper-Evident system..  UF#11417. Under review at UF OTL office.

## TRAINING OF HIGHLY QUALIFIED PERSONNEL (1993 –2003)

PRINCIPAL SUPERVISOR

| Student | Year | Degree | Title of research project |
| --- | --- | --- | --- |
| Marie-Josee Dumont | Since 5/03 | Ph.D. | Nano-composites for food packaging |
| Sharon Dea | Since 1/03 | M.Sc. | Insulated packaging for pharmaceuticals |
| Imane Lahlou | Since 1/99 | Ph.D. | High barrier film for food packaging |
| Emilie Laurin | 00-01 | M.Sc. | Temperature Treatment during Air Shipment |
| Emilie Laurin | Since 9/01 | Ph.D. | Effect of MAP during Air Shipment |
| Eugène Nicoué | 00-03 | M.Sc. | Use of ozone during storage of produce |
| William Pelletier | 00-02 | M.Sc. | Modelling conditions onboard aircraft |
| William Pelletier | Since 9/02 | Ph.D. | Study of airflow onboard aircraft hold |
| Emilie Proulx | 01-02 | M.Sc.. | Quality of produce during air shipment |
| Sébastien Villeneuve | 98-00 | M.Sc. | Temperature distribution in retail display |
| Sébastien Villeneuve | since 09/00 | Ph.D. | Modelling heat transfer air container |
| Sandrine Éliot | 95-97 | M.Sc. | Effect of $CO_2$ in MAP packaged cheese. |
| Martin Bourré | 95-97 | M.Sc. | Effect of parameters on sugar cristallization |
| François Dumas | 94-98 | M.Sc. | Processing of maple products by extrusion |
| Aroujalian Mashadi Abdulreza | 94-96 | M.Sc. | New container development for packaging of berries |
| Anne Guilbert | 94-96 | M.Sc. | MAP control system |
| Anastase Rubilikiye | 94-96 | M.Sc. | Effect of natural convection on MAP |

## CO-SUPERVISOR

| Student | Year | Degree | Title of research project |
|---|---|---|---|
| **Mathias Oulé** | 93-95 | M.Sc. | Growth of B. bacterium on lactoserum |
| **Khadraoui Faouzi** | 93-95 | M.Sc. | Micro-perforated film for produce |
| **Frank AhWaye** | since 09/00 | M.Sc. | New generation of packaging for meat |

## POSTDOCTORAL FELLOWS

| Name | Year | Title of research project |
|---|---|---|
| Cecilia Nunes | 2/96 - 2/00 | Effect of temperature fluctuations on the quality of horticultural products |
| Michael Ngadi | 8/95 - 12/96 | Gas profiles in modified atmosphere packages |
| Eric Pinet | 2/99 – 5/01 | Study on high barrier films |
| Clément Vigneault | 8/95 - 8/96 | Precooling of horticultural products with reusable plastic containers |

**TEACHING (from 1992-2003 at Laval University)**

RESPONSIBLE

      GAL-19871 "Handling and Packaging"
      GAL-19878 "Food Engineering Laboratory"
      GAL-19876 "Industrial Visits"
      GAL-20730 "Introduction to Food Engineering"
      GAE-63433 "Bio-System Modelling"

CO-RESPONSIBLE

      GAE-21282 "Engineering  Project I "
      GAE-21283 "Engineering  Project II "
      STA-20457  "Post Harvest Technology"
      GAL-19877 "Special Topic in Food Engineering"

**TEACHING (from 2003- at University of Florida)**

**Fall 2003**

      Principles of Packaging (PKG 2001) - 3 credits
      Advanced Packaging Principles (PKG 5006) - 3 credits
      Package Decoration (PKG 4204C)   2 sections

**Spring 2004**

      Principles of Packaging (PKG 2001)   -3 credits
      Advanced Packaging Principles (PKG 5006)   3 credits
      Distribution and Transportation Packaging (PKG 4008)   3 credits
      Advanced Distribution and Transportation (PKG 5003)   3 credits
      Package Development (PKG 4905)   3 credits

**AWARDS**

| | |
|---|---|
| 1997 | Agcellence Award, Outstanding contribution to the agri-food industry in Canada.  Ministry of Agriculture. |
| 1998 | 'International Air Transport Association (IATA)' Award : Outstanding contribution to the air cargo industry. |
| 2002 | Agcellence Award (National finalist), Outstanding contribution to the agri-food industry in Canada.  Ministry of Agriculture. |