Monsour et al v. Menu Maker Foods Inc
Case 6:05-cv-01204-JTM    Document 104-18    Filed 12/30/2006    Page 1 of 7
Doc. 104 Att. 17

# Exhibit P



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, et al.
VS.
MENU MAKER FOODS, INC.

Case No. 05-1204-MLB

DEPOSITION OF RON ORR
DECEMBER 13, 2005

Page 1

```
 1        IN THE UNTIED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
 2
 3
   MARK MONSOUR, SHEILA MONSOUR,)
 4 and MONSOUR'S, INC.,         )
                                )
 5           Plaintiffs,        )
                                )
 6      vs.                     )
                                ) Case No. 05-1204-MLB
 7                              )
   MENU MAKER FOODS, INC.,      )
 8                              )
             Defendant.         )
 9
10       THE VIDEOTAPED DEPOSITION OF RON ORR,
11 produced, sworn, and examined on Tuesday, December 13, 2005,
12 at 8:55 a.m. of that day, pursuant to Federal Rules of Civil
13 Procedure and Notice to Take Deposition at Menu Maker Foods,
14 913 Big Horn Drive, in the City of Jefferson, County of Cole,
15 State of Missouri, before Monnie S. VanZant, Certified
16 Shorthand Reporter, Registered Professional Reporter,
17 Certified Court Reporter #0538, in a certain cause now
18 pending in the United States District Court, for
19 the District of Kansas, wherein the parties are as above set
20 forth; taken on behalf of the Plaintiffs.
```

Page 2

```
              APPEARANCES

For Plaintiffs:  Mr. Dustin L. DeVaughn
                 and Mr. Richard W. James
                 McDonald, Tinker, Skaer, Quinn
                   & Herrington, PA
                 300 West Douglas, Suite 500
                 Wichita, KS 67202-2909
                 (316) 263-5851

For Defendant:   Mr. John Val Wachtel
                 Klenda, Mitchell, Austerman
                   & Zuercher, LLC
                 1600 Epic Center
                 301 North Main Street
                 Wichita, KS 67202-4888
                 (316) 267-0331

Also Present:    Mr. Mark Monsour
                 Mr. Creighton Cox
Videotaped by:   McDonald, Tinker, Skaer,
                 Quinn & Herrington, PA

SIGNATURE INSTRUCTIONS: Read and sign, waive presentment.

EXHIBIT INSTRUCTIONS: None marked.

                    I N D E X

WITNESS: RON ORR                              PAGE
Direct Examination by Mr. DeVaughn              3
Cross-Examination by Mr. Wachtel              123
Reporter's Certificate                        126
```

Page 3

```
 1                RON ORR,
 2 being first duly sworn to testify the truth, the whole truth,
 3 and nothing but the truth, testified as follows:
 4             DIRECT EXAMINATION
 5 BY MR. DEVAUGHN:
 6    Q  Would you please state your full name?
 7    A  Ron Orr.
 8    Q  Mr. Orr, my name is Dustin DeVaughn. I
 9       represent the plaintiffs in this case. Do you
10       understand that?
11    A  Yes.
12    Q  Have you ever had your deposition taken before?
13    A  No, sir.
14    Q  Basically, I'm going to be asking you questions
15       about yourself, your background, about -- about
16       Menu Maker Foods and about the facts pertaining
17       to this case.
18          If I ask you any questions you don't
19       understand, would you please stop me and ask me
20       to repeat or rephrase the question?
21    A  Okay.
22    Q  You're doing a nice job on answering audibly.
23       Please continue to do that.
24          You've had a chance to speak with -- with
25       Menu Maker Foods' attorney about what a
```

Page 4

```
 1       deposition is, right?
 2    A  Yes.
 3    Q  Okay. If you need a break, tell me. I'll
 4       probably want to finish the line of questioning
 5       that I'm on. But you're not going to be held
 6       hostage here. If you need to take a break,
 7       we'll take a break. Is that fair?
 8    A  Yes, sir.
 9    Q  Can you tell me what your current position with
10       Menu Maker Foods is?
11    A  Produce Buyer and Logistics Manager.
12    Q  Back in 1992, was your position the same as it
13       is today?
14    A  1992. I don't believe so.
15    Q  What was your position back in 1992?
16    A  I believe that I was just a produce buyer.
17    Q  What's the difference between produce manager
18       and produce buyer? Did you say you're
19       currently a produce manager?
20    A  Produce buyer.
21    Q  I'm sorry. I misunderstood you.
22    A  That's okay.
23    Q  Then strike that question.
24    A  I don't believe I was doing logistics at that
25       time is why I said that.
```

1 (Pages 1 to 4)

Page 17

1  A  I don't know what it would be off the top of my
2     head.
3  Q  Okay. Let's talk about fruit. On average,
4     what grade of fruit does Menu Maker Foods
5     retail customers want?
6  A  Extra fancy.
7  Q  I said retail customers. I meant to say food
8     service customers.
9  A  Well, we have no retail, so, yes.
10 Q  Okay. Is that a hundred percent of the time
11    that they want extra fancy fruit, or is that --
12 A  I'd say 95 just to --
13 Q  Now just so I'm clear, why is it that they on
14    average want a higher grade fruit than they do
15    a vegetable?
16 A  Again, because of the fact that a vegetable
17    more often than not would be prepared and taken
18    to them, where a piece of fruit would be
19    something that they would visually pick with
20    their eyes.
21 Q  In representing my client, I'm going to have to
22    ask you some difficult questions. And I -- I
23    don't mean to -- to be rude or hostile in any
24    fashion, but I do need to ask you some
25    difficult questions. You understand you're

Page 18

1     under oath?
2  A  Yes, sir.
3  Q  Have you, prior to your employment at Menu
4     Maker Foods, ever received any type of -- of
5     personal payment or any type of compensation
6     from any type of -- of produce supplier in
7     exchange for you buying their -- their produce
8     from them?
9  A  No, sir.
10 Q  While employed at Menu Maker Foods, have you
11    ever received any type of compensation,
12    payment, kickback, anything, from any produce
13    supplier in exchange for you buying Menu
14    Maker's produce from them?
15 A  No, sir.
16 Q  I'll represent to you that the Asset Purchase
17    Agreement that was executed between Menu Maker
18    Foods and the plaintiffs in this case,
19    Monsour's Inc., Mark Monsour and Sheila
20    Monsour, was executed on January 31st, 2002.
21    Do you have a recollection of when you
22    first learned of the Asset Purchase Agreement?
23 A  No, sir.
24 Q  My client, Mark Monsour, will testify that when
25    he talked to you about the Asset Purchase

Page 19

1     Agreement after it had -- after it had been
2     executed, that you indicated to him that you
3     had no knowledge of it. Do you remember that
4     conversation?
5  A  No, sir.
6  Q  Do you have any recollection of talking with
7     any representative of Menu Maker Foods about
8     Menu Maker Foods purchasing the assets of
9     Monsour's, Inc., before it took place?
10 A  Before?
11 Q  (Witness nods head.)
12 A  I'm not certain.
13 Q  Let me ask you this: Do you have any
14    recollection of how you found out about the
15    Asset Purchase Agreement?
16 A  Yes.
17 Q  And how -- how did you find out about it?
18 A  Mr. Graves so informed me.
19 Q  And what was the -- the context of the
20    situation?
21 A  Just that we were going to expand into Kansas
22    and that he was doing so by partnering with
23    Mark Monsour.
24 Q  But you have no personal recollection of
25    whether that was before or after January 31st,

Page 20

1     2002?
2  A  I'm sorry. I do not.
3  Q  Back in 2002, can you tell me how you were
4     compensated by Menu Maker Foods? Was it a flat
5     salary? Was it a commission based upon profit
6     of the company? I mean, can you explain to me
7     how you were compensated back in 2002?
8  A  It would be salary and a bonus.
9  Q  The salary was a fixed salary?
10 A  Yes, sir.
11 Q  What was that salary back in 2002?
12 A  I do not recall.
13 Q  Can you give me a vicinity?
14 A  Maybe 40 or somewhere in thereabouts.
15 Q  The bonus. How was the bonus calculated?
16 A  It was calculated off of service level, meaning
17    percent of orders that I filled.
18 Q  Can you give me an example?
19 A  Yes. If 100 cases were ordered and I filled
20    all 100 cases, that would be a 100 percent fill
21    rate.
22 Q  Okay. So your food service customers, if they
23    ordered 100 cases from you and you filled all
24    100 cases to them, that would be a 100 percent
25    fill rate?

Page 21

1  A  Yes, sir.
2  Q  And then had you a -- like a sliding scale
3     bonus based upon your fill rate?
4  A  Yes, sir.
5  Q  What was the maximum bonus that you could
6     receive back in 2002?
7  A  For both?
8  Q  You said for both. What does that mean?
9  A  The bonus was split. It was 60 percent fill
10    rate, 40 percent inventory turn.
11 Q  Okay. Explain to me inventory turn.
12 A  Frequency of buying.
13 Q  Frequency of what?
14 A  Purchase. How many times I turned the
15    inventory a year.
16 Q  Okay. And you call that inventory what?
17 A  Turn.
18 Q  Just so I can make certain I understand it, if
19    -- go ahead and give me an example of that.
20 A  If I purchased my inventory only one time a
21    week and sold it all, that would equal 52
22    turns. I would have turned the inventory 52
23    times in one year.
24 Q  With respect to the fill rate, what's the
25    maximum bonus that you could get?

Page 22

1  A  Six hundred.
2  Q  Six hundred dollars?
3  A  Per quarter. I'm sorry.
4  Q  Six hundred dollars per quarter?
5  A  Yes, sir.
6  Q  What's the maximum bonus that you can get with
7     respect to inventory turn?
8  A  Four hundred.
9  Q  Per quarter?
10 A  Yes, sir.
11 Q  It's my understanding that several people are
12    going to testify that -- that they personally
13    heard you exclaim that -- something to the
14    effect that you would not allow -- or Menu
15    Maker Foods would not buy Monsour's produce.
16    Do you remember making statements to that
17    effect?
18 A  No, sir.
19 Q  Have you had a chance to -- to review Monsour,
20    Inc.'s, interrogatory responses?
21 A  Yes.
22 Q  Those are the responses to the questions that
23    Menu Maker Foods sent. Do you know what I'm
24    talking about?
25 A  I believe I do.

Page 23

1  Q  Okay. And have you had a chance to read those?
2  A  Yes.
3  Q  And in those responses, there are examples of
4     -- of people's recollections of comments that
5     you made. Do you remember reading those?
6  A  Yes.
7  Q  With respect to those specific assertions, you
8     have no recollection of -- of saying anything
9     to that effect?
10       MR. WACHTEL: Let me -- let me -- let
11    me interpose an objection.
12       MR. DEVAUGHN: I think that's right.
13    Let me be more specific.
14       MR. WACHTEL: Okay. There are -- my
15    objection is that there are many assertions of
16    things he said in the interrogatories. And if
17    we're going to ask him about them, we ought to
18    ask him about them individually, not lump them
19    all together. But that's just my objection.
20       MR. DEVAUGHN: I wholly agree.
21 Q  (By Mr. DeVaughn) Do you have any recollection
22    of making any type of comment in the presence
23    of Ed Fairchild that you would not purchase
24    produce from Menu Maker Foods?
25 A  No.

Page 24

1  Q  Do you have any recollection of making any
2     statements to Mark Monsour that you would not
3     purchase Monsour's produce?
4  A  No.
5  Q  Do you have any recollection of making that
6     statement in the presence of Dennis Hughes?
7  A  No.
8  Q  When Dick Graves first advised you that Menu
9     Maker Foods would be expanding into Kansas and
10    that Menu Maker Foods would be buying produce
11    from Monsour's, Inc., did you voice any
12    opposition to that?
13 A  Yes.
14 Q  And explain to me what -- what you told
15    Mr. Graves.
16 A  General concern would have been over, A, the
17    quality, and, B, cost of goods.
18 Q  And was that during the very first meeting when
19    he told you that they were going to be --
20 A  Yes.
21 Q  -- purchasing it? Prior to that date, had Menu
22    Maker Foods ever purchased produce from
23    Monsour's?
24 A  Not to my knowledge. Not to my recollection.
25 Q  If you hadn't -- if -- if Menu Maker Foods had

Page 25

```
 1    not previously purchased any produce from
 2    Monsour's, Inc., how would you have any
 3    knowledge about the quality of -- of its
 4    produce?
 5  A Only from what I was told by the salespeople
 6    that we were bringing on board.
 7  Q Specifically, who?
 8  A I don't recall. It's been too long ago. It
 9    was just kind of a general comment.
10  Q What you're saying is that -- is that Monsour,
11    Inc.'s employees told you that their own
12    produce quality was not good?
13  A Basically, yes.
14  Q And you don't have any recollection of
15    specifically who told you that?
16  A I'm sorry. I don't.
17  Q With respect to cost of goods sold, would you
18    agree with me that you had no personal
19    knowledge of the cost of goods since -- that
20    Monsour's, Inc., would be selling to you all
21    since you had never purchased produce from them
22    previously? True?
23  A I was going more on the terms of the
24    re-distributor.
25  Q What does that mean?
```

Page 26

```
 1  A Meaning that they would be buying it and
 2    turning around and reselling it to us.
 3  Q But you still had no personal knowledge of what
 4    their cost of goods would be, true?
 5  A Correct.
 6  Q When you voiced your opposition to Dick Graves,
 7    what was his response?
 8  A That he would be working with Mark to ensure
 9    that -- that this was a smooth transition and
10    that the quality would be good and that the
11    cost of goods would be competitive.
12  Q And do you agree with me that you voiced your
13    opposition to people other than Dick Graves?
14    True?
15  A I would not say opposition, no, sir. I would
16    say concern perhaps, but not opposition.
17  Q Who did you voice your concerns to?
18  A Mr. Creighton Cox, our General Manager.
19  Q Who else?
20  A That's the only one I specifically recall.
21  Q What concerns did you voice to Creighton Cox?
22  A The same.
23  Q Did you ever voice those concerns to Mark
24    Monsour?
25  A Before we started?
```

Page 27

```
 1  Q Right.
 2  A I do not recall ever talking about that before
 3    we started.
 4  Q Did you ever voice your concerns to any of the
 5    Monsour, Inc.'s employees once they provided
 6    you with -- with the information that you've
 7    testified they provided you?
 8  A Before we started?
 9  Q Right.
10  A I don't believe so.
11  Q When was the first time that you personally
12    ever reviewed the actual Asset Purchase
13    Agreement, the document itself?
14  A It would have been -- I don't recall. It would
15    have been in Dick's office. I do not know
16    that. But that's -- I don't know the date or
17    anything.
18  Q Can you tell me the year?
19  A No. Not off the top of my head.
20  Q Let's just talk about the year 2002, the date
21    that it was -- the time period that it was
22    executed was on January 31st, 2002. Did
23    anybody say, Here, take a look at this, or is
24    it something that -- that you read after this
25    -- this lawsuit had commenced?
```

Page 28

```
 1  A First of all, I should say I've never read it
 2    in its entirely, only -- only the produce.
 3  Q Okay. Well, give me an idea when it was that
 4    you first reviewed the produce section of the
 5    Asset Purchase Agreement.
 6  A When we were determining the items that we were
 7    going to purchase and -- and some specifics.
 8    Dick came to me and asked me for -- what those
 9    would be in terms of fill rate, expected fill
10    rate and -- and grade and quality.
11  Q Did you -- did you understand that Menu Maker
12    Foods was to purchase substantially all of its
13    produce from Menu -- from Monsour's, Inc.?
14  A Yes.
15  Q In your mind, what does "substantially all"
16    mean?
17  A As much as we could.
18  Q Putting it in percent form, can you give me an
19    idea of what your understanding of
20    "substantially all" means?
21  A I would say 75 percent, perhaps.
22  Q Was there any discussion between you and Dick
23    Graves as to -- as to what "substantially all"
24    meant?
25  A No.
```

7 (Pages 25 to 28)

Page 97

1   Q   Let's talk about Menu Maker Foods pickup of
2       produce from Monsour's facility. Was there a
3       set time that -- that Menu Maker Foods' reefers
4       would go down to pick up Monsour's produce?
5   A   I believe so.
6   Q   And what time were the reefers supposed to be
7       there on a daily basis?
8   A   I'm not sure.
9   Q   Do you know if it was morning or night or
10      afternoon?
11  A   The evening.
12  Q   Okay. And whose employees would load the
13      reefers? Would it be Monsour's employees?
14  A   Monsour's. Yes, sir.
15  Q   And when those -- when the produce was loaded,
16      was there anybody -- any representative of Menu
17      Maker Foods looking at quality of the produce
18      that was being loaded?
19  A   No.
20  Q   What about the driver of the reefer? Whose
21      employee was he?
22  A   Menu Maker's.
23  Q   He wouldn't look at the quality or check the
24      quantity that's being put on his reefer?
25  A   Did not.

Page 98

1   Q   And then how long of a drive is it from
2       Monsour's facility back to Menu Maker's
3       facility in the reefer? How long would the
4       journey typically take?
5   A   Well, I'll estimate it about three hours. I
6       don't know how close that is, but it would be
7       in that range.
8   Q   Okay. And so once the produce was picked up by
9       Menu Maker Foods at Monsour's facility and
10      driven back to Menu Maker Foods that night, was
11      it then unloaded that next morning by Menu
12      Maker Foods' employees?
13  A   Yes.
14  Q   And what time did they typically unload the
15      produce?
16  A   Between six and seven as soon as they got it.
17  Q   In general, when the produce was loaded on the
18      Menu Maker's reefers, was that during the
19      normal business hours at Monsour's? In other
20      words, sometime before 5:00 in the evening?
21  A   I don't know that. I didn't think it -- I
22      don't believe it would have been that soon, but
23      I don't know.
24  Q   On average, do you know how long the produce
25      was on Menu Maker's reefers before it was

Page 99

1       unloaded at Menu Maker's facility?
2   A   I'll give you an approximate range of what I
3       would guess, but this is strictly a guess. And
4       I would say probably five hours, maybe, six,
5       somewhere in that range.
6   Q   Well, if we know it's a three-hour drive and we
7       know it's loaded in the evening --
8   A   Or early morning. I mean, I'm not -- I just
9       don't recall.
10  Q   Okay. Let's talk about the Heimos mushroom and
11      cabbage. When was Menu Maker Foods' reefers
12      loaded with those in 2002?
13  A   They would be loaded at approximately 8:00 in
14      the morning, 7:00, 8:00.
15  Q   And then they would be transported to Menu
16      Maker Foods' facility?
17  A   Yes.
18  Q   And how long of a drive would that be?
19  A   Approximately two and a half hours.
20  Q   And then they'd be unloaded once they got here?
21  A   Yes.
22  Q   You would agree with me that -- that at time
23      that Heimos's produce was in the reefers was at
24      least half of what Menu Maker -- of what
25      Monsour's produce was, true?

Page 100

1   A   No. And here's why. They would have
2       additional pickups to make in St. Louis before
3       they would come back to Jefferson City.
4   Q   Do you know that for a fact, or -- or is it
5       possible that the other pickups were made
6       before Heimos?
7   A   I do not know that for a fact under that
8       scenario.
9   Q   Based upon your training and experience, would
10      temperature fluctuation affect the -- the
11      exterior of the produce? In other words, the
12      -- would you be able to visually observe damage
13      caused by temperature fluctuations of the
14      produce?
15  A   It would depend on how -- how great or how much
16      and the extended period of time.
17  Q   And you would agree with me that produce that
18      has been exposed to fluctuating temperatures
19      will deteriorate faster than produce that has
20      not?
21  A   True.
22  Q   Do you have any recollection of any other
23      conversation that you've had with Mark Monsour
24      about produce other than what I've already
25      asked you?