**Exhibit R**

Dennis Mueller
3/26/02

Ref: Menu Maker.

(1) Information given on product count and grade incorrect by Ron. Orr

   ex: Choice grade quoted.
   Expected Fancy grade
   Gas Green Tom. V.S. V.R Tomatoe

(2) Original par level to build Monsours inventory was not pulled and the result was discounting product on our end, and loss of product.

(3) The conversation I had with Ron Orr was not what you would say a positive one, in my opinion we were set up to fail, before we ever got started.

(4) Thermo-King unconsistent in holding temp.

(5) Inspection on their end that no one in our industry could PASS!

(6) Ron Orrs relationships with Joe At C.&C. — Tom At United Jimmy — At Heimos

Ron Orr conversation with myself quoting "Ron" "I don't intend on changing any of my Vendors".

ex: Redi Cut
Idaho Potatoes
Onions
Pro Mark
(Tonnage items)