Monsour et al v. Menu Maker Foods Inc
Case 6:05-cv-01204-JTM   Document 104-21   Filed 12/30/2006   Page 1 of 3
Doc. 104 Att. 20

**Exhibit S**

**Leroy Krueger**
**609 Sixteenth Street**
**Monett, Missouri 65708-1810**

November 30, 2005

To Whom It May Concern:

I am a retired inspector for the United States Department of Agriculture and a shipping point inspection supervisor for the State of Missouri. I was licensed and certified by these agencies and conducted inspections of produce for over 34 years before my retirement. I went to the U.S.D.A. Inspection and Training School in 1968 in New York City. In order to complete the training I had to pass a written examination to obtain my certification. I then continued my training on the agricultural markets at the U.S.D.A. District Offices. I also attended yearly training meetings of the U.S.D.A.

In March 2002, I inspected several shipments of produce at Monsours, Inc. in Pittsburg, Kansas that were headed to Menu Maker Foods, Inc. in Jefferson City, Missouri. Mark Monsour asked me to provide my professional opinion as to the quality of the fresh produce being sent by Monsours, Inc. to Menu Maker Foods, Inc. I also examined the same load of produce that had been rejected by Menu Maker Foods and returned to Monsours. I was told the items were returned because of condition issues with the produce.

On April 3, 2002, I prepared the attached correspondence and signed it as accurate. The correspondence dated April 3, 2002 represented my opinion of the produce that I inspected and it is adopted fully in this report as are my notes that were taken during my inspection of the produce. I evaluated the produce using the manual from the U.S. Department of Agriculture. The manual provides the specifications for the condition of the produce.

It is my opinion that the produce being shipped from Monsours, Inc. was of good quality and the quality described in my notes. This produce should not have been rejected. I also inspected a return shipment of produce from Menu Maker Foods, Inc. that I had previously evaluated before. The produce did not appear to be the same produce as it was in a significantly worse condition evidencing the produce had been subjected to improper temperatures and/or handling techniques.

I also observed certain portions of the produce that should not have been rejected and was returned. My notes detail the particular produce and its quality.

It is my opinion that Menu Maker Foods, Inc. wrongly rejected produce that was of the appropriate quality as defined by the USDA. It is also my opinion that the produce that left Monsours, Inc. and was returned was in a substantially different condition due to factors that occurred after it left the Monsours, Inc.'s shipping dock.

At the time Mark Monsour requested me to review the produce, I did advise him that I was retired, but he continued to request that I give my own professional opinion which was provided in this letter and the attachments.

Respectfully submitted,

Leroy Krueger