# Exhibit U

# Monsour's, Inc.

**OFFICE**
112 N. ELM
P.O. BOX 1175
PITTSBURG, KANSAS 66762-1175

**PHONE (316) 231-6363**

CUST # 38200

Sold to: MENU MAKER
Address: Jefferson City MO
"That Good Kind"
Salesman: Pete
Date: 2/19/2002
No. of Items: ___
Deliveryman: ___

| ✓ | QUAN. | Pack Size Brand & Grade | ITEM | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 5 | 10# | Jalapeno Peppers | 3.81 | 19.05 |
| | 3 | 9ct | Cantaloupe | 15.35 | 46.05 |
| | 15 | 24ct | Cucumbers | 8.53 | 127.95 |
| | 15 | 65ct | Large Green Bell Pepper | 14.10 | 211.50 |
| | 1 | 50# | Red Onion Cabbage | | 11.48 |
| | 2 | 10/5# | Carrots Cello | 15.90 | 31.80 |
| | 1 | 4/2.5# | Cello Spinach | | 14.05 |
| | 5 | 36# | Med Zucchini Squash | 10.01 | 50.05 |
| | 10 | 25# | Onions Jumbo | 6.97 | 69.70 |
| | 10 | 50# | Carrots Jumbo | 13.52 | 135.20 |
| | 10 | 20# | Baby Carrots | 28.32 | 283.20 |
| | 2 | 40# | Limes | 23.76 | 47.52 |
| | 6 | 50ct | Avocados | 35.04 | 210.24 |

Total: 1257.50

74064

PURCHASER GUARANTEES FINAL PAYMENT OF ALL CHECKS, DRAFTS, ETC. TENDERED IN PAYMENT OF THIS ACCOUNT. GOVERNMENT SALES TAX, IF ANY, TO BE ADDED TO THE INVOICE AND PAID BY THE PURCHASER. ALL GOODS ARE FOR LAWFUL USE ONLY. INTEREST 1-1/2% PER MONTH WILL BE CHARGED ON PAST DUE ACCOUNTS. THIS IS THE EQUIVALENT OF INTEREST AT RATE OF