Monsour et al v. Menu Maker Foods Inc
Case 6:05-cv-01204-JTM   Document 104-24   Filed 12/30/2006   Page 1 of 7
Doc. 104 Att. 23

# Exhibit V

# INVOICE

**Simmons**

112 N. ELM
P.O. BOX 1175
PITTSBURG, KS 66762-1175
(620) 231-6363

A FINANCE CHARGE of 1½% per month, which is an ANNUAL PERCENTAGE RATE of 18% will be charged to all past due accounts.

**BILL TO:** MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY   MO   65109

**SHIP TO:** MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY   MO   65109

**DATE:** 02/17/02
**TELEPHONE:** 573-893-3000
**ACCOUNT:** 38200
**INVOICE NO.:** 261624
**SLSM:** 51
**PAGE:** 1
**TERMS:** NET 21 DAYS

| SLOT | QUANTITY | UNIT | BRAND | DESCRIPTION | SIZE | STATUS | TAX | ITEM NO | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 015A | 5 | CS | WASH | APPLE RED WXF 113 CT | 113 CT | | | 60234 | 16.75 | 83.75 |
| 023A | 5 | CS | WASH | APPLE RED X CY RED DEL | 88 CT | | | 60220 | 14.52 | 72.60 |
| 028A | 5 | CS | CHILE | GRAPE RED FLAME SEEDLESS | 18# | | | 60750 | 16.70 | 83.50 |
| E029A | 8 | CS | DEL MON | CANTALOUPE | 9 CT | | | 60551 | 9.35 | 74.80 |
| 1300 | 2 | CS | TEXAS | PEPPERS JALAPENO | 10# | | | 65325 | 3.81 | 7.62 |
| 035A | 5 | CS | CALIF | PEPPER POBLANO | 10# | | | 65395 | 15.35 | 76.75 |
| E048A | 2 | CS | CALIF | PEPPER RED 1/2 BUSHEL | 1/2 BUSHEL | | | 65335 | 9.19 | 18.38 |
| 053A | 3 | CS | IDAHO | POTATO RUSSET U.S. #1 POLY | 15# | | | 65155 | 12.11 | 36.33 |
| 061A | 2 | CS | COLO | POTATO RED B SIZE | 50# | | | 65670 | 12.11 | 24.22 |
| 064A | 1 | CS | COLO | POTATO RED U.S. #1 JUMBO | 50# | | | 65380 | 27.00 | 27.00 |
| 088A | 1 | CS | CALIF | CUCUMBERS S.S. | 50# | | | 60925 | 12.76 | 12.76 |
| 095A | 5 | CS | GA | PEPPER BELL GREEN LARGE | 25# | | | 65325 | 12.49 | 37.47 |
| 05A | 2 | CS | COLO | CABBAGE RED CARTON | 50# | | | 62620 | 8.53 | 17.06 |
| 09B | 1 | CS | CALIF | CARROTS CELLO BY | 50# | | | 62170 | 14.10 | 14.10 |
| 056A | 1 | CS | CALIF | SPINACH CELLO | 4/2.5# | | | 65232 | 11.18 | 11.18 |
| 15 | 3 | CS | FLA | RADISH POLY | 10/5# | | | 67305 | 15.90 | 47.70 |
| 087E | 2 | CS | CALIF | MUSHROOMS MEDIUM FCY | 10# | | | 62780 | 14.08 | 28.16 |
| 089A | 15 | CS | J&M | MUSHROOMS PORTABELLO 4" | 14/4# | | | 63615 | 13.75 | 206.25 |
| 002A | 33 | CS | MEX | SQUASH ZUCCHINI MEDIUM | 20# | | | 63610 | 18.20 | 32.82 |
| 1 | 1 | DOM | | ALFALFA SPROUTS | 12/4 OZ | | | 61874 | 10.01 | 10.01 |
| | | CS | CALIF | LETTUCE LINER | 24 CT | | | 63230 | 9.22 | 9.22 |

PAY THIS AMOUNT: **618.75**

CONTINUED

**STATUS CODES**
PA  Price Allowance
NC  No Charge
SUB  Substitute
PAR  Par[]
OUT  No []
BO  Back Order

1-99-99
1047

# INVOICE

**BILL TO**
MENU MAKER PRODUCE
113 BIG HORN DRIVE
JEFFERSON CITY   MO 65109

**SHIP TO**
MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY   MO 65109

**REMIT TO**
112 N. ELM
P.O. BOX 1175
PITTSBURG, KS 66762-1175
(620) 231-6363

A FINANCE CHARGE of 1½% per month, which is an ANNUAL PER-CENTAGE RATE of 18% will be charged to all past due accounts.

**DATE** 02/17/02  **ACCOUNT** 38200  **INVOICE NO** 261624
**TELEPHONE** 573-893-3000  **COPY** 2  **SLSM** 51  **PAGE** 2
**TERMS/PURCHASE NUMBER** NET 21 DAYS

| SLCT | QUANTITY | UNIT | BRAND | DESCRIPTION | SIZE | STATUS | TAX | ITEM NO. | PRICE | AMOUNT | UNIT COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03A | 2 | CS | CALIF | LETTUCE CELLO WRAP | 24 CT | | | 63260 | 37.95 | 75.90 | |
| 05A | 35 | SK | GOLD | CABBAGE GREEN SACK JUMBO | 50# | | | 62150 | 5.34 | 186.90 | |
| 09B | 2 | CS | CALIF | KALE GREEN | 24 CT | | | 63225 | 10.79 | 21.58 | |
| 1A | 10 | CS | CALIF | LETTUCE GREEN LEAF LINER | 24 CT | | | 63220 | 39.00 | 390.00 | |
| 3A | 10 | SK | CALIF | CARROTS JUMBO BULK B.L. | 25# | | | 62260 | 6.97 | 69.70 | |
| 5A | 10 | CS | CALIF | CARROTS JUMBO BULK B.L. | 50# | | | 62275 | 13.52 | 135.20 | |
| 1A | 15 | CS | CALIF | BROCCOLI CROWN | 20# | | | 61935 | 28.32 | 283.20 | |
| 2A | 10 | CS | CALIF | ONIONS GREEN "ICELESS" | 2/24CT | | | 63010 | 17.82 | 267.30 | |
| 3A | 5 | CS | CALIF | ORANGES NAVEL | 113 CT | | | 61064 | 19.41 | 194.10 | |
| 5A | 2 | CS | HAWAII | PINEAPPLE | 8# CT | | | 61071 | 17.25 | 86.25 | |
| 2B | 2 | CS | TEXAS | LIMES 175 CT | 10 CT | | | 61213 | 11.03 | 22.06 | |
| 4 | 2 | CS | DELMON | BANANA PETITE 150 CT | 40# | | | 60940 | 23.76 | 47.52 | |
| 20 | 2 | CS | NOAH'S | TOMATO 5X6 NOAH'S PRIDE | 20# | | | 60502 | 13.64 | 54.56 | |
| A | 10 | CS | NOAH'S | TOMATO 5X6 NOAH'S PRIDE | 20# | | | 67610 | 9.75 | 195.00 | |
| A | 15 | CS | CALIF | TOMATOES MED 6X6 | 10# | | | 67611 | 5.00 | 50.00 | |
| A | 6 | CS | N.Z. | AVACADOES HAAS #1 | 25# | | | 67560 | 11.50 | 172.50 | |
| A | 5 | CS | MEX | BANANAS #1 GREEN 2-3 STG | 50 CT | | | 61373 | 35.04 | 210.24 | |
| A | 5 | CS | DELMON | TOMATOES CHERRY | 12/1 PT | | | 67420 | 9.95 | 49.75 | |
| | 8 | | DELMON | BANANAS #1 YELLOW 3-5 STG | 40# | | | 60500 | 6.65 | 53.20 | |
| | 5 | | | | 40# | | | | 9.95 | 49.75 | |

| 0-00 | 0-00 | 0 | 0 | DESCRIPTION OF ADD ON OR RETURN | | | REASON | ITEM # | UNIT PRICE | ADD | DEDUCT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 334 | OTH | 334 | | | | | 514 | 1455 | | |
| | | TOT | CUBE | | WHT | | | 514 | 1455 | | |

**INVOICE TOTAL** 4,630.29   **TAX** .00   **PAY THIS AMOUNT** 4,630.29

URE YOUR MERCHANDISE IS CHECKED. ABSOLUTELY NO CREDITS FOR ITAGES OR RETURNS UNLESS NOTED ON THIS INVOICE.

OFFICE:   CORRECTED AMOUNT -

**STATUS CODES**
PA Price Allowance
NC No Charge
SUB Substitute
PAR Part Shipment
OUT No Stc
BO Back C..



Case 6:05-cv-01204-JTM    Document 104-24    Filed 12/20/2006    Page 5 of 7



# Momura's

**OFFICE:**
112 N. ELM
P.O. BOX 1175
PITTSBURG, KS 66762-1175
(620) 231-6363

A FINANCE CHARGE of 1½% per month, which is an **ANNUAL PER-CENTAGE RATE** of 18% will be charged to all past due accounts.

**BILL TO**
MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY
MO 65109

**SHIP TO**
MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY
MO 65109

REMIT TO

| DATE | ACCOUNT | SLSM |
|---|---|---|
| 02/13/02 | 38200 | 51 |

TELEPHONE: 573-893-3000

**TERMS/PURCHASE NUMBER**
NET 21 DAYS
P/O: 136602

**INVOICE NO.** 261494

7-99-99

**SPECIAL INSTRUCTIONS**

| LOT | QUANTITY | UNIT | BRAND | DESCRIPTION | SIZE | STATUS | TAX | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 08A | 3 | CS | IDAHO | ONION YEL SUPER COLOSSAL | 50# | | | 64155 | 11.11 | 33.33 |
| 02A | 5 | CS | IDAHO | POTATO BKRS USA #1 | 90 CT | | | 66685 | 11.75 | 58.75 |
| | 4 | CS | CALIF | LETTUCE LINER | 24 CT | | | 63230 | 18.54 | 74.16 |

**DESCRIPTION OF ADD ON OR RETURN**

| QTY | OTH | TOT | WHT | CUBE | REASON | ITEM # |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | |
| 0 | 12 | 12 | 0 | 23 | | 23 |

| INVOICE TOTAL | TAX | ADD/DEDUCT | PAY THIS AMOUNT |
|---|---|---|---|
| 176.24 | .00 | | 176.24 |

UNIT PRICE | EXTENDED AMOUNT

CORRECTED AMOUNT

**STATUS CODES**
PA Price Allowance
NC No Charge
SUB Substitute
PAR Part Shipment
OUT No Stock
BO B/Order

**INVOICE** UNIT COST

BE SURE YOUR MERCHANDISE IS CHECKED. ABSOLUTELY NO CREDITS FOR RETURNS UNLESS NOTED ON THIS INVOICE. BE SURE OF SHORTAGES.

Prices subject to change.

# Monani's INVOICE



**OFFICE:**
112 N. ELM
P.O. BOX 1175
PITTSBURG, KS 66762-1175
(620) 231-6363

**BILL TO:**
MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY    MO 65109

**SHIP TO:**
MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY    MO 65109

A FINANCE CHARGE of 1½% per month, which is an ANNUAL PERCENTAGE RATE of 18% will be charged to all past due accounts.

| DATE | ACCOUNT | INVOICE NO. |
|---|---|---|
| 02/19/02 | 38200 | 261704 |

| TELEPHONE | COPY | SLSM |
|---|---|---|
| 573-893-3000 | 1 | 2-99-999 |

TERMS/PURCHASE NUMBER: NET 21 DAYS

| QUANTITY | UNIT | BRAND | DESCRIPTION | SIZE | STATUS TAX | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | SK | IDAHO | ONION YELLOW COLLASO | 50# | | 64150 | 9.08 | 45.40 |
| 5 | CS | CHILE | GRAPE RED FLAME SEEDLESS | 18# | | 60750 | 16.70 | 83.50 |
| 8 | CS | TEXAS | PEPPERS JALAPENO | 10# | | 65325 | 3.81 | 30.48 |
| 15 | CS | CALIF | PEPPER GREEN 50/55 CT | 50/55 CT | | 65310 | 14.10 | 211.50 |
| 2 | CS | CALIF | PEPPER RED 1/2 BUSHEL | 15# | | 65155 | 12.11 | 24.22 |
| 15 | CS | GA | CUCUMBERS S.S. | 24 CT | | 62420 | 8.53 | 127.95 |
| 20 | CS | J+M | MUSHROOMS MEDIUM FCY | 10# | | 63615 | 13.75 | 275.00 |
| 3 | CS | J+M | MUSHROOMS INSTITUTIONAL | 10# | | 63625 | 11.55 | 34.65 |
| 10 | CS | MEX | SQUASH ZUCHINNI MEDIUM | 26# | | 67710 | 10.01 | 100.10 |
| 10 | CS | CALIF | LETTUCE ROMAINE LINER | 24 CT | | 63210 | 39.00 | 390.00 |
| 2 | CS | CALIF | LETTUCE CELLO WRAP | 24 CT | | 63260 | 37.95 | 75.90 |
| 50 | SK | GOLD | CABBAGE GREEN SACK JUMBO | 50# | | 62150 | 5.34 | 267.00 |
| 10 | CS | CALIF | LETTUCE GREEN LEAF LINER | 24 CT | | 63220 | 39.00 | 390.00 |
| 10 | CS | CALIF | GARROTS JUMBO BULK B.L. | 50# | | 62275 | 13.52 | 135.20 |
| 10 | CS | CALIF | BROCCOLI CROWN | 14 CT | | 61935 | 28.32 | 283.20 |
| 5 | CS | CALIF | BROCCOLI | 8 CT | | 61930 | 27.14 | 135.70 |
| 10 | CS | CALIF | ORANGES NAVEL | 88 CT | | 61071 | 17.25 | 172.50 |
| 3 | CS | TEXAS | HONEYDEW | 20# | | 60775 | 10.77 | 32.31 |
| 20 | CS | NOAH'S | TOMATO 5X6 NOAH'S PRIDE | 20# | | 67610 | 9.75 | 195.00 |
| 10 | CS | NOAH'S | TOMATO 5X6 NOAH'S PRIDE | 10# | | 67611 | 5.00 | 50.00 |
| 10 | CS | CALIF | TOMATOES MED 5X6 | 25# | | 67650 | 9.68 | 96.80 |
| 3 | MEX | CALIF | TOMATOES 4X5 #1 | 25# | | 67635 | 11.50 | 34.50 |

INVOICE TOTAL — TAX — PAY THIS AMOUNT: CONTINUED

**STATUS CODES**
PA Price Allowance
NC No Charge
SUB Substitute
PAR Part Shipment
OUT No Stock
BO Back Order

BE SURE YOUR MERCHANDISE IS CHECKED. ABSOLUTELY NO CREDITS FOR RETURNS UNLESS NOTED ON THIS INVOICE.

| DUTY | WHT | CUBE | DESCRIPTION OF ADD ON OR RETURN | REASON | ITEM = | UNIT PRICE | ADD | DEDUCT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

CORRECTED AMOUNT —

1047

# Mamani's

OFFICE:
112 N. ELM
P. O. BOX 1175
PITTSBURG, KS 66762-1175
(620) 231-6363

A FINANCE CHARGE of 1½% per month, which is an ANNUAL PERCENTAGE RATE of 18% will be charged to all past due accounts.

BILL TO
MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY        MO 65109

SHIP TO
MENU MAKER PRODUCE
913 BIG HORN DRIVE
JEFFERSON CITY        MO 65109

REMIT TO

SPECIAL INSTRUCTIONS

DATE 02/19/02
TELEPHONE 573-893-3000
ACCOUNT 38200
COPY
INVOICE NO. 261704
SLSM 51
PAGE 2

2-99-999

TERMS/PURCHASE NUMBER
NET 21 DAYS

| SLOT | QUANTITY | UNIT | BRAND | DESCRIPTION | SIZE | STATUS TAX | ITEM NO. | PRICE | AMOUNT | UNIT COST |
|---|---|---|---|---|---|---|---|---|---|---|
| R005A | 10 | CS | N.Z. | AVACADOES HAAS #1 | 50 CT | | 61878 | 35.04 | 350.40 | |
| 002A | 5 | CS | MEX | TOMATOES CHERRY | 12/1 PT | | 67420 | 6.65 | 33.25 | |
| 011A | 20 | CS | DELMON | BANANAS #1 YELLOW | 3-5 STG 40# | | 60500 | 9.95 | 199.00 | |

| CATEGORY | PIECES | UNITS | OTH | TOT | WHT | CUBE | DESCRIPTION OF ADD ON OR RETURN | REASON | ITEM # | UNIT PRICE | ADD | DEDUCT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-0000-0000-00 | 0 | 0 | 271 | 271 | 0 | 0 | | | | | | | |
| | 0 | 0 | 0 | 0 | 1565 | 1565 | | | | | | | |
| | 0 | 0 | 411 | 411 | 0 | 0 | | | | | | | |

INVOICE TOTAL 3,773.56
TAX .00
PAY THIS AMOUNT 3,773.56

CORRECTED AMOUNT

BE SURE YOUR MERCHANDISE IS CHECKED. ABSOLUTELY NO CREDITS FOR SHORTAGES/RETURNS UNLESS NOTED ON THIS INVOICE.

INVOICE
STATUS CODES
PA  Price Allowance
NC  No Charge
SUB Substitute
PAR Part Shipment
OUT No Stock
BO  Order

