IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARK MONSOUR, SHEILA MONSOUR | ) | |
| And MONSOUR'S, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  05-1204-MLB |
| | ) | |
| v. | ) | |
| | ) | |
| MENU MAKER FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL EXHIBITS

COMES NOW plaintiff and hereby attaches supplemental exhibits that were referred to in plaintiff's supplemental response to defendant's Motion for Summary Judgment [Doc. 104]. Attached to this pleading are:

Exhibit A–Monsour Corporate Deposition, page 16 [Doc. 104-3]

Exhibit B–Graves Deposition, page 60 [Doc. 104-4]

Exhibit K–Fairchild Deposition, pages 7, 28, and 29 [Doc. 104-13]

Respectfully Submitted,


s/ Richard W. James_____
Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorneys for Plaintiff*
McDONALD, TINKER,
SKAER, QUINN & HERRINGTON, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email: ddevaughn@mtsqh.com
          rjames@mtsqh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Alex Mitchell
Klenda, Mitchell, Austerman & Zuercher,
201 North Main, Suite 1600,
Wichita, KS 67202
Tele: 316.267.0221
Fax: 316.267.0333
jvwachtes@kmazlaw.com
Attorneys for Defendant

Jeffrey Eastman
Keleher & Eastman Law Firm
403 N.W. Englewood Rd.
Gladstone MO 64118
Business Tele: 816.452.6030
Fax: 816.455.0969
jse@keleher-eastman.com
Attorney for Defendant

And a courtesy copy will be hand delivered to:

Honorable Monti L. Belot

<div style="margin-left: 40%;">

s/ Richard W. James_____
Dustin L. DeVaughn, #16559
Richard W. James, #19822
Donald H. Snook,#21775
*Attorneys for Plaintiff*
McDONALD, TINKER,
SKAER, QUINN & HERRINGTON, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email: ddevaughn@mtsqh.com
rjames@mtsqh.com
dsnook@mtsqh.com

</div>