# Exhibit B



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR AND
MONSOUR'S, INC.
vs.
MENU MAKER FOODS, INC.
Case No. 05-1204-MLB

ORIGINAL

DEPOSITION OF JON RICHARD GRAVES
March 13, 2006

OFFICES   MISSOURI ■ ILLINOIS ■ KANSAS

HEADQUARTERS: 711 NORTH ELEVENTH STREET, ST. LOUIS, MISSOURI 63101
800.280.3376

```
 1   existing customer relationship, and that that would
 2   be beneficial for Menu Maker Foods to take that over?
 3        A    Yes, sir.
 4        Q    Any other reasons why an asset purchase
 5   agreement would be beneficial to Menu Maker Foods?
 6        A    None that I think of.
 7        Q    Just so I'm clear, as the owner of Menu
 8   Maker Foods, really your sole thought on why this
 9   asset purchase agreement would be beneficial is
10   because it's going to basically give you a foothold
11   in a new market area with an existing customer base;
12   is that accurate?
13        A    Yes.
14        Q    Now obviously that has value in and of
15   itself; true?
16        A    Yes.
17        Q    Being able to step into a new market area
18   and take over an existing customer base, that's got
19   at least a potential of generating a significant
20   amount of revenue for Menu Maker Foods over a long
21   period of time; true?
22        A    It has potential of profit and it has a
23   potential of loss.
24        Q    So the answer to my question is yes; true?
25        A    No.  The answer to the question is it can
```