# Exhibit K

Dockets.Justia.com



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, et al.
VS.
MENU MAKER FOODS, INC.

Case No. 05-1204-MLB

DEPOSITION OF EDWARD FAIRCHILD
DECEMBER 14, 2005

OFFICES   MISSOURI   ■   ILLINOIS   ■   KANSAS

HEADQUARTERS: 711 NORTH ELEVENTH STREET, ST. LOUIS, MISSOURI 63101
800.280.3376

Page 6

1  A  Yeah. Right in there.
2  Q  And then where did you go after being night
3     foreman?
4  A  Dick wanted me to move into the -- we were just
5     starting to get in the produce business. And I
6     spent a lot of time with Dick, and he was
7     trying to talk me into being trained by this
8     old guy he had here that was going to be the
9     produce buyer.
10        I kind of fought the job off for about
11    three or four months, and then I went ahead and
12    took it because it moved me to days and I was
13    married and had kids and stuff.
14 Q  Okay.
15 A  And so then I was a produce buyer.
16 Q  When you say Dick, are you referring to Dick
17    Graves?
18 A  Uh-huh. Yeah.
19 Q  Now, you said at one point in time you did
20    become a produce buyer?
21 A  Yeah. That -- at that time. Then I was --
22    then I was the assistant produce buyer. And
23    Charlie Wilson, this guy, trained me. He died
24    about -- I'm not sure -- six or seven months
25    into it, and then I -- I just took over

Page 7

1     produce.
2  Q  When did you become a produce buyer? What --
3     what year was it about?
4  A  I'm not sure because in the beginning I was
5     like quality control and produce and -- and I
6     drove -- drove a truck to St. Louis market and
7     picked up produce. See, we were just starting
8     the produce business, and we didn't have much
9     volume.
10       So I ran as to St. Louis two or three days
11    a week and picked up produce for our orders.
12    And I -- I mean, I -- I can't -- I couldn't
13    even guess get close for you.
14 Q  Okay. Sometime around 1995, 1996?
15 A  Yeah. Yeah.
16 Q  And how long did you stay in the position of
17    produce buyer?
18 A  I believe about three years.
19 Q  Okay. Now, when you were the produce buyer,
20    were you the head produce buyer?
21 A  Yes.
22 Q  Did you have any produce buyers underneath you?
23 A  Well, I had a quality control guy, but I
24    trained -- but I used him for more than quality
25    control. I mean, I trained him to do

Page 8

1     everything that I did.
2  Q  Who was it that you trained?
3  A  John Stegman.
4  Q  When you were produce buyer, did Menu Maker
5     Foods send you to any type of formalized
6     training with respect to produce?
7  A  They didn't, but I -- I searched it out on my
8     own.
9  Q  Okay.
10 A  Two or three different ways. I had -- I went
11    to a formal clinic situation, and then I
12    followed the -- I took a vacation and followed
13    the USDA guy around the St. Louis market for
14    about three days.
15       And then I actually went to Monsour's, and
16    -- and some of the guys there trained me.
17 Q  Just out of curiosity, why didn't Menu Maker
18    Foods send you to any type of training?
19 A  I don't know. I mean, I -- I didn't ask. I
20    just -- well, they did. I mean, they had
21    something to do with me going to Monsour's.
22    They -- I mean, they set that up. Dick set
23    that up for me to go there and spend some time
24    down there.
25 Q  When you were a produce buyer?

Page 9

1  A  Uh-huh.
2  Q  So is that a yes?
3  A  Yeah. I --
4  Q  It's -- what the reason --
5  A  Yeah. I mean, they -- it wasn't really formal
6     training. It wasn't like a clinic or a school
7     or anything like that.
8        But, I mean, produce business is different
9     than most businesses. A lot of it just comes
10    through hard knocks and being there, you know.
11 Q  What type of training did you receive at
12    Monsour's?
13 A  Training at -- the main reason I went there was
14    to institute a -- a tomato program and some
15    stuff here at Menu Maker. So I think his name
16    -- I'm not sure if this is right or not. I
17    think his name is Danny. Does that -- Danny.
18    Spent a lot of time with Danny working through
19    a tomato program, some time with Mark and some
20    time with Pete.
21 Q  What -- what year was this you did this
22    training?
23 A  I couldn't tell you.
24 Q  Do you remember if it was in the '90s or in the
25    years of 2000?

Page 26

```
 1      Foods' employee, the driver, would be at
 2      Monsour's facility at four or five in the
 3      morning?
 4   A  Well, I mean, he -- we tried to get him out of
 5      here by 11, so as soon as he could get there.
 6      I mean, he's pulling a double, so he can't run
 7      real hard, but --
 8   Q  I see. So the driver would leave Menu Maker
 9      Foods' facility around 11 at night, drive to
10      Pittsburg to pick up the trailer?
11   A  Yes.
12   Q  The loaded trailer?
13   A  Well, actually, he was just hauling back
14      empties. I mean, if he happened to pull back a
15      loaded trailer, it would just be because we
16      were getting produce from them or we were
17      pulling part of their inventory.
18         Because we did the same thing with the
19      inventory we pulled from their warehouse. It
20      came back the same way, so --
21         MR. JAMES: Dustin, stop.
22         (Break in proceedings.)
23   Q  (By Mr. DeVaughn) Okay. We had to change
24      tapes.
25   A  Okay.
```

Page 27

```
 1   Q  This is a videotaped deposition. The first
 2      tape was full. That's why we're on this new
 3      tape.
 4         Let me go back -- I just want to make
 5      certain I'm clear. Menu Maker Foods would send
 6      its driver to Monsour's Pittsburg facility to
 7      pick up the -- the trailer that Monsour's
 8      loaded; is that right?
 9   A  Okay. Maybe let me -- let me try this again.
10      The guy -- the shuttle driver for Menu Maker,
11      he would leave Menu Maker with two loaded
12      trailers for delivery the next day --
13   Q  I see.
14   A  -- by drivers who were -- I guess that Menu
15      Maker had hired that live there. So he pulled
16      down two loaded trailers. And his job was to
17      pull down two loaded and pull back two empties.
18   Q  Okay.
19   A  If there happened to be product on those
20      trucks, then he would haul those back.
21   Q  When you say if there happened to be product,
22      you're talking about produce from Monsour's
23      coming back to Menu Maker?
24   A  Or inventory from there or warehouse inventory
25      or -- could be returns from -- from the prior
```

Page 28

```
 1      delivery day. All that stuff, he would pull
 2      back to Menu Maker.
 3   Q  Okay. What time did those drivers -- based
 4      upon your knowledge, what time did those
 5      drivers typically leave Pittsburg to go back to
 6      Menu Maker Foods?
 7   A  I would think they would have been out of there
 8      by -- as quickly as they could, you know.
 9   Q  I'm asking what time of the day.
10   A  I'm thinking probably 6:00 in the morning.
11   Q  Okay.
12   A  Seven o'clock in the morning.
13   Q  And then driving --
14   A  Probably five, if they were having a great day.
15      I mean, it would depend on what kind of day the
16      driver was having. But sometime early a.m.
17   Q  But based upon your observations and your
18      experiences here, the trailers that were loaded
19      with Monsour produce would, on average, arrive
20      at Menu Maker Foods' docks, loading docks --
21      unloading docks sometime between nine and noon?
22   A  I think so. Yeah. Yeah. I mean --
23   Q  Given those -- given those times, based upon
24      your knowledge and -- and observations, then,
25      the produce was on those trailers anywhere from
```

Page 29

```
 1      15 to 19 hours. Is that accurate?
 2         MR. WACHTEL: Object -- I'm going to
 3      object to the form of the question.
 4   Q  (By Mr. DeVaughn) Is that accurate?
 5   A  Yeah.
 6   Q  Let's talk about the type of trailers that were
 7      being used to transport Monsour's produce to
 8      Menu Maker Foods. Can you tell me what type of
 9      condition those trailers were in, based upon
10      your observation?
11   A  There -- there was a wide variance of trailers
12      at Menu Maker, some better trailers, some older
13      trailers. It -- we -- they bought -- they were
14      all food service trailers.
15         I mean, they were the same trailers that
16      we delivered all the product for Menu Maker's
17      customers out of.
18   Q  And --
19   A  They were designed for food service delivery.
20      I mean, the trailers were set up and designed
21      for food service delivery.
22   Q  Now, food service delivery is different from
23      hauling produce; is that accurate?
24   A  Yeah. If you were ordering produce from the
25      coast, it would come in on a different set-up
```

8 (Pages 26 to 29)