# Exhibit A

## AFFIDAVIT OF RICHARD W. JAMES

I, Richard W. James, am of lawful age and sound mind and testify under oath as follows:

1. On February 23, 2006 our firm tendered a check in the amount of $4,750.00 to Regier, Carr, & Monroe, L.L.P., Certified Public Accountants for the preparation of an expert report by Marshal Hull, C.P.A. in *Monsours, Inc. v. Menu Maker Foods, Inc.*, 05-1204-MLB.

2. I have spent 6.3 hours in research, communication with opposing counsel, and in preparation of the Motion for Defendant to Pay Costs Associated with the Deposition of Plaintiff's Expert.

3. I have spent 3.2 hours in research and preparation of the review of Defendant's Response and preparation of Plaintiff's Reply in Support of Plaintiff's Motion for Defendant to Pay Costs Associated with the Deposition of Plaintiff's Expert.

_____  1-2-07
Richard W. James

NOTARY PUBLIC - State of Kansas
KELLY S. BOERGER
My Appt. Exp. 6-26-10

Notary Public:
_____
Kelly S. Boerger