KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR and )
MONSOUR'S, INC., )
    *Plaintiffs,* )
)
vs. )  No. 05-1204-MLB
)
MENU MAKER FOODS, INC., )
    *Defendant.* )
)

**DEFENDANT'S MOTION FOR RECONSIDERATION, OR
FOR AN ORDER GRANTING A CONTINUANCE AND REOPENING
DISCOVERY**

Defendant request the Court reconsider the motion for summary judgment. In the alternative, defendant request the Court continue the trial and enter an order reopening discovery on the issue of plaintiff's damages. Defendant contemporaneously submits its memorandum brief in support of this motion.

    s/ Alexander B. Mitchell, II
    Bar Number 8204
    Attorney for Defendant
    Klenda, Mitchell, Austerman & Zuercher, L.L.C.
    301 N. Main, Suite 1600
    Wichita, KS 67202-4888
    Telephone: (316) 267-0331
    Fax: (316) 267-0333
    E-mail: amitchell@kmazlaw.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which should send a notice of electronic filing to Dustin L. DeVaughn, Richard W. James and Jeffrey S. Eastman, attorneys for plaintiff.

  <u>s/ Alexander B. Mitchell, II</u>