IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK MONSOUR, )
SHEILA MONSOUR )
and MONSOUR'S, INC. )
                                           )
            Plaintiffs, )    Case No. 05-1204-MLB
                                           )
v. )
                                           )
MENU MAKER FOODS, INC., )
                                           )
            Defendant. )

**PLAINTIFFS' INITIAL DISCLOSURES**

COME NOW plaintiffs, by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn and Herrington P.A., and make the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

**A.    WITNESSES**

    1)    Mark Monsour
           Former President/Owner Monsour's, Inc.
           606 Victoria
           Pittsburg, Kansas 66762

           Mr. Monsour will testify regarding all negotiations with defendant regarding the Asset Purchase Agreement. He will also provide evidence as to produce and dry/frozen goods involved in the negotiation between the parties and all sales to defendant. Mr. Monsour will testify about the conduct of the defendant and the damages sustained by the plaintiffs.

    2)    Sheila Monsour
           Owner Monsour's, Inc.
           110 Kennedy
           Frontenac, Kansas 66763

           Ms. Monsour will testify regarding damages in this matter.

- 1 -


EXHIBIT A

3)   Dennis Hughes
     P. O. Box 775
     Willard, Missouri 65781

     Mr. Hughes was an employee of Monsour's Inc. and has knowledge regarding the interaction between the two companies including the production of produce and its quality to Menu Maker Foods, Inc. Mr. Hughes has knowledge of the actions of Mr. Orr and his review of the produce.

4)   Matthew J. Warford
     1924 Fillmore Avenue, Apt. B
     Norman, Oklahoma 73072

     Mr. Warford was the buyer in frozen goods for Monsour's Inc. and has knowledge of Menu Maker Foods, Inc.'s evaluation of the goods prior to the Asset Purchase Agreement. He also has knowledge of the sale of goods between the two companies after the Asset Purchase Agreement and the amount of goods actually purchased by Menu Maker Foods, Inc.

5)   Leroy Kruger
     Monet, Missouri

     Mr. Kruger is a retired USDA inspector who evaluated the produce that was being sent by Monsour's to Menu Maker Foods, Inc. in accordance with USDA standards and noted its quality. Mr. Kruger is also knowledgeable about produce that was returned by Menu Maker Foods, Inc. as allegedly defective goods.

6)   Ed Fairchild
     Current Address Unknown

     Mr. Fairchild has knowledge regarding the trucks utilized and the transportation procedures of Menu Maker Foods, Inc.

7)   Peter Monsour
     Pittsburg, Kansas 66762

     Mr. Monsour was an officer in Monsour's Inc. and will testify about its operation and the sales agreement.

8) Curtis Johnson
114 Kennedy Street
Frontenac, Kansas 66763

Mr. Johnson was a sales manager and has knowledge of the operation of Monsour's Inc. and the actions of defendant.

9) Kyle Robertson
1617 Clark Avenue
Parsons, Kansas 67357

Mr. Robertson was a sales person for Monsour's Inc.

10) Keicy Hurst
710 W. Euclid Street
Pittsburg, Kansas 66762

Mr. Hurst was a sales person for Monsour's Inc.

11) Any other witnesses that may be called by defendant to testify.

B. **CORRESPONDENCE AND DOCUMENTS**

See attached itemization and document index attached to this pleading.

C. **COMPUTATION OF DAMAGES**

1) Plaintiffs assert a breach of contract related to the purchase of plaintiffs' inventory of dry and frozen goods for damages in the amount of $725,000 plus pre- and post judgment interest, attorney fees and costs of this action.

2) Plaintiffs assert a breach of contract claim against defendant regarding the best efforts of defendant to assist Monsour's in the sale as outlined in the agreement in the amount of $300,000 plus pre- and post judgment interest, attorney fees and costs of this action.

3) Plaintiffs assert a breach of contract for the sale of produce in the amount of $2,687,360 plus pre- and post judgment interest, attorney fees and costs of this action.

4) Plaintiffs assert a breach of contract claim in regard to defendant's conduct in transporting the produce as outlined in a contract and damages in the amount of $2,687,360 plus pre- and post judgment interest, attorney fees and costs of this action.

5) For plaintiffs' fraud claim against defendant, plaintiffs seek damages in the amount of $3,712,360 plus pre- and post judgment interest, attorney fees and costs of this action.

6) Plaintiffs seek punitive damages in the amount of $5,000,000.

D. **INSURANCE INFORMATION**

Not applicable.

Respectfully submitted,

Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorneys for Plaintiffs*
McDONALD, TINKER,
    SKAER, QUINN & HERRINGTON, P.A.
300 West Douglas Avenue, Suite 500
Wichita, KS 67202-2909
Telephone: 316.263.5851
Facsimile:  316.263.4677
Email: ddevaughn@mtsqh.com
       rjames@mtsqh.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of October, 2005, a true and correct copy of the above and foregoing was e-mailed and hand delivered on October 6, 2005 to:

John Val Wachtel
Klenda, Mitchell,
  Austerman & Zuercher, L.L.C.
1600 EPIC Center
201 North Main,
Wichita, KS 67202-4888
Telephone: 316.267.0331
Facsimile:  316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

Richard W. James

G:\Menu Maker Foods, Inc 60035-001\Pleadings\Plaintiff's Initial Disclosures.doc

## MONSOUR'S, INC. v. MENUMAKER FOODS, INC.

### DOCUMENT INDEX

| BATES NO. | DESCRIPTION OF DOCUMENT |
|---|---|
| 9996-9999 | Non-Disclosure Agreement dated 09/24/01 |
| 10000 | Income Statement YTD With Projection |
| 10001 | Projected Balance Sheet for Years 2002 and 2003 |
| 10002-10003 | Balance Sheet as of 12/29/01 |
| 10004 | Statement of Operations for 11/25/01-12/29/01 |
| 10005-10006 | MenuMaker Price Comparison |
| 10007-10019 | Asset Purchase Agreement |
| 10020-10022 | Agreement |
| 10023-10030 | Non-Competition Agreement |
| 10031-10042 | Estimated Purchases (By Week) for MenuMaker from Monsours |
| 10043-10050 | MenuMaker Produce Purchases from 2/12/02 to 03/25/02 prepared by Peter Monsour III |
| 10051-10053 | Handwritten notes dated 03/25/02 |
| 10054-10059 | Handwritten notes by Mark Monsour dated 03/11/02 to 03/22/02 |
| 10060-10061 | Handwritten notes by USDA Inspector 03/24/02 |
| 10062-10063 | Handwritten notes by Dennis Hughes dated 03/26/02 |
| 10064 | Notes by Matt Warford dated 03/26/02 |
| 10065 | Proforma Statement dated March 2002 |
| 10066-10070 | Handwritten notes by USDA Inspector dated 03/27/02 |
| 10071-10073 | Customer Usage Report for MenuMaker Produce |
| 10074 | Letter by USDA Inspector Leland Krueger dated 04/03/02 |
| 10075 | Action of Director of MenuMaker Foods, Inc. |
| 10076 | Certification of MenuMaker Foods, Inc. |
| 10077 | Monsour's Inc - MenuMaker Foods, Inc. List of Current Jobbers |
| 10078-10082 | Non-Competition Agreement Map of Applicable Territories |
| 10083-10084 | Food Service Inventory as of 01/14/02 ($1,109,219.09) |
| 10085-10142 | Food Service Goods Purchased by MenuMaker Foods |
| 10143-10145 | Certified Copy of Resolution (executed copy) |
| 10146-10158 | Asset Purchase Agreement (executed copy) |
| 10159-10164 | Lease |
| 10165-10181 | Asset Purchase Agreement |
| 10182-10184 | Non-Competition Agreement (original-executed) |
| 10185-10187 | Non-Competition agreement (original-executed) |
| 10188-10192 | Lease (original-executed) |
| 10193-10195 | Non-Competition Agreement |
| 10196-10198 | Agreement (executed copy) |
| 10199 | Letter to Mark Monsour from Tom Yoakam (copy) |
| 10200-10202 | Letters & receipt from Secretary of State (original) |
| 10203-10209 | Notes |

| | |
|---|---|
| 10210 | Copy of Secretary of State letter |
| 10211 | Letter to Kansas Dept. of Revenue from Mark Monsour |
| 10212-10214 | Information from internet |
| 10215-10216 | ST-36 Kansas Retailers' Sales Tax Return |
| 10217-10220 | Monsour's, Inc. Waiver of Notice & Consent to Holding (original-executed) |
| 10221-10269 | Accts Rec. 4-11-02 |
| 10270-10271 | Bank of America letter to Monsour |
| 10272-10273 | Accounts Receivable |
| 10274-10280 | Statement of Operations |
| 10281-10302 | Accts Pay 4-11-02 |
| 10303 | Monsour's Inc. 4-11-02 Produce Accts Payable |
| 10304-10306 | Monsour's Inc. Statement of Operations |
| 10307-10317 | Stmt of Operations up to 11-24-01 |
| 10318-10371 | Monsour's accts payable aged trial balance |
| 10372-10381 | Income from Lease of Bldg. |
| 10382-10384 | Monsour Invoice |
| 10385-10389 | Phone contact lists for Monsour & MenuMaker |
| 10390-10437 | Credit given to MenuMaker |
| 10438-10439 | Notes on purchase |
| 10440-10473 | Salesman Recap |
| 10474-10625 | Invoices |
| 10626-10650 | Stock Status Report |
| 10651-10665 | Fax from MenuMaker to Monsour 2/7/02 |
| 10666-10676 | "MenuMaker Foods to Help Monsours Sell" |
| 10677 | Notes |
| 10678-10742 | Inventory Valuation *1 4/10/02 |
| 10743-10774 | MenuMaker's Dry Foods Inventory as of 3/26/02 |
| 10775-10887 | Stock Status Report 4/14/02 |
| 10888-10962 | Monsour Invoices from 2/11/02 – 4/4/02 |
| 10963 | Memo 4/18/00 from Gene Fields |
| 10964 | Notes |
| 10965 | Inspection tape (will be made available for viewing at plaintiff's counsel's office) |
| 10966-11076 | Photos |
| 11077-11087 | Folder of Graves MenuMaker Business Building Plan 2002 |
| 11088-11102 | Salesman Open Item Accounts Receivable Trial Balance |
| 11103-11107 | Order Change Audit Report |
| 11108-11119 | Monsour Reports |
| 11120-11228 | Inventory Transactions |
| 11229-11233 | Accounts Receivable Summary Trial Balance |
| 11234-11282 | Salesman Accounts Receivable |
| 11283-11467 | Salesman Accounts Receivable |
| 11468-11555 | Financial Statements 1/26/2002 – 5/25/2002 |
| 11556-11746 | Financial Statements 2001-5/2002 |