## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR, )<br>and MONSOUR'S INC. )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>MENU MAKER FOODS, INC. )<br>)<br>Defendants )<br>_____ ) | Case No. 05-1204-MLB |

### NOTICE OF SERVICE OF DEFENDANT'S FINAL RULE 26(a)(3) DISCLOSURES

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorneys of record, John Val Wachtel and Alexander B. Mitchell of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 23rd day of March, 2007, Defendant served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, "Defendant's Final Rule 26(a)(3) Disclosures," by hand delivering the same to Plaintiff's counsel of record.

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
  ZUERCHER, L.L.C.

s/John Val Wachtel
John Val Wachtel, S. Ct. #8310
Alexander B. Mitchell, S. Ct. #8204
301 N. Main, 1600 Epic Center
Wichita, KS  67202-4888
Tele.:  (316) 267-0331
Fax:  (316) 267-0333
jvwachtel@kmazlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of March, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Dustin DeVaughn  
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.  
300 W. Douglas, Ste. 500  
Wichita, KS  67202-2909  
ddefaughn@mtsqh.com  
Attorney for Plaintiffs

s/John Val Wachtel  
John Val Wachtel

KMAZ Document No. 285270