KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MONSOUR'S, INC., | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | No. 05-1204-MLB |
| | ) | |
| MENU MAKER FOODS, INC., | ) | |
|     *Defendant.* | ) | |
| | ) | |

## DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant hereby renews its motion for summary judgment for the reason

plaintiff has no evidence of recoverable damages.  In support hereof, defendant files its

brief.

> s/ Alexander B. Mitchell, II
> Bar Number 8204
> Attorney for Defendant
> Klenda, Mitchell, Austerman & Zuercher, L.L.C.
> 301 N. Main, Suite 1600
> Wichita, KS 67202-4888
> Telephone:  (316) 267-0331
> Fax:  (316) 267-0333
> E-mail:  amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which should send a notice of electronic

filing to Dustin L. DeVaughn and to Richard W. James, attorneys for Plaintiff.

> s/ Alexander B. Mitchell, II

Dockets.Justia.com