IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MONSOUR'S, INC. )
)
            Plaintiffs, )   Case No. 05-1204-MLB
)
v. )
)
MENU MAKER FOODS, INC., )
)
            Defendant. )
_____)

### PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs by and through their attorneys of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn & Herrington, P.A., motion to Court to enforce settlement. A Memorandum in Support of this motion has been filed contemporaneously herewith and is incorporated by reference.

Respectfully Submitted,

s/ Richard W. James
Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorneys for Plaintiffs*
McDONALD, TINKER,
SKAER, QUINN & HERRINGTON, P.A.
R.H. Garvey Building
300 West Douglas Avenue, Suite 500
P.O. Box 207
Wichita, KS 67202-2909
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email: ddevaughn@mtsqh.com
       rjames@mtsqh.com

1

## CERTIFICATE OF SERVICE

     I hereby certify that on the 3rd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Alex Mitchell
Klenda, Mitchell,
   Austerman & Zuercher
Suite 1600, 201 North Main,
Wichita, KS 67202
Ph.: 316.267.0221
Fax: 316.267.0333
jvwachtel@kmazlaw.com
*Attorneys for Defendant*

Jeffrey Eastman
Keleher & Eastman Law Firm
403 N.W. Englewood Rd.
Gladstone MO 64118
Bus. ph.:   816.452.6030
Fax:        816.455.0969
Home ph.: 816.436.1506
Cell ph.:   816.213.0819
jse@keleher-eastman.com
*Attorneys for Defendant*

                                        s/ Richard W. James
                                        Dustin L. DeVaughn, #16559
                                        Richard W. James, #19822
                                        *Attorneys for Plaintiffs*
                                        McDONALD, TINKER,
                                        SKAER, QUINN & HERRINGTON, P.A.
                                        R.H. Garvey Building
                                        300 West Douglas Avenue, Suite 500
                                        P.O. Box 207
                                        Wichita, KS 67202-2909
                                        Telephone: (316) 263-5851
                                        Fax: (316) 263-4677
                                        Email: ddevaughn@mtsqh.com
                                                  rjames@mtsqh.com