## WEDNESDAY, MARCH 14, 2007

### Dustin Devaughn

**From:** Dustin Devaughn
**Sent:** Wednesday, March 14, 2007 3:12 PM
**To:** 'John V. Wachtel'; 'Alexander B. Mitchell'
**Subject:** Monsour v. Menu Maker

Val and Alex:

This confirms we have provided Menu Maker Foods with a settlement offer of $420,000.

When I was speaking with Val, I think I gave him the wrong FRCP number. It is the last sentence of FRCP 56(d) that mandates that Judge Belot's findings of fact in his ruling on defendant's motion for summary judgment "shall be deemed established and the trial shall be conducted accordingly."

Best regards,

Dustin L. DeVaughn ♦ ddevaughn@mtsqh.com
McDonald, Tinker, Skaer, Quinn & Herrington, P.A
300 West Douglas, Suite 500
P.O. Box 207
Wichita, Kansas 67201-0207
tel. (316) 263-5851/4677(fax)

*This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this message in error, please delete it and notify me.*



PLAINTIFF'S EXHIBIT
1