## MONDAY, MARCH 26, 2007

ATTY. _____                    TELEPHONE RECORD OR REQUEST FORM

TO - FROM _____                      PLEASE CALL _____ URGENT _____
COMPANY _____                        WILL CALL AGAIN _____
DATE  3/26    TIME _____ A.M. - P.M.         RETURNED YOUR CALL _____
PHONE NO. _____                      CALL RETURNED ON _____
RE _____                             FOR APPT. _____

MEMO: Spoke with Vel. He believes Dick will now go up
75,000 but might go to 300,000
250 still on table. Advised if Dick went to
300 I would recommend but had no authty.

* Ask RWJ to have accrty print out expenses

** Get conf'ty in w/ from PACA about lien reduction



PLAINTIFF'S EXHIBIT 3

Dockets.Justia.com