### TUESDAY, MARCH 27, 2007

**Dustin Devaughn**

**From:** Larry Meuers [lmeuers@meuerslawfirm.com]
**Sent:** Tuesday, March 27, 2007 7:35 AM
**To:** Dustin Devaughn; 'John V. Wachtel'
**Cc:** 'Alexander B. Mitchell'
**Subject:** RE: Monsour's v. Menu Maker

Counsel,

The PACA trust beneficiaries accept $50,000.00 in settlement to release their judgment.

*Larry Meuers*

Lawrence H. Meuers
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
E-mail: lmeuers@meuerslawfirm.com
Web: www.meuerslawfirm.com

NOTICE: This message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail or by telephone (239) 513-9191 and delete this message and any copies or backups. Thank you.

-----Original Message-----
**From:** Larry Meuers [mailto:lmeuers@meuerslawfirm.com]
**Sent:** Tuesday, March 27, 2007 7:46 AM
**To:** 'John V. Wachtel'
**Cc:** c.cox@menumakerfoods.com; 'Alexander B. Mitchell'; Dustin Devaughn
**Subject:** RE: Monsour's v. Menu Maker

Hi Val,

In the below e-mail, Dustin said that he would cut the check from his client trust account to my clients. I think it would be easier for you to just cut the check for $50,000.00 payable to the "Meuers Law Firm IOTA Trust Account" and send it to me. We could skip a couple of steps that way. Dustin – is this OK?

*Larry Meuers*


PLAINTIFF'S EXHIBIT 6