## WEDNESDAY, MARCH 28, 2007

**From:** Dustin Devaughn [mailto:DDevaughn@mtsqh.com]
**Sent:** Wednesday, March 28, 2007 1:51 PM
**To:** John V. Wachtel
**Subject:** Monsours

Val:

I have to leave today at 4:15 to meet with clients. I will be out of the office tomorrow in Topeka for a mediation. I really believe we need to bring this situation to Judge Belot's attention as soon as possible if there is a problem.

Thanks

**Dustin L. DeVaughn ♦ ddevaughn@mtsqh.com**
McDonald, Tinker, Skaer, Quinn & Herrington, P.A
300 West Douglas, Suite 500
P.O. Box 207
Wichita, Kansas 67201-0207
tel. (316) 263-5851/4677(fax)

This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this

-----Original Message-----
**From:** John V. Wachtel [mailto:jvwachtel@kmazlaw.com]
**Sent:** Wednesday, March 28, 2007 3:41 PM
**To:** Dustin Devaughn
**Cc:** Alexander B. Mitchell
**Subject:** RE: Monsours

Dustin:

I am waiting for a call from Mr. Graves. Please give me your cell number. I understand your concern about taking this to Judge Belot in the very near future.

Val

## Dustin Devaughn

**From:** Dustin Devaughn
**Sent:** Wednesday, March 28, 2007 3:49 PM
**To:** 'John V. Wachtel'
**Subject:** RE: Monsours

Thanks Val. Cell phone number is 393-8265. If I can't answer, I will call you right back. I coach a little kids soccer team between 6 p.m. and 7 p.m. and have to meet with clients between 4:30 and 5:00.

**Dustin L. DeVaughn ♦ ddevaughn@mtsqh.com**
McDonald, Tinker, Skaer, Quinn & Herrington, P.A
300 West Douglas, Suite 500
P.O. Box 207
Wichita, Kansas 67201-0207
tel. (316) 263-5851/4677(fax)
This confidential message may be subject to


PLAINTIFF'S EXHIBIT 10