KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MONSOUR'S, INC., | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | No. 05-1204-MLB |
| | ) | |
| MENU MAKER FOODS, INC., | ) | |
|     *Defendant.* | ) | |
| | ) | |

### DEFENDANT'S RENEWED MOTION TO REOPEN DISCOVERY AND TO CONTINUE TRIAL

COMES NOW the defendant and moves the Court for an order reopening discovery on the issue of plaintiff's damages and to continue the trial to complete the same. In support hereof, defendant submits its memorandum brief.

    s/ Alexander B. Mitchell, II
    Bar Number 8204
    Attorney for Defendant
    Klenda, Mitchell, Austerman & Zuercher, L.L.C.
    301 N. Main, Suite 1600
    Wichita, KS 67202-4888
    Telephone: (316) 267-0331
    Fax: (316) 267-0333
    E-mail: amitchell@kmazlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which should send a notice of electronic filing to Dustin L. DeVaughn and to Richard W. James, attorneys for Plaintiff.

    s/ Alexander B. Mitchell, II