## MONDAY, MARCH 26, 2007

ATTY. _____    TELEPHONE RECORD OR REQUEST FORM

TO - FROM _____                    PLEASE CALL _____ URGENT _____
COMPANY _____                      WILL CALL AGAIN _____
DATE  3/26    TIME _____ A.M. - P.M.       RETURNED YOUR CALL _____
PHONE NO. _____                    CALL RETURNED ON _____
RE _____                           FOR APPT. _____

MEMO: Spoke with Ted. He believes Dick will new go up 75,000 but might go to 300,000. 250 still on table. Advised if Dick went to 300 I would recommend but had no authy.

* Ask RWJ to have acct print out expenses

** Get continy in with from PACA about lien reduction


PLAINTIFF'S EXHIBIT 3