## MONDAY, MARCH 26, 2007 (CONTINUED)

-----Original Message-----
**From:** John V. Wachtel [mailto:jvwachtel@kmazlaw.com]
**Sent:** Monday, March 26, 2007 3:51 PM
**To:** Dustin Devaughn
**Cc:** Alexander B. Mitchell
**Subject:** Monsours v. Menu Maker

Dustin:

Creighton conveyed your message to Dick – I was unable to get in touch with Dick; however Creighton did. Dick's response is that he will not pay $300,000.00 in settlement of this case. In truth, Dick indicated that he was getting 'Iffy' about his $250,000.00 offer.

Val

# Dustin Devaughn

**From:** Dustin Devaughn
**Sent:** Monday, March 26, 2007 4:55 PM
**To:** 'John V. Wachtel'
**Cc:** 'Alexander B. Mitchell'; 'mail@meuerslawfirm.com'
**Subject:** RE: Monsours v. Menu Maker

Val:

I just spoke with my clients. They accept Menu Maker's settlement offer of $250,000. The PACA lien has been negotiated down to $50,000 and we will pay it directly from our trust account. You can confirm that with Larry in Florida.

Please have two settlement checks made. The first settlement check should be in the amount of $125,000 and should be made payable to "Mark Monsour and McDonald, Tinker law firm". The second check should be in the amount of $125,000 and should be made payable to "Sheila Monsour and McDonald, Tinker law firm". Our tax ID is 48-0966729.

Best regards,

**Dustin L. DeVaughn ♦ ddevaughn@mtsqh.com.**
**McDonald, Tinker, Skaer, Quinn & Herrington, P.A**
**300 West Douglas, Suite 500**
**P.O. Box 207**
**Wichita, Kansas 67201-0207**
**tel. (316) 263-5851/4677(fax)**

*This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this message in error, please delete it and notify me.*

PLAINTIFF'S EXHIBIT 5