### TUESDAY, MARCH 27, 2007 (CONTINUED)

**From:** Dustin Devaughn [mailto:DDevaughn@mtsqh.com]
**Sent:** Tuesday, March 27, 2007 9:19 AM
**To:** John V. Wachtel
**Subject:** Monsour v. Menu Maker

Val:

Glad we got this case settled. You and Alex defended it well.

Please prepare the journal entry of dismissal and a proposed release. I have already contacted Belot's office and advised them of the settlement.

Look forward to working with you and Alex again.

**Dustin L. DeVaughn ♦ ddevaughn@mtsqh.com.**
**McDonald, Tinker, Skaer, Quinn & Herrington, P.A**
**300 West Douglas, Suite 500**
**P.O. Box 207**
**Wichita, Kansas 67201-0207**
**tel. (316) 263-5851/4677(fax)**

*This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this message in error, please delete it and notify me.*

---

**From:** Dustin Devaughn [mailto:DDevaughn@mtsqh.com]
**Sent:** Tuesday, March 27, 2007 9:49 AM
**To:** Larry Meuers; John V. Wachtel
**Cc:** c.cox@menumakerfoods.com; Alexander B. Mitchell
**Subject:** RE: Monsour's v. Menu Maker

That is fine. Val, please have the two (2) checks issued as I directed previously, but for $25,000 less per check to account for the $50,000 to PACA.

**Dustin L. DeVaughn ♦ ddevaughn@mtsqh.com.**
**McDonald, Tinker, Skaer, Quinn & Herrington, P.A**
**300 West Douglas, Suite 500**
**P.O. Box 207**
**Wichita, Kansas 67201-0207**
**tel. (316) 263-5851/4677(fax)**

*This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this message in error, please delete it and notify me.*

-----Original Message-----
**From:** John V. Wachtel [mailto:jvwachtel@kmazlaw.com]
**Sent:** Tuesday, March 27, 2007 10:09 AM
**To:** Dustin Devaughn
**Cc:** Alexander B. Mitchell
**Subject:** RE: Monsour v. Menu Maker

Dustin:

I have been unable to communicate with Mr. Graves regarding your e-mail "accepting" our $250,000.00 settlement offer. Given my inability to speak with Mr. Graves I cannot speak for Menu Maker and confirm that the offer was still outstanding. I will try diligently to get Mr. Graves on the phone today and consult with him about this. I expect that I will learn nothing before Wednesday, at which time I will get back to you.

Val


PLAINTIFF'S EXHIBIT 7