Case 6:05-cv-01204-JTM   Document 123-10   Filed 04/04/2007   Page 1 of 1

## TUESDAY, MARCH 27, 2007 (CONTINUED)

**From:** Dustin Devaughn [mailto:DDevaughn@mtsqh.com]
**Sent:** Tuesday, March 27, 2007 10:50 AM
**To:** John V. Wachtel
**Subject:** RE: Monsour v. Menu Maker

Val:

Obviously this is not a small issue. Please let me know whether we need to get Judge Belot involved.

**Dustin L. DeVaughn** ♦ **ddevaughn@mtsqh.com**.
McDonald, Tinker, Skaer, Quinn & Herrington, P.A
300 West Douglas, Suite 500
P.O. Box 207
Wichita, Kansas 67201-0207
tel. (316) 263-5851/4677(fax)

*This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this message in error, please delete it and notify me.*

### Dustin Devaughn

**From:** John V. Wachtel [jvwachtel@kmazlaw.com]
**Sent:** Tuesday, March 27, 2007 11:36 AM
**To:** Dustin Devaughn
**Cc:** Alexander B. Mitchell
**Subject:** RE: Monsour v. Menu Maker

Dustin:

I will do that. I cannot let you know one way or the other before Wed.

Val


PLAINTIFF'S EXHIBIT 9