IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK MONSOUR, SHEILA MONSOUR ) <br> and MONSOUR'S, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MENU MAKER FOODS, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 05-1204-MLB |

### RESPONSE TO DEFENDANT'S THIRD MOTION FOR SUMMARY JUDGMENT AND RECONSIDERATION OF PRIOR RULING BY THE COURT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by and through their counsel of record, Dustin L. DeVaughn and Richard W. James of McDonald, Tinker, Skaer, Quinn & Herrington, P.A., assert that defendant's Third Motion for Summary Judgment [Doc. 117] and Motion for Reconsideration of the Court's denial of its previous motion for summary judgment should be denied.

Defendant's multiple efforts at summary judgment have been repeatedly considered by this Court. Defendant has not obtained summary judgment and continues to file motions before this Court. Further, this motion is filed after the deadline for dispositive motions which was June 19, 2006. Plaintiffs' counsel will not draft a separate response but instead rely upon the responses previously filed with this Court. See Documents Nos. 88, 104 and 113. Defendant also adopts the arguments in its Memorandum and Motion in Support of enforcing the settlement agreement. [Doc. 123]. As outlined in that document, the Pretrial Order that defendant relies upon in support of

1

Dockets.Justia.com

its motion has not been completed by plaintiffs' counsel because the parties agreed to settle the case.

For the above and foregoing reasons, defendant's Third Motion for Summary Judgment should be denied.

                                              s/ Richard W. James
                                              Dustin L. DeVaughn, #16559
                                              Richard W. James, #19822
                                              Donald H. Snook, #21775
                                              *Attorneys for Plaintiffs*
                                              McDonald, Tinker,
                                                 Skaer, Quinn & Herrington, P.A.
                                              300 W. Douglas Ave., Ste. 500
                                              P.O. Box 207
                                              Wichita, KS 67201-0207
                                              Telephone:   (316) 263-5851
                                              Facsimile:    (316) 263-4677
                                              Email: ddevaughn@mtsqh.com
                                                          rjames@mtsqh.com
                                                          dsnook@mtsqh.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel  
Alex Mitchell  
Klenda, Mitchell, Austerman  
  & Zuercher,  
201 N Main, Ste. 1600  
Wichita, Kansas 67202  
Telephone:  316-267-0221  
Facsimile:   316-267-0333  
E-mail:  jvwachtes@kmazlaw.com  
*Attorneys for Defendant*

Jeffrey Eastman  
Keleher & Eastman Law Firm  
403 N.W. Englewood Rd.  
Gladstone Missouri 64118  
Business Ph: 816-452-6030  
Facsimile:   816-455-0969  
Home Ph:   816-436-1506  
Cell Ph:      816-213-0819  
E-mail:  jse@keleher-eastman.com  
*Attorneys for Defendant*

                                      s/ Richard W. James  
                                      Dustin L. DeVaughn, #16559  
                                      Richard W. James, #19822  
                                      Donald H. Snook,#21775  
                                      *Attorneys for Plaintiffs*  
                                      McDonald, Tinker,  
                                        Skaer, Quinn & Herrington, P.A.  
                                      300 W. Douglas Ave., Ste. 500  
                                      P.O. Box 207  
                                      Wichita, Kansas 67201-0207  
                                      Telephone:   (316) 263-5851  
                                      Facsimile:    (316) 263-4677  
                                      Email: ddevaughn@mtsqh.com  
                                                  rjames@mtsqh.com  
                                                  dsnook@mtsqh.com