IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MONSOUR'S, INC.

                                Plaintiff

Vs.                                          Case No.  05-1204

MENU MAKER FOODS, INC.

                                Defendant

## MINUTE ORDER

AT THE DIRECTION OF MONTI L. BELOT, U.S. DISTRICT JUDGE and with the approval of JOHN W. LUNGSTRUM, CHIEF JUDGE:

      IT IS ORDERED that this case be re-assigned from the Honorable Monti L. Belot, Judge to the Honorable J Thomas Marten, Judge, for all further proceedings. It should be noted that with the re-assignment of the case to Judge Marten, this case number is changed to 05-1204 JTM.

                                                        RALPH L. DELOACH, CLERK

                                                        s/Carolyn Lary
                                                        _____
                                                        Carolyn Lary, Deputy Clerk