

**McDonald • Tinker**
Skaer, Quinn & Herrington P.A.

*tel* 316-263-5851  •  *fax* 316-263-4677  •  www.mtsqh.com
300 W. Douglas Ave., Ste. 500  •  Wichita, Kansas 67202-0209

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MONSOUR'S, INC., | ) |
| Plaintiffs, | ) Case No. 05-1204-JTM |
| v. | ) |
| MENU MAKER FOODS, INC., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORT

Plaintiff Monsour's, Inc., by and through its attorney of record, Dustin L. DeVaughn of McDonald, Tinker, Skaer, Quinn & Herrington, P.A., notify the Court and counsel of record that it has served its supplemental expert report of Marshall Hull of Regier Carr & Monroe, LLP this 13th day of July 2007.

Respectfully Submitted,
s/ Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
Richard W. James, #19822
*Attorney for Plaintiffs*
Telephone: (316) 263-5851
Fax: (316) 263-4677
Email:  rjames@mtsqh.com
         ddevaughn@mtsqh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Val Wachtel
Alex Mitchell
Klenda, Mitchell, Austerman & Zuercher
jvwachtes@kmazlaw.com
Attorneys for Defendant

Jeffrey Eastman
Keleher & Eastman Law Firm
jse@keleher-eastman.com
Attorney for Defendant

s/ Dustin L. DeVaughn<br>Dustin L. DeVaughn

**REGIER CARR & MONROE, L.L.P.**
CERTIFIED PUBLIC ACCOUNTANTS

MEMBERS OF
THE AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
THE DIVISION FOR CPA FIRMS

July 13, 2007

McDonald Tinker Skaer Quinn & Herrington, P.A.
Attn: Dustin DeVaughn
300 West Douglas, Suite 500
Wichita, Kansas 67202

Dear Mr. DeVaughn:

You have asked me to provide additional information regarding my report dated January 30, 2006 (hereafter referred to as initial report) regarding Monsour's Inc. (hereafter referred to as Monsour's). The purpose of my initial report was to evaluate whether or not Monsour's would have been able to generate on going positive cash flow had Menu Maker Foods, Inc. (hereafter referred to as Menu Maker) purchased Monsour's existing inventory at an amount consistent with that stated in the January 31, 2002 Asset Purchase Agreement (Bates numbered beginning 10007 and hereafter referred to Purchase Agreement), and had Menu Maker also subsequently purchased substantially all of their produce from Monosur's as described in the Purchase Agreement.

Inventory
The value of the inventory reported in Exhibit 1.0-Financial Position Immediately Prior to Purchase Agreement of my initial report was obtained from Monsour's internally prepared financial statements date January 26, 2002 (Bates numbered 11468-11469).

Per my discussion with Mark Monsour, Monsour's inventory was reported on its internally prepared financial statements at cost. Per Mark Monsour, as there were no items whose market value were less than cost.

This is consistent with U.S. generally accepted accounting principles (GAAP) and industry standards, which require that inventory be stated at the lower of cost or market.

Furthermore, Monsour's tax returns were reviewed for the years 1996 to 2000 (Bates numbered 11747-11883). All of the tax returns stated that inventory was valued at the lower of cost or market.

Conversion of Cash Flow to Lost Profits
My initial report was based upon my evaluation of whether or not Monsour's would have been able to generate on going positive cash flow had Menu Maker purchased Mousour's existing inventory at an amount consistent with that stated in the Purchase Agreement, and had Menu Maker also subsequently purchased substantially all of their produce from Monsour's as described in the Purchase Agreement. Exhibit 2.0 of my initial report identifies cash flows from projected future operations.

McDonald Tinker Skaer Quinn & Herrington, P.A.
Attn: Dustin DeVaughn
July 13, 2007
Page 2

You have asked that I reconcile these cash flow projections to a projection of future lost profits based upon the information available as described in my initial report. There are two primary adjustments that should be made to the projections of cash flow to arrive at a projection of future lost profits. The principal portion of debt service, although a cash disbursement, would not constitute an expense and should be added back to cash flow to arrive at a calculation of lost profits. Second, the projection of cash flow in my initial report appropriately did not include depreciation expense. Depreciation expense does not require immediate cash flow, but nevertheless does recognize the utilization of Monsour's existing property assets.

The following table adjusts the cash flow projections to a projection of future lost profits based upon the information as described in my initial report:

|  | Projected Future Operations Net Cash Flow Per Initial Report | Adjustments to Projection of Annual Cash Flow to Projection of Future Lost Profits | | Projection of Lost Profits |
|---|---|---|---|---|
|  |  | Principal Portion of Debt Service | Depreciation Expense |  |
| Year 1 | $ 53,670 | $ 82,352 | $ (83,026) | $ 52,996 |
| Year 2 | 53,670 | 86,732 | (83,026) | 57,376 |
| Year 3 | 53,670 | 90,641 | (83,026) | 61,285 |
| Year 4 | 53,670 | 94,486 | (83,026) | 65,130 |
| Year 5 | 53,670 | 97,902 | (83,026) | 68,546 |
| Year 6 | 53,670 | 101,047 | (83,026) | 71,691 |
|  | $ 322,020 | $ 553,160 | $ (498,156) | 377,024 |
| Net Difference in Initial Sale of Inventory at Time of Purchase Agreement |  |  |  | 517,043 |
|  |  |  |  | $ 894,067 |

The principal portion of the debt service is based upon the calculation in Exhibit 1 of this report and is related to the Bank of America monthly amortizing loan described in my initial report. Depreciation expense is based upon a five year average of the ratio of depreciation expense to depreciable assets cost as calculated in Exhibit 2 of this report.

The opinions herein are to a reasonable degree of accounting certainty and are based upon the information provided to me in my initial report, dated January 30, 2006, and as further described in this report. Please contact me if you have any questions on this report.

Yours very truly,

Marshal Hull, Partner
Of Regier Carr & Monroe, LLP

## Exhibit 1- Principal Portion of Debt Service

| Date | | Monthly Payment | | | | |
|---|---|---|---|---|---|---|
| Month | Year | Interest | Principal | Total Payment | Balance | Interest Rate |
| January | 2002 | | | | 693,917.00 | 8.25% |
| February | 2002 | 4,391.64 | 7,065.36 | 11,457.00 | 689,525.36 | 8.25% |
| March | 2002 | 4,831.40 | 6,625.60 | 11,457.00 | 684,693.96 | 8.25% |
| April | 2002 | 4,642.79 | 6,814.21 | 11,457.00 | 680,051.17 | 8.25% |
| May | 2002 | 4,765.02 | 6,691.98 | 11,457.00 | 675,286.16 | 8.25% |
| June | 2002 | 4,579.00 | 6,878.00 | 11,457.00 | 670,707.16 | 8.25% |
| July | 2002 | 4,699.54 | 6,757.46 | 11,457.00 | 666,007.62 | 8.25% |
| August | 2002 | 4,666.62 | 6,790.38 | 11,457.00 | 661,341.00 | 8.25% |
| September | 2002 | 4,484.44 | 6,972.56 | 11,457.00 | 656,856.57 | 8.25% |
| October | 2002 | 4,602.49 | 6,854.51 | 11,457.00 | 652,254.07 | 8.25% |
| November | 2002 | 4,422.82 | 7,034.18 | 11,457.00 | 647,831.25 | 8.25% |
| December | 2002 | 4,539.26 | 6,917.74 | 11,457.00 | 643,292.00 | 8.25% |
| January | 2003 | 4,507.45 | 6,949.55 | 11,457.00 | 638,784.55 | 8.25% |
| | | | 82,351.55 | | | |
| February | 2003 | 4,042.72 | 7,414.28 | 11,457.00 | 634,741.83 | 8.25% |
| March | 2003 | 4,447.54 | 7,009.46 | 11,457.00 | 630,294.29 | 8.25% |
| April | 2003 | 4,273.91 | 7,183.09 | 11,457.00 | 626,020.37 | 8.25% |
| May | 2003 | 4,386.43 | 7,070.57 | 11,457.00 | 621,633.94 | 8.25% |
| June | 2003 | 4,215.19 | 7,241.81 | 11,457.00 | 617,418.76 | 8.25% |
| July | 2003 | 4,326.16 | 7,130.84 | 11,457.00 | 613,092.60 | 8.25% |
| August | 2003 | 4,295.85 | 7,161.15 | 11,457.00 | 608,796.75 | 8.25% |
| September | 2003 | 4,128.14 | 7,328.86 | 11,457.00 | 604,668.61 | 8.25% |
| October | 2003 | 4,236.82 | 7,220.18 | 11,457.00 | 600,431.78 | 8.25% |
| November | 2003 | 4,071.42 | 7,385.58 | 11,457.00 | 596,360.36 | 8.25% |
| December | 2003 | 4,178.61 | 7,278.39 | 11,457.00 | 592,181.76 | 8.25% |
| January | 2004 | 4,149.33 | 7,307.67 | 11,457.00 | 588,032.43 | 8.25% |
| | | | 86,731.88 | | | |
| February | 2004 | 3,854.43 | 7,602.57 | 11,457.00 | 584,178.00 | 8.25% |
| March | 2004 | 4,093.25 | 7,363.75 | 11,457.00 | 580,084.75 | 8.25% |
| April | 2004 | 3,933.45 | 7,523.55 | 11,457.00 | 576,151.30 | 8.25% |
| May | 2004 | 4,037.01 | 7,419.99 | 11,457.00 | 572,114.29 | 8.25% |
| June | 2004 | 3,879.41 | 7,577.59 | 11,457.00 | 568,234.89 | 8.25% |
| July | 2004 | 3,981.54 | 7,475.46 | 11,457.00 | 564,253.35 | 8.25% |
| August | 2004 | 3,953.64 | 7,503.36 | 11,457.00 | 560,299.71 | 8.25% |
| September | 2004 | 3,799.29 | 7,657.71 | 11,457.00 | 556,500.42 | 8.25% |
| October | 2004 | 3,899.31 | 7,557.69 | 11,457.00 | 552,601.10 | 8.25% |
| November | 2004 | 3,747.09 | 7,709.91 | 11,457.00 | 548,854.02 | 8.25% |
| December | 2004 | 3,845.74 | 7,611.26 | 11,457.00 | 545,008.28 | 8.25% |
| January | 2005 | 3,818.79 | 7,638.21 | 11,457.00 | 541,189.49 | 8.25% |
| | | | 90,641.06 | | | |
| February | 2005 | 3,425.06 | 8,031.94 | 11,457.00 | 537,764.42 | 8.25% |
| March | 2005 | 3,768.03 | 7,688.97 | 11,457.00 | 533,996.39 | 8.25% |
| April | 2005 | 3,620.93 | 7,836.07 | 11,457.00 | 530,375.46 | 8.25% |
| May | 2005 | 3,716.26 | 7,740.74 | 11,457.00 | 526,659.19 | 8.25% |
| June | 2005 | 3,571.18 | 7,885.82 | 11,457.00 | 523,088.01 | 8.25% |
| July | 2005 | 3,665.20 | 7,791.80 | 11,457.00 | 519,422.81 | 8.25% |
| August | 2005 | 3,639.52 | 7,817.48 | 11,457.00 | 515,783.30 | 8.25% |
| September | 2005 | 3,497.43 | 7,959.57 | 11,457.00 | 512,285.86 | 8.25% |
| October | 2005 | 3,589.51 | 7,867.49 | 11,457.00 | 508,696.35 | 8.25% |
| November | 2005 | 3,449.38 | 8,007.62 | 11,457.00 | 505,246.97 | 8.25% |
| December | 2005 | 3,540.19 | 7,916.81 | 11,457.00 | 501,706.78 | 8.25% |
| January | 2006 | 3,515.38 | 7,941.62 | 11,457.00 | 498,191.40 | 8.25% |
| | | | 94,485.91 | | | |
| February | 2006 | 3,152.94 | 8,304.06 | 11,457.00 | 495,038.46 | 8.25% |
| March | 2006 | 3,468.66 | 7,988.34 | 11,457.00 | 491,569.80 | 8.25% |
| April | 2006 | 3,333.25 | 8,123.75 | 11,457.00 | 488,236.55 | 8.25% |
| May | 2006 | 3,421.00 | 8,036.00 | 11,457.00 | 484,815.55 | 8.25% |
| June | 2006 | 3,287.45 | 8,169.55 | 11,457.00 | 481,528.11 | 8.25% |
| July | 2006 | 3,373.99 | 8,083.01 | 11,457.00 | 478,154.11 | 8.25% |
| August | 2006 | 3,350.35 | 8,106.65 | 11,457.00 | 474,803.76 | 8.25% |
| September | 2006 | 3,219.56 | 8,237.44 | 11,457.00 | 471,584.20 | 8.25% |
| October | 2006 | 3,304.32 | 8,152.68 | 11,457.00 | 468,279.88 | 8.25% |
| November | 2006 | 3,175.32 | 8,281.68 | 11,457.00 | 465,104.56 | 8.25% |
| December | 2006 | 3,258.92 | 8,198.08 | 11,457.00 | 461,845.64 | 8.25% |
| January | 2007 | 3,236.08 | 8,220.92 | 11,457.00 | 458,609.56 | 8.25% |
| | | | 97,902.16 | | | |
| February | 2007 | 2,902.43 | 8,554.57 | 11,457.00 | 455,707.12 | 8.25% |
| March | 2007 | 3,193.07 | 8,263.93 | 11,457.00 | 452,514.05 | 8.25% |
| April | 2007 | 3,068.42 | 8,388.58 | 11,457.00 | 449,445.63 | 8.25% |
| May | 2007 | 3,149.20 | 8,307.80 | 11,457.00 | 446,296.44 | 8.25% |
| June | 2007 | 3,026.26 | 8,430.74 | 11,457.00 | 443,270.18 | 8.25% |
| July | 2007 | 3,105.93 | 8,351.07 | 11,457.00 | 440,164.25 | 8.25% |
| August | 2007 | 3,084.16 | 8,372.84 | 11,457.00 | 437,080.09 | 8.25% |
| September | 2007 | 2,963.76 | 8,493.24 | 11,457.00 | 434,116.33 | 8.25% |
| October | 2007 | 3,041.79 | 8,415.21 | 11,457.00 | 431,074.54 | 8.25% |
| November | 2007 | 2,923.04 | 8,533.96 | 11,457.00 | 428,151.50 | 8.25% |
| December | 2007 | 2,999.99 | 8,457.01 | 11,457.00 | 425,151.51 | 8.25% |
| January | 2008 | 2,978.97 | 8,478.03 | 11,457.00 | 422,172.53 | 8.25% |
| | | | 101,046.98 | | | |
| | | | $ 553,159.53 | | | |

**Exhibit 2- Depreciation Expense**

| Per Monsour's Inc. Tax Return | Depreciable Assets Cost | Depreciation Expense | Ratio of Depreciation Expense To Depreciatble Assets Cost |
|---|---|---|---|
| 1996 | $ 3,164,639 | $ 69,952 | 2.21% |
| 1997 | $ 3,143,281 | $ 62,594 | 1.99% |
| 1998 | $ 3,200,488 | $ 58,749 | 1.84% |
| 1999 | $ 3,471,824 | $ 101,131 | 2.91% |
| 2000 | $ 3,561,504 | $ 77,046 | 2.16% |
| Five Year Average | $ 3,308,347 | $ 73,894 | 2.23% |

| | |
|---|---|
| Depreciable Assets Cost at January 31, 2002 | $ 3,723,150 |
| Five Year Average | 2.23% |
| | $ 83,026 |