KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.
301 N. Main, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MONSOUR'S, INC., ) | |
|     *Plaintiff,* ) | |
| ) | |
| vs. ) | No. 05-1204-MLB |
| ) | |
| MENU MAKER FOODS, INC., ) | |
|     *Defendant.* ) | |
| ) | |

## NOTICE TO TAKE DEPOSITIONS

TAKE NOTICE that defendant will take the deposition of **MARSHAL HULL**, whom counsel is requested to produce, on July 25, 2007, commencing at 9 a.m., and the deposition of **MARK MONSOUR**, whom counsel is requested to produce, on July 25, 2007, commencing at 1 p.m., all at the offices of McDonald, Tinker, Skaer, Quinn & Herrington, P.A., 300 W. Douglas, Suite 500, Wichita, KS 67202-2909.

                                  s/ Alexander B. Mitchell, II
                                  Bar Number 8204
                                  Attorney for Defendant
                                  Klenda, Mitchell, Austerman & Zuercher, L.L.C.
                                  301 N. Main, Suite 1600
                                  Wichita, KS 67202-4888
                                  Telephone:  (316) 267-0331
                                  Fax:  (316) 267-0333
                                  E-mail:  amitchell@kmazlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which should send a notice of electronic filing to Dustin DeVaughn, attorney for plaintiff.

                                  s/ Alexander B. Mitchell, II