## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK MONSOUR, SHEILA MONSOUR, )
and MONSOUR'S INC. )
)
                Plaintiffs, )
vs. ) Case No. 05-1204-MLB
)
MENU MAKER FOODS, INC. )
)
                Defendant. )
)

### NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL EXPERT REPORT

COMES NOW the Defendant, Menu Maker Foods, Inc., by and through its attorney of record, Alexander B. Mitchell of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby notifies the Court that on this 10th day of August, 2007, Defendant, pursuant to the orders of this Court as amended, served upon Mr. Dustin DeVaughn, counsel for Plaintiffs, the supplemental report of its expert Kurt G. Breitenbach of Allen, Gibbs & Houlik, L.L.C., by hand delivering the same to Plaintiff's counsel of record.

                Respectfully submitted,

                KLENDA, MITCHELL, AUSTERMAN &
                  ZUERCHER, L.L.C.

                s/Alexander B. Mitchell, II
                Alexander B. Mitchell, II
                Bar Number 8204
                Attorney for Defendant
                301 N. Main, 1600 Epic Center
                Wichita, KS  67202-4888
                Tele.:  (316) 267-0331
                Fax:  (316) 267-0333
                Email:  amitchell@kmazlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of August, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send electronic notice of this filing to the following:

Dustin DeVaughn
McDonald, Tinker, Skaer, Quinn & Herrington, P.A.
300 W. Douglas, Ste. 500
Wichita, KS  67202-2909
ddefaughn@mtsqh.com
Attorney for Plaintiffs

                                                s/Alexander B. Mitchell, II
                                                Alexander B. Mitchell